UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUNBIA

John E. Moore

      Plaintiff:                      Case No. 1:07-cv-00107-RMC

      v.

GEORGE W. BUSH.
BILL NELSON.
NATIONAL SECURITY AGENCY.
U.S. DEPARTMENT of JUSTICE.
VOLUSIS COUNTY SHERIFF DEPARTMENT.
SOUTHERN POVERTY LAW CENTER.
AMERICAN CIVIL LIBERTIES UNION.
DEPENDABLE CIVIL PROCESS.

**RECEIVED**

      Defendants:

APR 2 - 2007

MOTION of Appointment of Counsel.

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

LCvR 83.11: Motion for appointment of Counsel proceeding in non-forma pauperis

that leave be granted. Taking into account:

    (i)     the nature and  complexity of the action of this case can be presented within the

wording of this Complaint and the list of Defendants.

    (ii)    the potential merit of this pro se party's claims are furnished within the list

of charges presented against the defendants listed in this case.

    (iii)    the demonstrated inability of this pro se litigate to retain counsel by other

means is provided with this detailed list of Counsel who were contacted to be retained

as Counsel in this case.

Note: List of Counsel that were contacted will be furnished on request. Five Law Firms

were sent copies of complaint. Five Law Firms discussed case over phone conversations.

(iv)    the degree of which the interest of justice will be served by the Courts

appointed Counsel, not to mention the benefit the court may derive from the assistance

of the appointed Counsel, both to my presentation of this case professionally and

the evidence presented in a Judicial manner, which this Court respectfully deserves.

As presented, is a rule from the American Bar Association standing committee on

Pro Bono Programs.

Model Rule 6.1(b)(1). Delivery of legal services at no fee or substantially reduced

fee to individuals, groups or organizations seeking to secure or protect civil rights,

CIVIL LIBERTIES or public rights, or charitable, religious, civic, community,

governmental and educational organizations in maters in furtherance of their organizational

purposes, where the payment of standard legal fees would significantly deplete the

organization's economic resources or would be otherwise inappropriate;

(2) delivery of legal services at a substantially reduced fee to persons of limited

means.

........................................................................................................

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Plaintiffs Motion and Memorandum
in support of Motion to admit said document has been furnished by mail this _30th_day
of  March, 2007, to:

Clerk of Court
United States District Court
For The District of Columbia
333 Constitution Avenue, NW
Washington, DC 20001

Defendant: George W. Bush.
          Bill Nelson.
          National Security Agency.
          U.S. Department of Justice.
          Volusia County Sheriff Departmen.
          Southern Poverty Law Center.
          American Civil Liberties Union.
          Dependable Civil Process.

                    John E. Moore
                    Pro Se
                    9 Pleasant View Cir.
                    Daytona Beach, FL.
                    32118-5511
                    386 · 761 - 8193

                    John E. Moore