UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN E. MOORE,<br><br>      Plaintiff,<br><br>      v.<br><br>GEORGE W. BUSH, *et al.*<br><br>      Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   Civil Action No. 07-0107 (RMC) |

## ORDER

Plaintiff has filed a motion for the appointment of counsel. Although a district court judge has the power under 28 U.S.C. § 1915(e)(1) to appoint counsel, the trial court is not required to appoint counsel for an indigent plaintiff unless that plaintiff demonstrates exceptional circumstances in his or her case to justify the appointment of counsel. *See Cookish v. Cunningham*, 787 F.2d 1,2 (1st Cir. 1986). As Plaintiff points out, Local Rule 83.11(b)(3) provides that when leave has been granted to a *pro se* litigant to proceed *in forma pauperis*, the Court takes into account:

    (i)    the nature and complexity of the action;
    (ii)   the potential merit of the *pro se* party's claims;
    (iii)  the demonstrated inability of the *pro se* party to retain counsel by other means; and
    (iv)  the degree to which the interests of justice will be served by appointment of counsel, including the benefit the Court may derive from the assistance of the appointed counsel.

LCvR 83.11(b)(3).

Plaintiff has not requested leave to file *in forma pauperis*, pursuant to 28 U.S.C. §1915. Instead, Plaintiff filed his complaint with the appropriate filing fee, and makes no representation to the Court that he intends to proceed *in forma pauperis*. Plaintiffs in civil cases do not have a constitutional or statutory right to counsel. *Ray v. Robinson*, 640 F.2d 474, 477 (3rd Cir. 1981); *Peterson v. Nalder*, 452 F.2d 754, 757 (8th Cir. 1971). Because Plaintiff has not been granted leave to proceed *in forma pauperis*, it is not appropriate to consider Plaintiff's motion for appointment of counsel at this time. Accordingly, it is

**ORDERED** that Plaintiff's motion for the appointment of counsel [Dkt. #3] is **DENIED without prejudice**.

_____/s/_____
ROSEMARY M. COLLYER
United States District Court

DATE: April 12, 2007