# AFFIDAVIT OF PROCESS SERVER

**United States District Court**                              **District Of Columbia**

**John E. Moore**                                             Attorney:

    Plaintiff                             John E. Moore
                                                              9 Pleasant View Cir.
vs.                                                           Daytona Beach, FL. 32118-5511

**George W. Bush, et al**

    Defendant

**Case Number:** 07-0107 (RMC)

Legal documents received by Same Day Process Service on April 04th, 2007 at 2:30 PM to be served upon **George W. Bush, President of the United States at 1600 Pennsylvania Ave., NW, Washington, DC. 20520**

I, B. Tony Snesko, swear and affirm that on **April 16th, 2007 at :** , I did the following:

Served a **Government Agency** by delivering a conformed copy of this **Summons in a Civil Case; Complaint; Notice of Designation of Related Civil Cases Pending in This or Any Other United States Court; Motion of Appointment of Counsel**, to George W. Bush as President of the United States of the within named agency, to wit: President of the United States by Certified Mail (attached) with Return Receipt (attached) dated received by The White House Office on April 16, 2007

**Supplemental Data Appropriate to this Service:**

I declare under penalty of perjury under the laws of the that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

*/s/ B. Tony Snesko*
**B. Tony Snesko**
Process Server

**Same Day Process Service**
**1322 Maryland Ave., NE**
**Washington, DC 20002**

(202) 398-4200

Internal Job ID: 0000002579

**RECEIVED**

APR 2 6 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Copyright © 2005-2007 Process Server Central, LLC. All rights reserved.

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   PRESIDENT GEORGE W BUSH
   1600 PENNSYLVANIA AVE NW
   WASHINGTON DC 20520

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

THE WHITE HOUSE
WASHINGTON, D.C. APR 16 2007
PMS00

☐ Agent
☐ Addressee

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered      ☐ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
   7004 2510 0000 4499 3246

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

| | | |
|---|---|---|
| Postage | $ $1.59 | 8251 |
| Certified Fee | $2.40 | 05 |
| Return Receipt Fee (Endorsement Required) | $1.85 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | |
| Total Postage & Fees | $ $5.84 | 04/06/2007 |

Sent To
Street, Apt. No.; or PO Box No.
City, State, ZIP+4

7004 2510 0000 4499 3246

PS Form 3800, June 2002    See Reverse for Instructions

**RECEIVED**
APR 2 6 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# AFFIDAVIT OF PROCESS SERVER

United States District Court                              District Of Columbia

John E. Moore                                             Attorney:

    Plaintiff                                         John E. Moore
                                                          9 Pleasant View Cir.
vs.                                                       Daytona Beach, FL. 32118-5511

George W. Bush, et al

    Defendant

Case Number: 07-0107 (RMC)

Legal documents received by Same Day Process Service on April 04th, 2007 at 2:30 PM to be served upon **Honorable Bill Nelson, United States Senate at Hart Senate Office Building, Room 642, Washington, DC. 20510**

I, Brandon A. Snesko, swear and affirm that on **April 17th, 2007 at 11:15 AM**, I did the following:

**Substitute** Served by leaving a conformed copy of this **Summons in a Civil Case; Complaint; Notice of Designation of Related Civil Cases Pending in This or Any Other United States Court; Motion of Appointment of Counsel** at the within named person's usual place of business, to a person in charge therein who is at least 18 years of age or older to wit: **Pat Bryan, Attorney** and informing that person of the contents of the documents.

**Description of Person Accepting Service:**
Sex: Female   Age: 40   Height: 5'4   Weight: 120   Skin Color: White   Hair Color: Brown   Glasses: Y

**Supplemental Data Appropriate to this Service:**

I declare under penalty of perjury under the laws of the that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

_____
**Brandon A. Snesko**
Process Server

**Same Day Process Service**
1322 Maryland Ave., NE
Washington, DC 20002

(202) 398-4200

Internal Job ID: 0000002578

**RECEIVED**

APR 2 6 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Copyright © 2005-2007 Process Server Central, LLC. All rights reserved.

# AFFIDAVIT OF PROCESS SERVER

| United States District Court | District Of Columbia |
|---|---|

**John E. Moore**

    Plaintiff

vs.

**George W. Bush, et al**

    Defendant

Attorney:

John E. Moore
9 Pleasant View Cir.
Daytona Beach, FL. 32118-5511

**Case Number:** 07-0107 (RMC)

Legal documents received by Same Day Process Service on April 04th, 2007 at 2:30 PM to be served upon **LTG Kieth B. Alexander, National Security Agency, by serving Eric O'Shea as Attorney at Fort George G. Meade, Fort Meade, MD. 20755**

I, Brandon A. Snesko, swear and affirm that on **April 09th, 2007 at 12:45 PM**, I did the following:

**Individually Served Eric O'Shea as Attorney and authorized agent for** the person listed as the intended recipient of the legal document with this **Summons in a Civil Case; Complaint; Notice of Designation of Related Civil Cases Pending in This or Any Other United States Court; Motion of Appointment of Counsel** at the above address.

**Description of Person Accepting Service:**
Sex: Male   Age: 40   Height: 5'11   Weight: 180   Skin Color: White   Hair Color: Bald   Glasses: N

**Supplemental Data Appropriate to this Service:**

I declare under penalty of perjury under the laws of the that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

_____
**Brandon A. Snesko**
Process Server

**Same Day Process Service**
1322 Maryland Ave., NE
Washington, DC 20002

(202) 398-4200

Internal Job ID: 0000002576

**RECEIVED**

APR 2 6 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

District of Columbia : SS
Subscribed and Sworn to before me
this 10th day of April, 2007

_____
B. Tony Snesko, Notary Public, D.C.
My commission expires December 14, 2011

Copyright © 2005-2007 Process Server Central, LLC. All rights reserved.

# AFFIDAVIT OF PROCESS SERVER

| United States District Court | District Of Columbia |
|---|---|
| **John E. Moore** | Attorney: |
| Plaintiff | John E. Moore |
| vs. | 9 Pleasant View Cir. |
| | Daytona Beach, FL. 32118-5511 |
| **George W. Bush, et al** | |
| Defendant | |

**Case Number:** 07-0107 (RMC)

Legal documents received by Same Day Process Service on April 04th, 2007 at 2:30 PM to be served upon **US Department of Justice at 950 Pennsylvania, Ave., NW, Washington, DC. 20530-0001**

I, Brandon A. Snesko, swear and affirm that on **April 05th, 2007 at 11:00 AM**, I did the following:

Served a **Government Agency** by delivering a conformed copy of this **Summons in a Civil Case; Complaint; Notice of Designation of Related Civil Cases Pending in This or Any Other United States Court; Motion of Appointment of Counsel,** to **Willo T. Lee** as **General Clerk 2** of the within named agency, to wit: **US Department of Justice** and informing that person of the contents of the documents.

**Description of Person Accepting Service:**
Sex: Female   Age: 45   Height: 5'4   Weight: 150   Skin Color: Black   Hair Color: Black   Glasses: Y

**Supplemental Data Appropriate to this Service:**

I declare under penalty of perjury under the laws of the that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

_____
Brandon A. Snesko
Process Server

**Same Day Process Service**
1322 Maryland Ave., NE
Washington, DC 20002

(202) 398-4200

Internal Job ID: 0000002577

**RECEIVED**
APR 2 6 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

District of Columbia : SS
Subscribed and Sworn to before me
this 10TH day of April, 2007

_____
B. Tony Snesko, Notary Public, D.C.
My commission expires December 14, 2011

Copyright © 2005-2007 Process Server Central, LLC. All rights reserved.

# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
### District of District of Columbia

Case Number: 1:07-CV-00107-RMC

Plaintiff:
**John E. Moore**

vs.

Defendant:
**George W. Bush, et al.**

For:
John E. Moore
9 Pleasant View Circle
Daytona Beach, FL 32118

Received by Executive Southern Professional Svcs Inc on the 2nd day of April, 2007 at 1:06 pm to be served on **VOLUSIA COUNTY SHERIFF DEPARTMENT, 123 W. Indiana Avenue, Deland, FL 32721**.

I, Kevin Whitton, being duly sworn, depose and say that on the **3rd day of April, 2007 at 11:25 am**, I:

**Served** to a designated person, a true copy of the **Summons in a Civil Case, Complaint, Motion of Appointment of Counsel** to Dawn Jackson, Office Assistant, who stated that they were authorized to accept for the within named,

**Military Status:** Based upon inquiry of party served, defendant is not in the military service of the United States.

I certify that I am over the age of 18 and I have no interest in the above action.

**RECEIVED**

APR 2 6 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Kevin Whitton
Process Server

Subscribed and Sworn to before me on the 4th day of April, 2007 by the affiant who is personally known to me.

NOTARY PUBLIC

Albert R. Metcalf
Commission # DD437798
Expires June 6, 2009
Bonded Troy Fain - Insurance, Inc 800-385-7019

Executive Southern Professional Svcs Inc
1042 N. U.S.1
Suite 1
Ormond Beach, FL 32174
(386) 672-1420
Our Job Serial Number: 2007001261

Copyright © 1992-2005 Database Services, Inc. - Process Server's Toolbox V5.5q