THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JOHN E. MOORE,                )
                             )
        Plaintiff,           )
                             )  Case No. 1:07-CV-00107 (RMC)
v.                           )
GEORGE W. BUSH, ET AL.,      )
                             )
        Defendant.           )
                             )

_____


## PLAINTIFF JOHN E. MOORE <u>MOTION TO DISMISS</u>


     Plaintiff moves pursuant to Federal Rules of Civil Procedure to dismiss said

motion without prejudice. Dismissal is appropriate because Defendant has failed to

state a claim of unsubstantiated claims due to insufficient knowledge of the terms and

language used in brainwave technology. I will amplify my statement of points in the

following paragraphs showing that I am in the Courts view that I am entitled to relief.


# RECEIVED

MAY 7 - 2007



NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

The reasons supporting this motion are set forth more fully in the accompanying

Statement of Opposing Points and Authorities in Support of my request to Dismiss

Volusia County Sheriff Department's Motion to Dismiss. Dated April 23, 2007.

A proposed order also is attached.

Note: Received by Plaintiff: April 27, 2007.

**Respectfully submitted,**

John E. Moore Pro se
9 Peasant View Cir.
Daytona Beach, FL.
32118-5511
(386) 761-8193

THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN E. MOORE | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  CASE NO. 1:07-CV-00107 (RMC) |
| | ) |
| GEORGE W. BUSH, ET AL., | ) |
| | ) |
| Defendants. | ) |
| | ) |

## OPPOSING POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFF
## JOHN E. MOORE'S MOTION TO DISMISS

As a Pro se Litigate in said case, I will try to add factual proof to my claims of a "Clandestine Conspiracy" by what I have come to deduce as being victimized by a person who is part of a unit, not part of the Volusia County Sheriff Department ( Special Unit). This person was given Brainwave Technology Instruction at Falls Church Virginia. Your mention of "Hate Group", as you have obviously observed, Defendant Southern Poverty Law Center was served with a summons, I would prefer to address that claim at the proper time.

As I have presented my claim, as you have observed, some names have been deleted. The one and most important reason is that I have no Legal Representation, which is the fear of a Law Suite of monetary consequence to me and family. I will continue this case and leave the decision at the mercy of the court.

## FACTUAL BACKGROUND

First order of note, included in my response is Case No. 92-0449, Plaintiff: John St. Clair Akwri v NSA. I have obtained a copy of the Court Transcript. This person, as I, are Pro se Litigates in a case against a powerful advocate.

As to your comment that the Pro se Litigate is a drain on the Legal Justice System of this country is ludicrous.

Pages 13a thru 13k, were included in this case packet to furnish you with some insight into this highly technical subject of Brain Wave Coding. I also included pages 13l thru 13n to be used as a reference to substantiate my claims of brain control and this "Clandestine Conspiracy."

I have written a report also titled "Brainwave Technology" which was filed v Defendant Senator Bill Nelson, Case NO. 1:07-cv-00107. For your information I am including pages 1a thru. 5a as part of my factual argument. Included is as evidence to help substantiate my claim of Brainwave Implant as produced as an image on page 2a, titled "Temporal Coding of Sensory Information in the Brain." Reference Photo ASIC Detector Temporal Implant. Which to the touch can be located.(like small insect bite) Cat Scan Reference-Halifax Medical Center, Daytona Beach, FL. 32118. December 30, 1998. C.T. Scan No. 0673906. When Cat Scan Photo was available It was picked by me. The negative showed a clear image of the implant. I have included as evidence an article titled "Pitfalls of Digital Evidence". Page 38.

Of interest is letter of request: Privacy Act or Freedom of Information Officer dated

2

September 11, 2006. Note response, I found this so very unprofessional for a County

Law Enforcement Agency to reply to an Official Request in this way.

ARGUMENT

1. **Defendants Motion should be Dismissed for Failure to produce sound Evidence for Relief not to be Granted.**

First off as a response to you comment mentioning hovering helicopters, I might suggest

to you to view "Enemy of The State" It is a film sanctioned by the NSA in their information

to the public pamphlet. I am retired from the Federal Aviation Administration and to make

such an ambiguous statement as "Hovering Helicopters" does not make much sense

describing my situation. Low level "buzz" over my home is would be more appropriate.

Judging from my interpretation of your use of the word **"frivolous"** which was used to

describe my use of words: complaint, material, vexations and action, which I wholeheartedly

disagree with your interpretation of.

I must compliment you on expertise of the [if I may use the term "rules of the road"] as a

practicing Attorney. But your vague knowledge of the electronics field and your limits

in understanding it's vast complexities also limits your boundary.

Included in my argument, reference pages 42 & 43 to clarify the true "Definition of Torture"

as noted in paragraph nine (New Memo).

2. **Defendants MOTION to dismiss is above all Frivolous and shows no grounds For Dismissal.**

Counsels understanding of electronics is far short of the complexities in this highly

diverse field.

I will again point to pages 13l thru 13m and hope Counsel will revisit these documents

and accepts this all as true facts. Some of these men are highly educated and concerned

of the short comings this will produce. In closing, the control of a persons brain should

not be given to either Law Enforcement, nor Security Agencies of this Country.

## CONCLUSION

WHEREFORE, Plaintiff John E. Moore requests that its motion be granted and that

Defendants motion be DISMISSED WITH PREJUDICE for the reasons set forth herein.

DATED; May 4, 2007

Respectfully submitted,

John E. Moore Pro se
9 Pleasant View Cir.
Daytona Beach, Florida
32118-5511
386-761-8193

4



**~*Project Freedom*~**

HUMAN RIGHTS WATCH

# Covert Operations of the U.S. National Security Agency.

From an article in Nexus Magazine April/May 96

**A lawsuit filed against the U.S. National Security Agency reveals a frightening array of technologies and programs designed to keep tabs on individuals.**

> ## John St Clair Akwei
> ### vs
> ## National Security Agency
> ## Ft George G. Meade, MD, USA
> ## (Civil Action 92-0449)

The following document comprises evidence for a lawsuit filed at the U.S. Courthouse in Washington, DC, by John St Clair Akwei against the National Security Agency, Ft George G. Meade, Maryland (**Civil Action 92-0449**), constitutes his knowledge of the NSA's structure, national security activities proprietary technologies and covert operations to monitor individual citizens Ed.

## 1. THE NSA'S MISSION AND DOMESTIC INTELLIGENCE OPERATION

**⁂ Communications Intelligence (COMINT)**

**Blanket coverage of all electronic communications in the US and the world to ensure national security. The NSA at Ft Meade, Maryland has had the most advanced computers in the world since the early 1960s.** NSA technology is developed and implemented in secret from private corporations, academia and the general public.

13a

## ❀ Signals Intelligence (SICINT)

The Signals Intelligence mission of the NSA has evolved into a program of decoding EMF waves in the environment for wirelessly tapping into computers and track persons with the electrical currents in their bodies. Signals Intelligence is based on fact that everything in the environment with an electric current in it has a magnetic flux around it which gives off EMF waves. **The NSA/DoD [Department of Defence] developed proprietary advanced digital equipment which can remotely analyze all objects whether manmade or organic, that have electrical activity.**

## ❀ Domestic Intelligence (DOMINT)

**The NSA has records on all US citizens. The NSA gathers information on US citizen who might be of interest to any of the over 50,000 NSA agents (HUMINT).** These agents are authorized by executive order to spy on anyone. The NSA has a permanent national security anti-terrorist surveillance network in place. This surveillance network is completely disguised and hidden from the _ublic.
Tracking individuals in the US is easily and cost-effectively implemented with NSA's electronic surveillance network. **This network (DOMINT) covers the entire US, involves tens of thousands of NSA personnel, and tracks millions of persons simultaneously .** Cost-effective implementation of operations is assured by NSA computer technology designed to minimize operations costs. NSA personnel serve in quasi-public positions in their communities and run cover businesses and legitimate businesses that can inform the intelligence community of persons they would want to track. **NSA personnel in the community usually have cover identities such as social workers, lawyers and business owners.**

## ❀ Individual Citizens Occasionally Targeted for Surveillance by Independently Operating NSA Personnel

_.SA personnel can control the lives of hundreds of thousands of individuals in the US by using the NSA's domestic intelligence network and cover businesses. The operations independently run by them can sometimes go beyond the bounds of law. Long-term control and sabotage of tens of thousands of unwitting citizens by NSA operatives is likely to happen. **NSA DOMINT has the ability to assassinate US citizens covertly or run covert psychological control operations to cause subjects to be diagnosed with ill mental health.**



13b



PSYCHO-ELECTRONIC WEAPON EFFECTS

13c

www.raven1.net

> The above symptoms highlight a fraction of the vast array of
> Nuero-Electromagnetic Frequency Assaults perpetrated by the Police and
> Military Intelligence Agencies toward
> Remote Mind Control Experiments, Behavioural Manipulation and Murder.

## 2. NSA'S DOMESTIC ELECTRONIC SURVEILLANCE NETWORK

As of the early 1960s, the most advanced computers in the world were at the NSA, Ft Meade. Research breakthroughs with these computers were kept for the NSA. At the present time the NSA has nanotechnology computers that are 15 years ahead of present computer technology. **The NSA obtains blanket coverage of information in the US by using advanced computers that use artificial intelligence to screen all communications, regardless of medium, for key words that should be brought to the attention of NSA agents/cryptologists.** These computers monitor all communications at the transmitting and receiving ends. This blanket coverage of the US is a result of the NSA's Signals .ntelligence (SIGINT) mission. The NSA's electronic surveillance network is based on a cellular arrangement of devices that can monitor the entire EMF spectrum. This equipment was developed, implemented and kept secret in the same manner as other electronic warfare programs.

### ⊛Signals Intelligence Remote Computer Tampering

The NSA keeps track of all PCs and other computers sold in the US. This is an integral part of the Domestic Intelligence network. The NSA's EMF equipment can tune in RF emissions from personal computer circuit boards (while filtering out emissions from monitors and power sup- plies). The RF emission from PC circuit boards contains digital information in the PC. Coded RF waves from the NSA's equipment can resonate PC circuits and change data in the PCs. Thus the NSA can gain wireless modem-style entry into any computer in the country for surveillance or anti-terrorist electronic warfare.

### ⊛Detecting EMF Fields in Humans for Surveillance

A subject's bioelectric field can be remotely detected, so subjects can be monitored anywhere they are. With special EMF equipment NSA cryptologists can remotely read evoked potentials (from EEGs). These can be decoded into a person's brain-states and thoughts. The subject is then perfectly monitored from a distance. **NSA personnel can dial up any individual in the country on the Signals Intelligence EMF scanning network and the NSA's computers will then pinpoint and track that person 24 hours a day.** The NSA can pick out and track anyone in the US.



13d



## 3. NSA SIGNALS INTELLIGENCE USE OF EMF BRAIN STIMULATION

NSA Signals Intelligence uses EMF Brain Stimulation for Remote Neural Monitoring (RNM) and Electronic Brain Link (EBL). EMF Brain Stimulation has been in development since the MKULTRA program of the early 1950s, which included neurological research into radiation (non-ionizing EMF) and bioelectric research and development. The resulting secret technology is categorized at the National Security Archives as "Radiation Intelligence", defined as "information from unintentionally emanated electromagnetic waves in the environment, not including radioactivity or nuclear detonation". Signals Intelligence implemented and kept this technology secret in the same manner as other electronic warfare programs of the US Government. The NSA monitors available information about this technology and withholds scientific research from the public. There are also international intelligence agreements to keep this technology secret.

The NSA has proprietary electronic equipment that analyze electrical activity in humans from a distance. **NSA computer generated brain mapping can continuously monitor all of the electrical activity in the brain continuously.** The NSA records and decode individual brain maps (of hundreds of thousands of persons) for national security purposes. EMF Brain Stimulation is also secretly used by the military for brain-to-computer link (in military fighter aircraft, for example).

**For electronic surveillance purposes, electrical activity in the speech center of the brain can be translated into the subject's verbal thoughts.** RNM can send encoded signals to the brain's auditory cortex, thus allowing audio communications direct to the brain (bypassing the ears). NSA operatives can use this covertly to debilitate subjects by simulating auditory hallucinations characteristic of

13e

aranoid schizophrenia.

**Without any contact with the subject, Remote Neural Monitoring can map out electrical activity from the visual cortex of a subject's brain and show images from the subject's brain on a video monitor. NSA operatives see what the surveillance subject's eyes are seeing.** Visual memory can also be seen. RNM can send images direct to the visual cortex, bypassing the eyes and optic nerves. NSA operatives can use this surreptitiously to put images into a surveillance subject's brain while they are in REM sleep for brain-programming purposes.

**Capabilities of NSA Operatives Using RNM**

There has been a Signals Intelligence network in the US since the 1940s. The NSA, Ft Meade has in place a vast two-way wireless RNM system which is used to track subjects and noninvasively monitor audio-visual information in their brains. This is all done with no physical contact with the subject. RNM is the ultimate method of surveillance and domestic intelligence. **Speech, 3D sound and subliminal audio can be sent to the auditory cortex of the subject's brain (bypassing the ears), and images can be sent into the visual cortex.** RNM can alter a subject's perceptions, moods and motor control.

Speech cortex/auditory cortex link has become the ultimate communications system for the intelligence community. RNM allows for a complete audio-visual brain-to-brain link or brain-to-computer link.



The above is a simple flowchart of Nuero-Electromagnetic Frequency Assaults showing methods that can be perpetuated by the Police and Military Intelligence Agencies toward Remote Mind Control Experiments, Behavioural Manipulation and Murder.

# 4. NATIONAL SECURITY AGENCY SIGNALS INTELLIGENCE ELECTRONIC BRAIN LINK TECHNOLOGY

**NSA SIGINT can remotely detect, identify and monitor a person's bioelectric fields.**

The NSA's Signals Intelligence has the proprietary ability to monitor remotely and non-invasively information in the human brain by digitally decoding the evoked potentials in the 30-50 Hz, 5 milliwatt electromagnetic emissions from the brain.

Neuronal activity in the brain creates a shifting electrical pattern that has a shifting magnetic flux. This magnetic flux puts out a constant 30-50 Hz, 5 milliwatt electromagnetic (EMF) wave. Contained in the electromagnetic emission from the brain are spikes and patterns called "evoked potentials". Every thought, reaction, motor command, auditory event and visual image in the brain has a corresponding "evoked potential" or set of "evoked potentials". The EMF emission from the brain can be decoded into the current thoughts, images and sounds in the subject's brain.

NSA SIGINT uses EMF-transmitted Brain Stimulation as a communications system to transmit information (as well as nervous system messages) to intelligence agents and also to transmit to the brains of covert operations subjects (on a non-perceptible level).

**EMF Brain Stimulation works by sending a complexly coded and pulsed electromagnetic signal to trigger evoked potentials (events) in the brain, thereby forming sound and visual images in the brain's neural circuits. EMF Brain Stimulation can also change a person's brain-states and affect motor control.**

Two-way electronic Brain Link is done by remotely monitoring neural audio-visual information while transmitting sound to the auditory cortex (bypassing the ears) and transmitting faint images to the visual cortex (bypassing the optic nerves and eyes). The images appear as floating 2D screens in the .ain.

Two-way electronic Brain Link has become the ultimate communications system for CIA/NSA personnel. **Remote neural monitoring (RNM, remotely monitoring bioelectric information in the human brain) has become the ultimate surveillance system.** It is used by a limited number of agents in the US Intelligence Community.



13g



## 5. [NO HEADING IN ORIGINAL DOCUMENT]

RNM requires decoding the resonance frequency of each specific brain area. That frequency is then modulated in order to impose information in that specific brain area. The frequency to which the various brain areas respond varies from 3 Hz to 50 Hz. Only NSA Signals Intelligence modulates signals in this frequency band. (See Table 1.) This modulated information can be put into the brain at varying intensities from subliminal to perceptible. Each person's brain has a unique set of bioelectric resonance/entrainment frequencies. Sending audio information to a person's brain at the frequency of another person's auditory cortex would result in that audio information not being perceived.

The Plaintiff learned of RNM by being in two-way RNM contact with the Kinnecome group at the NSA, Ft Meade.

They used RNM 3D sound direct to the brain to harass the Plaintiff from October 1990 to May 1991.

13n

As of 5/91 they have had two-way RNM communications with the Plaintiff and have used RNM to attempt to incapacitate the Plaintiff and hinder the Plaintiff from going to the authorities about their activities against the Plaintiff in the last 12 years. The Kinnecome group has about 100 persons working 24 hours a day at Ft Meade. They have also brain-tapped persons the Plaintiff is in contact with to keep the Plaintiff isolated. **This is the first time ever that a private citizen has been harassed with RNM and has been able to bring a lawsuit against NSA personnel misusing this intelligence operations method.**



## 6. NSA TECHNIQUES AND RESOURCES

**Remote monitoring/tracking of individuals in any location, inside any building, continuously, anywhere in the country.** A system for inexpensive implementation of these operations allows for thousands of persons in every community to be spied on constantly by the NSA.

**Remote RNM Devices**

**NSA's RNM equipment remotely reads the evoked potentials (EEGs) of the human brain for tracking individuals, and can send messages through the nervous systems to affect their performance.** RNM can electronically identify individuals and track them anywhere in the US. This

13i

Their highly sophisticated technology that is used to monitor and manipulate the minds of millions of innocent people daily, is a blatant expression of the dominating and authoritarian mentality that exists behind the facade of our so called democratic society.

George Orwell's "THOUGHT POLICE" is an absolute reality in today's world.

Whether we realise it or not, every individual within our society is negatively effected by this dictatorship attitude.

*It has to change - It will change - It starts with you!*

**George Farquhar
Project Freedom**

## An example of EMF Brain Stimulation

| Brain Area | Bioelectric Resonance Frequency | Information Induced Through Modulation |
|---|---|---|
| Motor Control Cortex | 10 Hz | Motor Impulse co-ordination |
| Auditory Cortex | 15 Hz | Sound which bypasses the ears |
| Visual Cortex | 25 Hz | Images in the brain bypassing the eyes |
| Somatosensory | 9 Hz | Phantom touch sense |
| Thought Center | 20 Hz | Imposed subconscious thoughts |

# RESOURCES

**These publications have only been discovered since December 1991, after Plaintiff had already notified authorities (Dept of Justice, etc.) of Public Corruption by named NSA employees. When**

13k

equipment is on a network and is used for domestic intelligence operations, government security and military base security, and in case of bioelectric warfare.

### Spotters and Walk-Bys in Metropolitan Areas

Tens of thousands of persons in each area working as spotters and neighbourhood/business place spies (sometimes unwittingly) following and checking on subjects who have been identified for covert control by NSA personnel.

Agents working out of offices can be in constant communication with spotters who are keeping track of the NSA's thousands of subjects in public. NSA agents in remote offices can instantly identify (using~ RNM) any individual spotted in public who is in contact with surveillance subject.

### Chemicals and Drugs into Residential Buildings with Hidden NSA Installed and Maintained Plastic Plumbing lines.

The NSA has kits for running lines into residential tap water and air ducts of subjects for the delivery of drugs (such as sleeping gas or brainwashing-aiding drugs). This is an outgrowth of CIA pharmapsychology (psychopharmacology).

### Brief Overview of Proprietary US Intelligence/Anti- Terrorist Equipment Mentioned

Fixed network of special EMF equipment that can read EEGs in human brains and identify/track individuals by using digital computers. ESB (Electrical Stimulation to the Brain) via EMF signal from the NSA Signals Intelligence is used to control subjects.

EMF equipment that gathers information from PC circuit boards by deciphering RF emissions, thereby gaining wireless modem- style entry into any personal computer in the country. All equipment hidden, technology secret, all scientific research unreported (as in electronic warfare research). Not known to the public at all, yet complete and thorough implementation of this method of domestic intelligence has been in place since the early 1980s.

**Editor's Note: I tried ringing Mr Akwei to find out what was the out- come, if any, of his court case. He firmly but kindly told me that he could not speak about anything to do with the case over the phone and hung up. A subsequent conversation of similar length resulted in the information that he did not wish his address or phone number published with this article. So, if we hear of any developments, we'll let you know.**

> Its totally obvious from the above article that the US National Security Agency is none other than a covertly run terrorist organisation.

13j

**no action was taken against the NSA employees, I researched the Intelligence Community electronic surveillance technology involved and discovered the following publications.**

**The Body Electric:** Electromagnetism and the Foundation of Life, by Robert Becker, M.D. Monitoring neuroelectric information in the brain ESB. (p. 265,313,318)

**Cross currents**, by Robert Becker. Simulating auditory hallucinations. Remote computer tampering using RF emissions from the logic board. (p. 70,78,105,174,210,216,220,242,299,303)

**Currents of Death**, by Paul Brodeur. Driving brain electrical activity with external EM; magnetophosphenes; Delgado. (p. 27,93)

**The Zapping of America**, by Paul Brodeur. DoD EM ESB research; simulating auditory hallucinations.

**)f Mice, Men and Molecules**, by John H. Heller 1963 Bioelectricity; probing the brain with EM waves. (p, 110)

**The Three-Pound Universe**, by Judith Hooper. CIA EEG research; EEGs for surveillance. (p.29,132,137)

**In the Palaces of Memory**, by George Johnson. EM emissions from the brain; the brain as an open electromagnetic circuit.

**The Puzzle Palace**, by James Bamford. Signals Intelligence; most advanced computers in the early 'sixties.

**The US Intelligence Community**. Glossary terms at National Security Archives; Radiation telligence (information from unintentionally emanated electromagnetic energy, excluding radioactive sources).

**The Search for the "Manchurian Candidate"**, by John Marks. Electrical or radio stimulation to the brain; CIA R&D in bioelectrics. (p.227)

**Secret Agenda**, by Jim Hougan. National security cult groups.

**Crimes of the Intelligence Community**, by Morton Halperin. Surreptitious entries; intelligence agents running operations against government workers.

**War in the Age of Intelligent Machines**, NSA computer supremacy, complete control of information.

**Alternate Computers**, by Time-Life Books. Molecule computers.

**The Mind, by Richard Restak**, M.D. EEG Systems inc.; decoding brain EM emanations, tracking

thoughts on a computer. (p. 258)

**MedTech,** by Lawrence Galton. Triggering events in the brain, direct to auditory cortex signals.

**Cyborg,** by D.S. Halacy, Jr, 1965. Brain-to-computer link research contracts given out by the US government.

**Psychiatry and the CIA: Victims of Mind Control,** by Harvey M. Weinstein M.D. Dr. Cameron; psychic driving; ultraconceptual communications.

**Journey Into Madness**: The True Story of Secret CIA Mind Control and Medical Abuse, by Gordon Thomas, Intelligence R&D; Delgado; psychic driving with radio telemetry. (p. 127,276,116,168,169)

**Mind Manipulators,** by Alan Scheflin and Edward M. Opton. MKULTRA brain research for information-gathering.

**The Brain Changers,** by Maya Pines. Listening to brain EM emissions. (p.19)

**Modern Bioelectricity**. Inducing audio in the brain with EM waves; DoD cover-up; EM wave ESB; remote EEGs

**Magnetic Stimulation in Clinical Neurophysiology,** by Sudhansu Chokroverty. Magnetophosphenes; images direct to the visual cortex.

**The Mind of Man, by Nigel Calder**. US intelligence brain research.

**Neuroelectric Society Conference,** 1971. Audio direct to the brain with EM waves; 2-way remote EEGs.

**ᴃrain Control,** by Elliot S. Valenstein. ESB., control of individuals.

**Towards Century 21,** by C.S. Wallia. Brain Stimulation for direct-to-brain communications (p21)

**Mind Wars,** by Ron McRae (associate of Jack Anderson). Research into brain-to-brain electronic communications., remote neural EM detection (PP. 62 106, 136).

**Mind Tools,** by Rudy Rucker. Brain tapping; communications with varying biomagnetic fields (p82).

**US News and World report,** January 2nd 1984. EM wave brain stimulation; intelligence community hi-tech (p38).

**Ear Magazine**. Article on extremely low frequencies radio emissions in the natural environment; radio emissions from the human body.

**City Paper,** Washington DC January 17, 1992. Article FCC and NSA "complete radio spectrum"

listening posts.

**Frontiers in Science,** by Edward Hutchings Jr 1958 (p48).

**Beyond Bio Feedback,** by Elmer and Alyce Green, 1977 (p118)

**The Body Quantum,** by Fred Alan Wolf

**Cloning**; A Biologist Reports, by Robert Gillmore McKinnell. Ethical review of cloning humans.

**Hoovers' FBI,** by Former agent William Turner. Routines of electronic surveillance work. (p280).

**July 20th 2019,** by Arthur C. Clarke LIDA; Neurophonics; Brain-computer link.

**MegaBrain,** by Michael Hutchison. Brain stimulation with EM waves; CIA research and information control. (pp.107,108,117,120,123).

**The Cult of Information,** by Theodore Rosnak, 1986. NSA Directive #145; personal files in computers; computer automated telephone tapping.

**The Body Shop,** 1986 implantation of an electrode array on the visual cortex for video direct to the brain; other 1960's research into electronically triggering Phosphenes in the brain, thus bypassing the eyes.

**Evoked Potentials,** by David Regan. Decoding neuroelectric information in the brain.

Home

13n

June 25, 2003

Subject; Reproducing brainwave data from an external source.

Research; John E. Moore

Email: jmoore3263@bellsouth.net

Reference;

      Title : Temporal coding of sensory information in the brain.

Affiliations: Department of Otology and Laryngology.
              Harvard Medical School.

      Title: John Hopkins Family Health Book 2003.



1a



# Component Detailed Explanation

CARRIER: Deliver brainwave data to ASIC.
BRAIN WAVE: Rides on carrier with data information.
ASIC DETECTOR: Detects data off the carrier and deposits at
                    address section of brain.
                  Note: I have no data on this statement. But a what if?
                  ASIC transmit data out.
MODULATOR: Combines brain wave data (neurons) and carrier for
                Transmission.

    As shown in above diagram is an electronic micro-chip, some types under contract for U.S. Government. (D.A.R.P.A) It can detect audio frequency down to milli-hertz. (brain wave frequency range)

    As you read this short introduction to the science of (brain wave technology, holding on to layman terms. You will see the simplicity of reproducing an input from the inner ear to the brain or an input from the ASIC detector (implant) to the brain. Although through different paths, but same data to brain and same end result. Sound or data travel through bone as a conductor with hardly any resistance, in this case the temporal bone.

Example: word Yes or No spoken as a command from modulator, hand function microphone (black box) will transmit neurons (data) to ASCI. Inner ear is audio in to brain, ASIC as an input can disseminate between audio and other address data commands. Pain, speech, vision, thought etc. all control is by neurotransmitters.

Returning to the diagram on page two, you will see the brain wave frequency, which is data to the brain. Here is a partial list of brain addresses, some of which can be reproduced electronicly.

CEREBRUM: Has four lobes, consisting of an infinite amount of cell's/neuron's, which are the seat of mental addresses.

Cerebelluim lobe: consisting of muscle coordination, equilibrium.

Temporal Occipital lobe: consisting of vision, hearing and speech. limbic system control—emotion, memory, motivation.

Frontal Occipital lobe: consisting of motor language and planning to sheletal muscle. Sensation, thaught, movement, consciousness.

Brain Stem lobe: Contain centers to control body functions. breathing, eye reflexes, taste; integral to speech neck, tongue. Motor signals to; jaw, face, eye movement, Arm and leg movement. Cardiovascular function (heartbeat) pulse. Sleep, digestion.

Information is coded under normal conditions to disseminate the delivery of the data to the proper addressed lobe. (cell's) All sensation to the brain through various nerve path ways receive and transmit electro chemical pulses. Neurotransmitters produce electrical charge, which communicate between neurons.

3a

ASIC >>>>>>>> neurotransmitters >>>>>>>> BRAIN
(neuron)                    molecules                    (neurons)


Conclusion: Brain is more complex than the most sophisticated
computer ever built. Both communicate with data bits.
It is dangerous if used for the wrong perfunctory. Repro-
duction of brain wave electronic data has endless
possibilities, both positive and negative. (remember the
Yes or No inserted into the ASIC?) Pg.3. In a court of law
that could be the weight of innocence or guilt.
I believe this type of technology will unbalance the scale
of justice. This type of data can cause pain or decisions
in ones thinking or speech or both.
Touching lightly on my research material, some are
directly involved with this material while other  documents
are worth taking note of, your judgment  will guide your
thinking.
The microchip that I am using as an example pg.2
(Reproducing Brainwave Data) was developed 1997.
There is no information available on its use, or availability.
I would like to make note of the immense material
provided to me on this interesting and at times very
technical topic.
Dr. Cariani and John Hopkins Medical Book provided
invaluable material for this report.

4a

# Brainwave Frequency Wave Forms Signal Generated



Fig. 7

Fig. 8

**Fig. 1**



**Figure 7:** *MATLAB pure signal periodogram with noise at 38 Hz.*



**Figure 8:** *MATLAB sampled output with noise at 38 Hz, showing an alias*



Fig. 2

Fig. 3

As shown in Fig.1 is a periodogram of brain frequency spikes and as shown with much inherent noise. Fig. 7 also indicates a large noise factor. Fig. 8  presents a cleaner spike presentation that if you compare with Pg. 9 (C) (Temporal Coding Documents) come close to the intrinsic temporal patters shown, and with the right capacitance circuit could present a clean square wave, as shown in Fig. 3.
A filtered out put which can be compared with Pg. 9 (D) (Temporal Coding Documents)

These wave forms were created with audio freq. generator, with pulse width, pulse spacing and db gain pre-entered.

5a

**■ 13 2006**

John E Moore
9 Pleasant View Cir.
Daytona Beach, Fl.
32118-5511
d.o.b. 09-15-35
386-761-8193

September 11, 2006

Administration Section
Volusia County Sheriff Department
123 W. Indiana Ave.
Deland, Fl.
32721

*Unable to locate info?*

Attention: Privacy Act or Freedom of Information Officer.

Re: Public Records Law Guide for Law Enforcement.

Subj: Florida Constitution.
     Public Records Act
     Section 119.011 (2), FS

    1. I request a copy of any records about me maintained at your agency; including all types of files from year 1991 to present.

    2. I request any documentation of a relation pertaining to Brainwave Technology and (N.S.A.) National Security Agency with the Volusia County Sheriff Department, and certain personnel.

I am willing to pay a fee for this request if applicable.

I request that the information I seek be forwarded to me via U. S. Mail.

Thank you for your consideration of this request.

**NATION**    02-08-04    The Daytona Beach News-Journal

# pitfalls in digital evidence

**By BRIAN BERGSTEIN**
ASSOCIATED PRESS

When Victor Reyes went on trial for murder last year, the technology that fingered him was supposed to be a star witness.

Police in Florida had used software known as More Hits to determine that a smudged handprint they had found on duct tape wrapped around a body — but originally couldn't decipher — implicated Reyes in the 1996 killing.

The judge let prosecutors introduce More Hits' digital enhancement. But the defense called it "junk science" and had an art professor testify that the process resembled how Adobe Photoshop can be used to make trick-photo illustrations.

Reyes was acquitted.

Jurors said they based their decision mainly on the notion that the print didn't prove Reyes was the killer — not on the legitimacy of More Hits' method. And a Florida appeals court later ruled that More Hits' technology — used by 215 U.S. police departments — is acceptable.

Still, some defense attorneys learned a lesson: Get more aggressive about challenging digitally generated evidence.

"Now, whenever you hear the word enhancement, an antenna goes up," said Hilliard Moldof, a



A computer scene shows an enlarged digital image of a smudged fingerprint from a crime scene Tuesday at the police forensics lab in Salem, Ore.

Florida defense attorney who is questioning digitally enhanced fingerprints in two cases.

As more police departments abandon chemically processed film in favor of digital photography, the technology could be confounding for the justice system.

Film images are subject to darkroom tricks, but because digital pictures are merely bits of data, manipulating them is much easier. And although willful evidence manipulation is rare, forensic specialists acknowledge that a poorly trained examiner incorrectly using computer enhancement pro-

grams can unwittingly introduce errors.

"What you can do in a darkroom is 2 percent of what Photoshop is capable of doing," said Larry Meyer, former head of photography for State Farm Insurance Co.

Courts have consistently allowed digital photographs and enhancement techniques. But some observers say such methods should endure a more thorough examination, as have technologies such as DNA analysis.

"There have been relatively few challenges to the use of digital technology as evidence and,

in most of them, the courts have looked at them in a fairly superficial way," said Edwin Imwinkelried, an evidence expert at the University of California-Davis law school.

Concerns about the impeachability of digital photographs are one reason many police departments have been hesitant to ditch film for crime scene photographs and forensic analysis.

In fact, some people who train law enforcement agencies in photography estimate that only 25 percent to 30 percent of U.S. police departments have gone digital — despite the huge cost benefits of no longer having to buy film and the ease with which digital pictures can be captured and disseminated.

Some law enforcement officials also worry about the limitations that still plague digital photography.

Digital pictures can't be blown up as clearly for courtroom displays as film photos. Or the compression needed to store a digital file on disk can make the image blurry or blocky, potentially obscuring key details.

"Digital imaging for the most part has a long way to go to meet the quality of film," said Richard Vorder-Bruegge, an FBI forensic expert who chaired a panel that wrote guidelines for law enforcement use of digital imaging.

38

*boston.com*

THIS STORY HAS BEEN FORMATTED FOR EASY PRINTING

# US revises definition of torture

The Boston Globe

**By R. Jeffrey Smith and Dan Eggen, Washington Post | January 1, 2005**

WASHINGTON -- The Justice Department has published a revised and expansive definition of acts that constitute torture under domestic and international law, overtly repudiating one of the most criticized policy memorandums drafted during President Bush's first term.

In a statement published on the department's website late Thursday, the head of its Office of Legal Counsel declares that "torture is abhorrent both to American law and values and international norms."

The statement goes on to reject a previous statement that only "organ failure, impairment of bodily function, or even death" constitute torture punishable by law.

That earlier definition of torture figured prominently in complaints by Democrats and human rights groups about White House counsel Alberto Gonzales, who oversaw its creation and is Bush's nominee to become attorney general for the second term. The new memo's public release came a week before the start of Senate Judiciary Committee hearings on Gonzales's nomination.

The new document also omits two assertions made in an earlier version: that Bush, as a wartime chief executive, had the authority to permit acts barred by US laws against torture, and that US personnel following executive orders involving torture had legal defenses against criminal liability. The new memo states that torture violates US and international law.

The administration's legal document defining torture was first written in 2002, before the Iraqi prison abuse scandal became public.

The White House insisted yesterday that the United States has operated under the spirit of the Geneva Conventions, which prohibit violence, torture, and humiliating treatment, the Associated Press reported. It said the new document did not represent a change in administration policy.

"It has been US policy from the start to treat detainees humanely and in accordance with the Geneva Conventions or under the spirit of the Conventions where they do not apply," said White House deputy press secretary Trent Duffy.

In the new memo, Acting Assistant Attorney General Daniel Levin said torture may consist of acts that fall short of provoking excruciating and agonizing pain and thus may include mere physical suffering or lasting mental anguish. His opinion is meant, according to its language, to undermine any notion that those who conduct harmful interrogations may be exempt from prosecution.

This second effort by the Bush administration to parse the legal meaning of the word "torture" was provoked by the damaging political fallout from the disclosure this summer of the first memo, drafted in August 2002 and criticized by human rights lawyers and experts around the world.

Many of the critics charged that the first memo -- which they said laid out a very narrow view of what behavior might constitute torture and was crafted to help interrogators at the CIA evade prosecution -- created the context for a record of persistent ill treatment by that agency and the US military of detainees at prisons in Iraq, Afghanistan, Cuba's Guantanamo Bay, and undisclosed locations.

"Clearly the release of this now is backfilling for Gonzales's confirmation hearing," said I. Michael Greenberger, a senior Justice Department official in the Clinton administration who now heads the Center for Health and Homeland Security at the University of Maryland. "These memos have been a tremendous source

42

of embarrassment to both Gonzales and the administration."

Greenberger said that recent accounts of widespread abuse at US detention facilities -- including disclosures that military interrogation practices were sharply criticized over the past two years by FBI and Defense Intelligence Agency personnel in the field -- have given ammunition to those within the administration who favor adherence to international norms against torture.

"It could be that this is not just a cynical ploy but a real sign of change," Greenberger said.

One of the most controversial provisions of the earlier memorandum, signed by Levin's predecessor, Jay S. Bybee, was an assertion that the president's executive powers were sufficient to permit tolerance of torturous acts in extraordinary circumstances. The International Committee of the Red Cross had declared in response that the prohibition on torture, embodied in a global convention signed by the United States, has no exceptions.

But advocates of strict adherence to the convention previously lost interagency battles to hard-liners in the Defense Department, the Justice Department, and the White House, who asserted the president has expansive powers during the war on terrorism. The new memo pointedly sidesteps this issue, stating that the "consideration of the bounds of any such authority would be inconsistent with the president's unequivocal directive that United States personnel not engage in torture."

The memo also drops an attempt in the earlier version to rule that harmful acts not specifically intended to cause severe pain and suffering might be legal, and to define "specific intent." ▪

© Copyright 2004 The New York Times Company

**AFFIDAVIT OF SERVICE**

# UNITED STATES DISTRICT COURT
## District of District of Columbia

Case Number: 1:07-CV-00107-RMC

Plaintiff:
**John E. Moore**
vs.
Defendant:
**George W. Bush, et al.**

For: John E. Moore

Received by Executive Southern Professional Svcs Inc on the 9th day of April, 2007 at 4:17 pm to be served on **MR. MORRIS DEES, Southern Poverty Law Center, 400 Washington Avenue, Montgomery, AL  36104**. I, Glenn McDaniel, being duly sworn, depose and say that on the __16th__ day of __April__, 20_07_ at _10_ : _30_ am., executed service by delivering a true copy of the **Summons in a Civil Case, Complaint, Motion of Appointment of Counsel** in accordance with state statutes in the manner marked below:

( ) INDIVIDUAL SERVICE: Served the within-named person.

(X) SUBSTITUTE SERVICE: By serving _Shunta Harrell_ as
_Security_.

( ) POSTED SERVICE: After attempting service on ___/___ at _____ and on ___/___ at _____ to a conspicuous place on the property described herein.

( ) OTHER SERVICE: As described in the Comments below by serving _____ as
_____.

( ) NON SERVICE: For the reason detailed in the Comments below.

COMMENTS: _____
_____
_____
_____

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made.

Subscribed and Sworn to before me on the _16th_ day of
_April_, _2007_ by the affiant who is personally
known to me.

_____
NOTARY PUBLIC
My Commission Expires: 07/29/07

PROCESS SERVER # _____
Appointed in accordance
  with State Statutes

**Executive Southern Professional Svcs Inc**
**1042 N. U.S.1**
**Suite 1**
**Ormond Beach, FL  32174**
**(386) 672-1420**
Our Job Serial Number: 2007001341

Copyright © 1992-2005 Database Services, Inc. - Process Server's Toolbox V5.5q

# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
### District of District of Columbia

Case Number: 1:07-CV-00107-RMC

Plaintiff:
**John E. Moore**
vs.
Defendant:
**George W. Bush, et al.**

For: John E. Moore

Received by Executive Southern Professional Svcs Inc on the 9th day of April, 2007 at 4:17 pm to be served on **MR. MORRIS DEES, Southern Poverty Law Center, 400 Washington Avenue, Montgomery, AL  36104**. I, <u>Glenn McDaniel</u>, being duly sworn, depose and say that on the <u>16th</u> day of <u>April</u>, 20<u>07</u> at <u>10 : 30</u>am., executed service by delivering a true copy of the **Summons in a Civil Case, Complaint, Motion of Appointment of Counsel** in accordance with state statutes in the manner marked below:

( ) INDIVIDUAL SERVICE: Served the within-named person.

(X) SUBSTITUTE SERVICE: By serving <u>Shunta Harrell</u> as <u>Security</u>.

( ) POSTED SERVICE: After attempting service on ___/___ at _____ and on ___/___ at _____ to a conspicuous place on the property described herein.

( ) OTHER SERVICE: As described in the Comments below by serving _____ as _____.

( ) NON SERVICE: For the reason detailed in the Comments below.

COMMENTS: _____
_____
_____
_____

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made.

Subscribed and Sworn to before me on the <u>16th</u> day of <u>April</u>, <u>2007</u> by the affiant who is personally known to me.

NOTARY PUBLIC
My Commission Expires: 07/29/07

PROCESS SERVER # _____
Appointed in accordance
 with State Statutes

**Executive Southern Professional Svcs Inc**
1042 N. U.S.1
Suite 1
Ormond Beach, FL  32174
(386) 672-1420
Our Job Serial Number: 2007001341

Copyright © 1992-2005 Database Services, Inc. - Process Server's Toolbox V5.5q