## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| John E. Moore | ) | |
| | ) | |
| | ) | CASE NO. 1:07-CV-00107 (RMC) |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| George W. Bush, et al., | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

## DEFENDANT SOUTHERN POVERTY LAW CENTER'S MOTION TO DISMISS AND STATEMENT OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION

Pursuant to Federal Rule of Civil Procedure 12(b)(6), Defendant Southern Poverty Law Center respectfully moves to dismiss this action for failure to state a claim upon which relief may be granted.  A Statement of Points and Authorities in support of this motion is included below.

## STATEMENT OF FACTS

Plaintiff John E. Moore apparently has an ongoing grievance with state and federal government officials.  He claims to have been implanted with a brainwave technology system through which these officials can control his mood, heart beat, and skin sensations.  Complaint at 5, 9.  To end this alleged intrusion, he has filed

this action to enjoin President George W. Bush, the N.S.A., F.B.I., V.C.S., and

other government agencies from continued use of this "warrant-less surveillance,"

to order these Defendants to turn over information obtained from the surveillance,

and to obtain attorney's fees and damages as the Court deems fit.  Complaint at 18.

Plaintiff's claims are questionable, but it is clear that the Southern Poverty

Center (SPLC), a non-profit and non-governmental civil rights organization, is not

a part of this alleged conspiracy or the cause of the Plaintiff's physical

impairments.  Plaintiff Moore has pleaded SPLC into this action on a totally

unrelated matter -- to compel its response to a "report" that he claims he sent to

SPLC in August 2005.  According to the Plaintiff:

> 48. On August 3, 2005 I sent to Southern Poverty Law Center my return
> answer to my R.S.V.P. to attend the dedication of the Civil Rights Memorial
> Center, (Wall of Tolerance) with my donation and report on hate and bias
> incidents in my Community. Re: Barefoot Park, Orange, Fl. I received no
> reply on my report that I submitted, the donation check was cashed. On
> November 1, 2005 I sent a registered letter to S.P.L.C. to question the reason
> as to no reply to this document. I am concerned that either or both
> documents were compromised. As were many pertaining to this case.

Complaint at 13; *see also* Complaint at 17 (seeking to compel SPLC to reply

to his report of bias incidents).

## POINTS AND AUTHORITIES

Because the Plaintiff's sole allegation against the SPLC states no cognizable

legal claim whatsoever, this action should be dismissed for failure to state a claim

upon which relief can be granted.  *See* Fed. R. Civ. P 12(b)(6).  Rule 12(b)(6) is

"designed to test solely the legal sufficiency of the complaint" and requires dismissal when the complaint fails to state a claim upon which relief can be granted. *Richards v. Duke Univ.*, 2007 U.S. Dist. LEXIS 22864 at 25-26 (D.D.C.) (frivolous lawsuit dismissed where a law student claimed that two law schools and Microsoft Corp. had her followed and conspired to give her bad grades). In evaluating a motion to dismiss for failure to state a claim, a court must accept as true all allegations contained in the complaint and must view the complaint in the light most favorable to the plaintiff. *Id*.

Even if the Plaintiff's allegations are all true – that he sent a report of racial bias incidents to SPLC but never received a response – there is simply no legal claim that has been asserted. There is no legal obligation, contractual or otherwise, that an organization reply to a person who sends it correspondence and a donation. *Cf. Raffaele v. Ryder Dedicated Logistics*, 931 F. Supp. 76, 80 (D. Mass. 1996)(Plaintiff's at-will employment was not a legal right and therefore his breach of contract claim for termination lost to a 12(b)(6) motion).

<u>**CONCLUSION**</u>

The Plaintiff's complaint against the Southern Poverty Law Center should be dismissed for the reasons set forth above. A proposed order is attached.

DATE: May 09, 2007

Respectfully submitted,


**/s/ Sheila Bedi**

D.C. Bar No. 475314

SOUTHERN POVERTY LAW CENTER

400 Washington Avenue

Montgomery, Alabama 36104

334-956-8200

334-956-8481 (fax)

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

John E. Moore          )
                   )    CASE NO. 1:07-CV-00107 (RMC)
        Plaintiff,   )
v.                  )
                   )
George W. Bush, et al.,   )
                   )
                   )
        Defendants.  )

## ORDER

Upon consideration of Defendant Southern Poverty Law Center's motion to dismiss, the memorandum of points and authorities in support thereof, and any opposition thereto, and for good cause shown, it is hereby ORDERED that the Complaint is  hereby DISMISSED WITH PREJUDICE to the extent that it alleges a claim against the Southern Poverty Law Center.

Done this _____ day of _____, 2007.

_____
UNITED STATES DISTRICT JUDGE

# CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing upon:

     John E. Moore Pro Se
     9 Pleasant View Cir.
     Daytona Beach, FL  32118-5511

by placing the same in the United States Mail, first class postage prepaid and

properly addressed on this the 9th day of May, 2007.


                                     **/s/ Sheila Bedi**_____
                                     D.C. Bar No. 475314
                                     SOUTHERN POVERTY LAW CENTER
                                     400 Washington Avenue
                                     Montgomery, Alabama 36104
                                     334-956-8200
                                     334-956-8481 (fax)