## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JOHN E. MOORE,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| **v.** | ) CASE NO. 1:07-CV-00107 (RMC) |
| | ) |
| **GEORGE W. BUSH, ET AL.,** | ) |
| | ) |
| Defendants. | ) |
| | ) |
| | ) |
| | ) |
| | ) |

### DEFENDANT VOLUSIA COUNTY SHERIFF
### DEPARTMENT'S REPLY IN SUPPORT OF ITS MOTION TO DISMISS

Comes now Defendant Volusia County Sheriff Department ("VCSD") and respectfully files its Reply in support of its Motion to Dismiss (filed Apr. 23, 2007).  Plaintiff John E. Moore ("Plaintiff") has filed a pleading styled "Plaintiff John E. Moore Motion to Dismiss" ("Pl.'s Motion") which purports to move to dismiss VCSD's Motion to dismiss "because Defendant has failed to state a claim of unsubstantiated claims due to insufficient knowledge of the terms and language used in brainwave technology."  Pl.'s Motion at 1.

Plaintiff's Motion adds nothing to the papers currently filed, and is indeed even more difficult to follow than the Complaint.  It further evidences the fact that Plaintiff has failed to state a claim upon which relief may be granted and failed to plead a plain statement of his claims showing that he is entitled to relief.  Notably, Plaintiff concedes that to the extent he was "victimized by a person who is part of a unit," that person was "not part of the Volusia County Sheriff Department (Special Unit)" but apparently received some form of "Brainwave Technology Instruction at Falls Church, Virginia."  *Id.*  Plaintiff thus ***admits*** that he has no claim against the VCSD.

The balance of Plaintiff's Motion contains references to an irrelevant case, materials from a website purporting to show how the National Security Agency remotely controls American

citizens' bodies and minds, and offers the 1998 Will Smith film *Enemy of the State* as evidence. While the VCSD does not disagree with Plaintiff's concluding argument that "the control of a persons [sic] brain should not be given to either Law Enforcement, nor [sic] Security Agencies of this Country," this is not the basis for a valid cause of action, and nothing in the Complaint or Reply states a valid claim against the Volusia County Sheriff's Department.  This is exactly the kind of frivolous case that has no place in federal court.  Were the Court to deny VCSD's Motion to Dismiss, it would do little more than permit this frivolous matter to waste further the federal bench's time and resources.

For the foregoing reasons, and the reasons set forth in the Volusia County Sheriff's Department's Motion to Dismiss (filed Apr. 23, 2007), the Volusia County Sheriff Department requests that its motion be granted and that Plaintiff's Complaint against it be DISMISSED WITH PREJUDICE.

DATED: May 14, 2007

Respectfully submitted,


_____/s/ Joseph E. Hartman_____
Joseph E. Hartman
D.C. Bar No. 467054
FULBRIGHT & JAWORSKI L.L.P.
801 Pennsylvania Avenue, N.W.
Washington, D.C.  20004-2623
Telephone:  (202) 662-0200
Facsimile:  (202) 662-4643 \

ATTORNEYS FOR DEFENDANT
VOLUSIA COUNTY SHERIFF'S
DEPARTMENT

OF COUNSEL:
Richard N. Staten
Assistant County Attorney, Volusia County
123 West Indiana Avenue
Deland, Florida 32720
Phone: (386) 736-5950
Fax; (386) 736-5990