THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JOHN E. MOORE,            )
                          )
    Plaintiff,            )
                          )  Case No. 1:07-CV-00107 (RM)
    v.                    )
                          )
GEORGE W. BUSH, ET AL.,   )
                          )
    Defendant.            )
                          )
_____)

**PLAINTIFF JOHN E. MOORE REQUEST**

Plaintiff request, to change word included in **MOTION TO DISMISS** document presented to Defendant: Volusia County Sheriff Department.

Note: Page 2, Receive by Plaintiff: should read, Received from Defendant: April 27, 2007. via U.S. Mail. Defendant was notified May 7, 2007 by mail of error to document. Plaintiff apologizes to the Court and to the Defendant for problem due to loss of access to both primary and back-up printers in Plaintiff's office and time restriction on documents to be filed. Total of four days outage.

WHEREFORE, Plaintiff John E. Moore requests that correction to MOTION wording be granted. Dated May 9, 2007

Respectfully submitted,

John E. Moore pro se
9 Pleasant View Cir.
Daytona Beach, Florida
32118-5511
386-761-8193

**RECEIVED**

MAY 1 4 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

The reasons supporting this motion are set forth more fully in the accompanying Statement of Opposing Points and Authorities in Support of my request to Dismiss Volusia County Sheriff Department's Motion to Dismiss. Dated April 23, 2007.

A proposed order also is attached.

Note: Received from Defendant: April 27, 2007. via U.S. Mail.

                              Respectfully submitted,

                              *John E. Moore*

John E. Moore Pro se
9 Peasant View Cir.
Daytona Beach, FL.
32118-5511
(386) 761-8193