# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
### District of District of Columbia

Case Number: 1:07-CV-00107-RMC

Plaintiff:
**John E. Moore**

vs.

Defendant:
**George W. Bush, et al.**

For:
John E. Moore
9 Pleasant View Circle
Daytona Beach, FL 32118

Received by Executive Southern Professional Svcs Inc on the 18th day of April, 2007 at 11:28 am to be served on **SKIP SHEFFIELD, Dependable Civil Process, 1035 Calle Grande, Ormond Beach, FL 32174**.

I, Albert R. Metcalf, being duly sworn, depose and say that on the **30th day of April, 2007 at 7:00 pm, I:**

**Individually Served** the within named person with a true copy of this **Summons in a Civil Case, Complaint** with the date and hour endorsed thereon by me, pursuant to State Statutes.

**Military Status:** Based upon inquiry of party served, defendant is not in the military service of the United States.

I certify that I am over the age of 18 and I have no interest in the above action.

**RECEIVED**

MAY 1 4 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Albert R. Metcalf
Process Server

Executive Southern Professional Svcs Inc
1042 N. U.S.1
Suite 1
Ormond Beach, FL 32174
(386) 672-1420
Our Job Serial Number: 2007001512

Subscribed and Sworn to before me on the 2nd day of May, 2007 by the affiant who is personally known to me.

NOTARY PUBLIC



**Kevin Whitton**
Commission # DD540077
Expires April 12, 2010
Bonded Troy Fain - Insurance Inc 800-385-7019

Copyright © 1992-2005 Database Services, Inc. - Process Server's Toolbox V5.5q