# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
### District of Columbia District of

Case Number: 07-0107 RMC

Plaintiff:
**JOHN E. MOORE**

vs.

Defendant:
**AMERICAN CIVIL LIBERTIES UNION**

For:
John E. Moore Prose

Daytona Beach, FL  32118-5511

Received by Executive Southern Professional Services on the 23rd day of April, 2007 at 9:35 am to be served on **American Civil Liberties Union, c/o Howard Simon /RA, 4500 Biscayne Blvd., Suite 340, Miami, FL 33137**.

I, Scott Goodman, being duly sworn, depose and say that on the **24th day of April, 2007 at 3:09 pm, I:**

**AUTHORIZED:** served by delivering a true copy of the **Summons in a Civil Case and Complaint** with the date and hour of service endorsed thereon by me, to: **Sandra Vancol, Director Of Administration And Finance**, who stated he/she is authorized to accept service for: **American Civil Liberties Union, c/o Howard Simon /RA** at the address of: **4500 Biscayne Blvd., Suite 340, Miami, FL 33137**, and informed said person of the contents therein.

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served.

**RECEIVED**

MAY 1 4 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Subscribed and Sworn to before me on the 26th day of April, 2007 by the affiant who is personally known to me.

NOTARY PUBLIC

Notary Public State of Florida
Fred H Humphries
My Commission DD605175
Expires 10/15/2010



Scott Goodman
1119

Executive Southern Professional Services
1042 N. U.S. Highway 1
Suite 1
Ormond Beach, FL  32174
(800) 953-1420
Our Job Serial Number: 2007013102

Copyright © 1992-2006 Database Services, Inc. - Process Server's Toolbox V6.0g

4-16-07
pre payment, Rcvd. CK 0268

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

John E. Moore

**SUMMONS IN A CIVIL CASE**

V.

American Civil Liberties Union

CASE NUMBER: 07-0107 (RMC)

TO: (Name and address of Defendant)

Mr. George Griffin, Chapter President
American Civil Liberties Union
Volusia/Flagler Chapter
P.O. Box 1824
Ormand Beach, FL.
32175-1824

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

John E. Moore pro se
9 Pleasant View Cir.
Daytona Beach, FL.
32118-5511

an answer to the complaint which is served on you with this summons, within ___Twenty___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON

FEB 1 6 2007

CLERK

DATE