THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**RECEIVED**

MAY 2 1 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

|  |  |  |
|---|---|---|
| JOHN E. MOORE, | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:07-CV-00107 (RMC) |
| | ) | |
| | ) | |
| GEORGE W. BUSH, et al., | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## PLAINTIFF JOHN E. MOORE <u>MOTION TO DISMISS</u>

Plaintiff moves pursuant to Federal Rules of Civil Procedure to dismiss said motion

without prejudice. Dismissal is appropriate because, although Defendant, Southern

Poverty Law Center (SPLC) is not bound to reply to filed return forms, ref; SPLC- IRO-

4EO91 74406573. in answer to Hate Crimes, of which was mailed out August 3, 2005.

With the amount of unanswered correspondence which entails this Case. My only

expectation from our brief communication was a short but informational reply. Assuring

me that my information and request were not in vane.

The reasons supporting this motion are set forth more fully in the accompanying

Statement of Opposing Points and Authorities of my request to Dismiss Southern Poverty

Law Center's Motion to Dismiss. Dated May 9, 2007.

   A proposed order also is attached.

Note: Receive from Defendant: May 12, 2007. via U.S. Mail.

                              Respectfully submitted,

                              John E. Moore Pro se
                              9 Pleasant View Cir.
                              Daytona Beach, FL.
                              32118-5511
                              (386) 761-8193

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JOHN E. MOORE | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 1:07-CV-00107 (RMC) |
| | ) | |
| | ) | |
| GRORGE W. BUSH, ET AL., | ) | |
| | ) | |
| Defendant | ) | |

## OPPOSING POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFF
## JOHN E. MOORE'S MOTION TO DISMISS

As a Pro se Litigate in said case, I will try to ad factual proof to my claims of a "Clandestine Conspiracy" by what I have come to deduce as being victimized by a person who is part of a unit, if I may use the term, (Special Unit of Law Enforcement) this person was given Brainwave Technology Instruction at Falls Church Virginia. Your mention of "Hate Group" is the reason Defendant, Southern Poverty Law Center was served with summons.

As Presented in said complaint, I the Plaintiff requested two points of relief.

One: To respond to documents presented to S.P.L.C. in a timely and informative manner, as to receipt of said documents. ( Page 13, para.48 of complaint) Will furnish copies included with motion.

Two: The pleading brings this action for Injunctive and Declaratory Relief. (Page 3, para.3 of complaint).

3

I will also submit information (evidence) that was not part of complaint with S.P.L.C., but were brought out in the Defendant Statement of Facts.

## STATEMENTS OF FACTS

Although S.P.L.C. is not bound to reply to filed return forms, in answer to hate crimes, which was mailed returned by letter dated August 3, 2005. With the amount of unanswered correspondence which entails this case. My only expectation from S.P.L.C. was a short, but informational reply.

First is letter dated November 1, 2005. I am not aware of your filing system, but do you hold a copy of this letter or receipt for? It was sent certified mail; 7002 0860 0007 0064 2556.

Second is letter dated August 3, 2005. Have S.P.L.C. any record of this letter being received? It was also sent certified mail; 7002 0860 0007 0064 2549.

Third is, did S.P.L.C. receive questioned document type IRO5-4EO91 74406573 completed with information.

Forth and final document was included for your information. It is a reflection of my problem with hate introduce in the Law Enforcement Community. F.B.I. uses Holocaust to teach new agents.

In closing this segment of Statement of Facts, I believe that the Defense claim that the S.P.L.C. is part of an alleged conspiracy is both ludicrous and vague It is not the intent of the Plaintiff to allege such an inference.

## POINTS OF AUTHORITY

What the sole defense of the Defendants claim is that they are not obligated to respond to a request for information. In this particular case pertaining to "nazi hate groups" particularly in Law Enforcement.

As I stated beforehand, I am not seeking monetary relief, but facts that I requested per my complaint, did S.P.L.C. receive letter dated November 1, 2005? Did S.P.L.C. receive letter dated August 3, 2005? Did S.P.L.C. receive form filed completed on hate crimes? Did S.P.L.C. receive document titled F.B.I. uses Holocaust to teach new agents.

I am also including documentation to clarify any doubt on the Defendants part of Brainwave Technology, judging from your comment of my questionable claims, which includes pages marked 13a thru. 13n, Titled: Covert Operations of U.S. National Security Agency, pages marked 1a thru. 5a Titled Temporal Coding of Sensory Information in the Brain, which is a report that I have written, being a victim. And last is pages 42 and 43, titled U.S. Revises Definition of Torture.

## CONCLUSION

As Plaintiff in this complaint, it is imperative that the Defendant realize the pure circumstance of my donation to S.P.L.C. and my report were purely coincidental. It was sent to help your cause to eradicate hate in our country. A proposed order is attached.

WHEREFORE, Plaintiff John E. Moore requests that its motion be granted and that

Defendants motion be DISMISSED WITH PREJUDICE for the reasons set forth herein.

DATED: May 17, 2007

Respectfully submitted,

John E. Moore Pro se
9 Pleasant View Cir.
Daytona Beach, FL.
32118-5511
386-761-8193

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing upon:

Sheila Bedi
D.C. Bar No. 475314
SOUTHERN POVERTY LAW CENTER
400 Washington Avenue
Montgomery, Alabama
36104

by placing the same in the UNITED STATES MAIL, first class postage prepaid

properly addressed on this 18th day of May, 2007.

John E. Moore Pro se
9 Pleasant View Circle
Daytona Beach, FL.
32118-5511
386-761-8193

6

John E Moore
9 Pleasant View Cir.
Daytona Beach, Fl.
32118-5511
386-761-8193

November 1, 2005

Southern Poverty Law Center
400 Washington Avenue
Montgomery, Alabama
36104

Dear Mr. Morris Dees:

   I am writing this letter to the Southern Poverty Law Center requesting that your

Law Center refrain from forwarding any more nazi hate material to our residence. As

my wife and I are well aware  of the dangers of hate groups. With our case and others

it is perpetrated in our Law Enforcement community. We have been victims now going

on ten years.

   I am inclosing copies of my documents that were mailed to your office via registered

mail on August 3, 2005 for your interest.

   Good luck in the challenge that your Law Center has taken on.

                    Sincerely,


                    John E. Moore

··············· 5 DIGIT 32118
2 0037 0000-077 131502
Mr. John E. Moore
9 Pleasant View Cir.
Daytona Beach, FL 32118-5511

**Member Since 2005**

Dear Mr. Moore,

Enclosed is our special "Year in Hate" issue of the *Intelligence Report*. It documents a number of disturbing facts:

- There are a record number of hate groups operating in the country — 762 in 46 states last year.

- There are over 45,000 subscribers to one hate website — more than double the number just 16 months ago.

- The Religious Right's campaign of intolerance against gays and lesbians is heating up. Many are attacking the very idea of teaching tolerance.

With hate on the rise, our work monitoring the radical right and our partnership with you is crucial. Please take a minute and fill out the questionnaire below.

Thank you for your dedication to our mission. Together, we *can* make a difference.

## MY REPORT ON HATE AND BIAS INCIDENTS IN MY COMMUNITY

Please take a moment to tell us about any hate incidents you know of in your area — including those involving religious intolerance. This information will provide us a valuable perspective on the problems facing the communities we serve.

[x] YES, I know of the following incidents: **I have enclosed a copy of a speech gived to the graduating class of the F.B.I. Acadamy by the Director, Louis Freeh. My wife and I are victims of what he was cautioning the graduates about. For my wife and I, it fell on some, but not all deaf ears. I would like the opportunity to tell our story.**

[ ] NO, I do not know of any specific incidents, but I'm concerned about the problem of intolerance. Keep me informed by sending the *Intelligence Report*.

Mr. John E. Moore
9 Pleasant View Cir.
Daytona Beach, FL 32118-5511

PLEASE GIVE US A CHANCE TO MAKE A DIFFERENCE

*Give this* Intelligence Report *to a law enforcement agency or community group. Be on the lookout for hate group activity or religious intolerance in your area. Our websites, www.splcenter.org and www.tolerance.org, offer many ideas to help you and your family become activists for tolerance and justice.*

1R054E091          74406573

7-1-00  THE NEWS-JOURNAL 6A

# FBI uses Holocaust to teach new agents

By **MICHAEL J. SNIFFEN**
Of The Associated Press

WASHINGTON — The FBI has begun teaching its new agents how a failure by police to protect citizen rights helped produce the Holocaust in which 6 million Jews, as well as other minorities and political dissidents were murdered by the Nazis.

The training segment for agents-to-be at the FBI Academy began last month and was announced Friday by FBI Director Louis J. Freeh; Sara J. Bloomfield, director of the U.S. Holocaust Memorial Museum and Abraham H. Foxman, national director of the Anti-Defamation League.

"We do this early on in their training . . . to remind them of the horror and evil which can result from not just a government, but particularly law enforcement, abandoning its mission to protect people and becoming the engine of oppression," Freeh said.

The trainees are given a guided tour of the Holocaust Museum here and instruction about Adolf Hitler's use of the police in Germany in the 1930s and 1940s to round up Jews, political opponents and other tar-

geted groups.

There is a classroom discussion and then trainees must write an essay on the question: "Of what relevance is this history to you as a human being and a law enforcement official?"

After the first session, a student wrote, "It has taught me that making sure our Constitution is strictly followed should be a number one priority throughout my career."

The topic of police complicity in the Holocaust has been a concern of Freeh's for some time. In 1994, over objections from the State Department and the U.S. ambassador to Poland, Freeh visited the Nazi death camp at Auschwitz during a European trip and gave a speech at Jagellonian University in nearby Krakow, Poland, on the police role in Hitler's oppression.

Foxman applauded the FBI's commitment to "law enforcement's critical role as defenders of the Constitution and guardians of individual rights" and said the training "has tremendous potential to impact the next generation of law enforcement leadership."

52



# ~Project Freedom~

HUMAN RIGHTS WATCH

# Covert Operations of
# the U.S. National Security Agency.

From an article in Nexus Magazine April/May 96

**A lawsuit filed against the U.S. National Security Agency reveals a frightening array of technologies and programs designed to keep tabs on individuals.**

> ### John St Clair Akwei
> ### vs
> ### National Security Agency
> ### Ft George G. Meade, MD, USA
> ### (Civil Action 92-0449)

The following document comprises evidence for a lawsuit filed at the U.S. Courthouse in Washington, DC, by John St Clair Akwei against the National Security Agency, Ft George G. Meade, Maryland (**Civil Action 92-0449**), constitutes his knowledge of the NSA's structure, national security activities proprietary technologies and covert operations to monitor individual citizens Ed.

## 1. THE NSA'S MISSION AND DOMESTIC INTELLIGENCE OPERATION

### Communications Intelligence (COMINT)

**Blanket coverage of all electronic communications in the US and the world to ensure national security. The NSA at Ft Meade, Maryland has had the most advanced computers in the world since the early 1960s.** NSA technology is developed and implemented in secret from private corporations, academia and the general public.

13a

### Signals Intelligence (SICINT)

The Signals Intelligence mission of the NSA has evolved into a program of decoding EMF waves in the environment for wirelessly tapping into computers and track persons with the electrical currents in their bodies. Signals Intelligence is based on fact that everything in the environment with an electric current in it has a magnetic flux around it which gives off EMF waves. **The NSA/DoD [Department of Defence] developed proprietary advanced digital equipment which can remotely analyze all objects whether manmade or organic, that have electrical activity.**

### Domestic Intelligence (DOMINT)

**The NSA has records on all US citizens. The NSA gathers information on US citizen who might be of interest to any of the over 50,000 NSA agents (HUMINT).** These agents are authorized by executive order to spy on anyone. The NSA has a permanent national security anti-terrorist surveillance network in place. This surveillance network is completely disguised and hidden from the public.

Tracking individuals in the US is easily and cost-effectively implemented with NSA's electronic surveillance network. **This network (DOMINT) covers the entire US, involves tens of thousands o NSA personnel, and tracks millions of persons simultaneously** . Cost-effective implementation of operations is assured by NSA computer technology designed to minimize operations costs. NSA personnel serve in quasi-public positions in their communities and run cover businesses and legitimate businesses that can inform the intelligence community of persons they would want to track. **NSA personnel in the community usually have cover identities such as social workers, lawyers and business owners.**

### Individual Citizens Occasionally Targeted for Surveillance by Independently Operating NSA Personnel

NSA personnel can control the lives of hundreds of thousands of individuals in the US by using the NSA's domestic intelligence network and cover businesses. The operations independently run by them can sometimes go beyond the bounds of law. Long-term control and sabotage of tens of thousands of unwitting citizens by NSA operatives is likely to happen. **NSA DOMINT has the ability to assassinate US citizens covertly or run covert psychological control operations to cause subjects to be diagnosed with ill mental health.**



13b



FORCED MEMORY BLANKING AND INDUCED ERRONEOUS ACTIONS

INDUCED CHANGES TO HEARING - BOTH APPARENT DIRECTION AND VOLUME, AND SOMETIMES EVEN CONTENT

SUDDEN, VIOLENT ITCHING INSIDE EYELIDS

FORCED MANIPULATION OF AIRWAYS, INCLUDING EXTERNALLY CONTROLLED FORCED *SPEECH*

WILDLY RACING HEART WITHOUT CAUSE

REMOTELY INDUCED VIOLENT NO-RASH ITCHING, WITH PREFERENCE FOR HARD-TO-REACH AREAS, OFTEN DURING DELICATE OR MESSY WORK

FORCED NUDGING OF ARM DURING DELICATE OR MESSY WORK, CAUSING INJURY OR SPILLS

SPECIAL ATTENTION TO GENITAL AREA: ITCHING, FORCED ORGASM, INTENSE PAIN

INTENSE GENERAL PAIN, OR HOT-NEEDLES-PUSHED-DEEP-INTO-FLESH SENSATIONS.

ALSO - WILD FLAILING, SOME-TIMES FOLLOWED BY SHORT PERIODS OF "RIGOR MORTIS"

HARD-TO-REACH ITCH SITE, TOP AND BOTTOM, NEVER ANY RASH, WHICH OFTEN STARTS AS THE SENSATION OF SMALL ELECTRICAL SHOCKS

"DEMO" NEURO-CONTROL BY BENDING EACH TOE BACKWARDS ALMOST 90 DEGREES, ONE AT A TIME, OVER A COUPLE OF MINUTES

READING AND BROADCASTING THOUGHTS

CONTROLLED DREAMS

FORCED WAKING VISIONS SOME SYNC'ED WITH BODY MOTION

MICROWAVE HEARING ✱

"TRANSPARENT EYELIDS"

ARTIFICIAL TINNITUS

FORCED MOVEMENT OF JAW AND CLACKING OF TEETH

FORCED "MUSCLE QUAKING" OF THE LARGE MUSCLES ON THE BACK

FORCED PRECISION MANIPULATION OF HANDS, SOMETIMES SYNC'ED TO THE FORCED WAKING VISIONS

✱ THE FIRST UN-CLASSIFIED SUCCESSFUL TRANSMISSION OF THE HUMAN VOICE DIRECTLY INTO THE SKULL OF A LIVING PERSON WAS PERFORMED BY DR. JOSEPH C. SHARP, OF THE WALTER REED ARMY INSTITUTE OF RESEARCH IN **1974**

BY TRANSFORMING A HYPNOTIST'S VOICE USING THE LOW KY SILENT SOUND OR SMIRNOV SCRAMBLE METHODS, USED IN THE GULF WAR, IT IS POSSIBLE TO HYPNOTIZE A TARGET WITHOUT THE TARGET BEING AWARE, FROM HIDING LEAVING ZERO TRACE EVIDENCE

GENERAL EFFECTS: SUDDEN OVERHEATING, ALL-BODY PAIN, FORCED "CAFFEINE FIELD" SLEEP PREVENTION, FORCED "DROP-IN-YOUR-TRACKS" SLEEP INDUCEMENT, IRRESISTIBLE "GO HERE, GO THERE" COMMANDS, MICROWAVE BURNS, ELECTRIC SHOCKS

INVOLUNTARY TEST SUBJECTS ALSO EXPERIENCE: FREQUENT BREAK-AND-ENTERS AT HOME AND AT WORK WITH CLOTHING AND FURNITURE, BUSINESS PAPERS, COMPUTER FILES SABOTAGED MODIFIED OR STOLEN. PSYCHOLOGICAL WARFARE RESEARCH IS THE LIKELY MOTIVE.

# PSYCHO-ELECTRONIC WEAPON EFFECTS

13c

www.raven1.net

The above symptoms highlight a fraction of the vast array of Neuro-Electromagnetic Frequency Assaults perpetuated by the Police and Military Intelligence Agencies toward Covert Mind Control Experiments, Behavioral Manipulation and Murder.

## 2. NSA'S DOMESTIC ELECTRONIC SURVEILLANCE NETWORK

As of the early 1960s, the most advanced computers in the world were at the NSA, Ft Meade. Research breakthroughs with these computers were kept for the NSA. At the present time the NSA ha? nanotechnology computers that are 15 years ahead of present computer technology. **The NSA obtains blanket coverage of information in the US by using advanced computers that use artificial intelligence to screen all communications, regardless of medium, for key words that should be brought to the attention of NSA agents/cryptologists.** These computers monitor all communication? at the transmitting and receiving ends. This blanket coverage of the US is a result of the NSA's Signal? Intelligence (SIGINT) mission. The NSA's electronic surveillance network is based on a cellular arrangement of devices that can monitor the entire EMF spectrum. This equipment was developed, implemented and kept secret in the same manner as other electronic warfare programs.

### Signals Intelligence Remote Computer Tampering

The NSA keeps track of all PCs and other computers sold in the US. This is an integral part of the Domestic Intelligence network. The NSA's EMF equipment can tune in RF emissions from personal computer circuit boards (while filtering out emissions from monitors and power sup- plies). The RF emission from PC circuit boards contains digital information in the PC. Coded RF waves from the NSA's equipment can resonate PC circuits and change data in the PCs. Thus the NSA can gain wireless modem-style entry into any computer in the country for surveillance or anti-terrorist electronic warfare.

### Detecting EMF Fields in Humans for Surveillance

A subject's bioelectric field can be remotely detected, so subjects can be monitored anywhere they are With special EMF equipment NSA cryptologists can remotely read evoked potentials (from EEGs). These can be decoded into a person's brain-states and thoughts. The subject is then perfectly monitored from a distance. **NSA personnel can dial up any individual in the country on the Signals Intelligence EMF scanning network and the NSA's computers will then pinpoint and track that person 24 hours a day.** The NSA can pick out and track anyone in the US.



13d



## 3. NSA SIGNALS INTELLIGENCE USE OF EMF BRAIN STIMULATION

NSA Signals Intelligence uses EMF Brain Stimulation for Remote Neural Monitoring (RNM) and Electronic Brain Link (EBL). EMF Brain Stimulation has been in development since the MKULTRA program of the early 1950s, which included neurological research into radiation (non-ionizing EMF) and bioelectric research and development. The resulting secret technology is categorized at the National Security Archives as "Radiation Intelligence", defined as "information from unintentionally emanated electromagnetic waves in the environment, not including radioactivity or nuclear detonation". Signals Intelligence implemented and kept this technology secret in the same manner as other electronic warfare programs of the US Government. The NSA monitors available information about this technology and withholds scientific research from the public. There are also international intelligence agreements to keep this technology secret.

The NSA has proprietary electronic equipment that analyze electrical activity in humans from a distance. **NSA computer generated brain mapping can continuously monitor all of the electrical activity in the brain continuously.** The NSA records and decode individual brain maps (of hundreds of thousands of persons) for national security purposes. EMF Brain Stimulation is also secretly used by the military for brain-to-computer link (in military fighter aircraft, for example).

**For electronic surveillance purposes, electrical activity in the speech center of the brain can be translated into the subject's verbal thoughts.** RNM can send encoded signals to the brain's auditory cortex, thus allowing audio communications direct to the brain (bypassing the ears). NSA operatives can use this covertly to debilitate subjects by simulating auditory hallucinations characteristic of

13e

aranoid schizophrenia.

**Without any contact with the subject, Remote Neural Monitoring can map out electrical activity from the visual cortex of a subject's brain and show images from the subject's brain on a video monitor. NSA operatives see what the surveillance subject's eyes are seeing.** Visual memory can also be seen. RNM can send images direct to the visual cortex, bypassing the eyes and optic nerves. NSA operatives can use this surreptitiously to put images into a surveillance subject's brain while they are in REM sleep for brain-programming purposes.

## Capabilities of NSA Operatives Using RNM

There has been a Signals Intelligence network in the US since the 1940s. The NSA, Ft Meade has in place a vast two-way wireless RNM system which is used to track subjects and noninvasively monitor audio-visual information in their brains. This is all done with no physical contact with the subject. RNM is the ultimate method of surveillance and domestic intelligence. **Speech, 3D sound and subliminal audio can be sent to the auditory cortex of the subject's brain (bypassing the ears), and images can be sent into the visual cortex.** RNM can alter a subject's perceptions, moods and motor control.

Speech cortex/auditory cortex link has become the ultimate communications system for the intelligence community. RNM allows for a complete audio-visual brain-to-brain link or brain-to-computer link.



151

# 4. NATIONAL SECURITY AGENCY SIGNALS INTELLIGENCE ELECTRONIC BRAIN LINK TECHNOLOGY

**NSA SIGINT can remotely detect, identify and monitor a person's bioelectric fields.**

The NSA's Signals Intelligence has the proprietary ability to monitor remotely and non-invasively information in the human brain by digitally decoding the evoked potentials in the 30-50 Hz, 5 milliwatt electromagnetic emissions from the brain.

Neuronal activity in the brain creates a shifting electrical pattern that has a shifting magnetic flux. This magnetic flux puts out a constant 30-50 Hz, 5 milliwatt electromagnetic (EMF) wave. Contained in the electromagnetic emission from the brain are spikes and patterns called "evoked potentials". Every thought, reaction, motor command, auditory event and visual image in the brain has a corresponding "evoked potential" or set of "evoked potentials". The EMF emission from the brain can be decoded into the current thoughts, images and sounds in the subject's brain.

NSA SIGINT uses EMF-transmitted Brain Stimulation as a communications system to transmit information (as well as nervous system messages) to intelligence agents and also to transmit to the brains of covert operations subjects (on a non-perceptible level).

**EMF Brain Stimulation works by sending a complexly coded and pulsed electromagnetic signal to trigger evoked potentials (events) in the brain, thereby forming sound and visual images in the brain's neural circuits. EMF Brain Stimulation can also change a person's brain-states and affect motor control.**

Two-way electronic Brain Link is done by remotely monitoring neural audio-visual information while transmitting sound to the auditory cortex (bypassing the ears) and transmitting faint images to the visual cortex (bypassing the optic nerves and eyes). The images appear as floating 2D screens in the .ain.

Two-way electronic Brain Link has become the ultimate communications system for CIA/NSA personnel. **Remote neural monitoring (RNM, remotely monitoring bioelectric information in the human brain) has become the ultimate surveillance system.** It is used by a limited number of agents in the US Intelligence Community.



13g



## 5. [NO HEADING IN ORIGINAL DOCUMENT]

RNM requires decoding the resonance frequency of each specific brain area. That frequency is then modulated in order to impose information in that specific brain area. The frequency to which the various brain areas respond varies from 3 Hz to 50 Hz. Only NSA Signals Intelligence modulates signals in this frequency band. (See Table 1.) This modulated information can be put into the brain at varying intensities from subliminal to perceptible. Each person's brain has a unique set of bioelectric resonance/entrainment frequencies. Sending audio information to a person's brain at the frequency of another person's auditory cortex would result in that audio information not being perceived.

The Plaintiff learned of RNM by being in two-way RNM contact with the Kinnecome group at the NSA, Ft Meade.

They used RNM 3D sound direct to the brain to harass the Plaintiff from October 1990 to May 1991.

13h

As of 5/91 they have had two-way RNM communications with the Plaintiff and have used RNM to attempt to incapacitate the Plaintiff and hinder the Plaintiff from going to the authorities about their activities against the Plaintiff in the last 12 years. The Kinnecome group has about 100 persons working 24 hours a day at Ft Meade. They have also brain-tapped persons the Plaintiff is in contact with to keep the Plaintiff isolated. **This is the first time ever that a private citizen has been harassed with RNM and has been able to bring a lawsuit against NSA personnel misusing this intelligence operations method.**



## 6. NSA TECHNIQUES AND RESOURCES

**Remote monitoring/tracking of individuals in any location, inside any building, continuously, anywhere in the country.** A system for inexpensive implementation of these operations allows for thousands of persons in every community to be spied on constantly by the NSA.

### Remote RNM Devices

**NSA's RNM equipment remotely reads the evoked potentials (EEGs) of the human brain for tracking individuals, and can send messages through the nervous systems to affect their performance.** RNM can electronically identify individuals and track them anywhere in the US. This

http://www.mindcontrolforums.com/pro-freedom.co.uk/cov_us.html                    9/29/200

equipment is on a network and is used for domestic intelligence operations, government security and military base security, and in case of bioelectric warfare.

## Spotters and Walk-Bys in Metropolitan Areas

Tens of thousands of persons in each area working as spotters and neighbourhood/business place spies (sometimes unwittingly) following and checking on subjects who have been identified for covert control by NSA personnel.

Agents working out of offices can be in constant communication with spotters who are keeping track of the NSA's thousands of subjects in public. NSA agents in remote offices can instantly identify (using~ RNM) any individual spotted in public who is in contact with surveillance subject.

## Chemicals and Drugs into Residential Buildings with Hidden NSA Installed and Maintained Plastic Plumbing lines.

The NSA has kits for running lines into residential tap water and air ducts of subjects for the delivery of drugs (such as sleeping gas or brainwashing-aiding drugs). This is an outgrowth of CIA pharmapsychology (psychopharmacology).

## Brief Overview of Proprietary US Intelligence/Anti- Terrorist Equipment Mentioned

Fixed network of special EMF equipment that can read EEGs in human brains and identify/track individuals by using digital computers. ESB (Electrical Stimulation to the Brain) via EMF signal from the NSA Signals Intelligence is used to control subjects.

EMF equipment that gathers information from PC circuit boards by deciphering RF emissions, thereby gaining wireless modem- style entry into any personal computer in the country. All equipment hidden, all technology secret, all scientific research unreported (as in electronic warfare research). Not known to the public at all, yet complete and thorough implementation of this method of domestic intelligence has been in place since the early 1980s.

**Editor's Note: I tried ringing Mr Akwei to find out what was the out- come, if any, of his court case. He firmly but kindly told me that he could not speak about anything to do with the case over the phone and hung up. A subsequent conversation of similar length resulted in the information that he did not wish his address or phone number published with this article. So, if we hear of any developments, we'll let you know.**

13j

*It has to change - It will change - It starts with you!*

**George Farquhar**
**Project Freedom**

---

## An example of EMF Brain Stimulation

| Brain Area | Bioelectric Resonance Frequency | Information Induced Through Modulation |
|---|---|---|
| Motor Control Cortex | 10 Hz | Motor Impulse co-ordination |
| Auditory Cortex | 15 Hz | Sound which bypasses the ears |
| Visual Cortex | 25 Hz | Images in the brain bypassing the eyes |
| Somatosensory | 9 Hz | Phantom touch sense |
| Thought Center | 20 Hz | Imposed subconscious thoughts |

# RESOURCES

**These publications have only been discovered since December 1991, after Plaintiff had already notified authorities (Dept of Justice, etc.) of Public Corruption by named NSA employees. When**

13k

no action was taken against the NSA employees, I researched the Intelligence Community electronic surveillance technology involved and discovered the following publications.

**The Body Electric:** Electromagnetism and the Foundation of Life, by Robert Becker, M.D. Monitoring neuroelectric information in the brain ESB. (p. 265,313,318)

**Cross currents**, by Robert Becker. Simulating auditory hallucinations. Remote computer tampering using RF emissions from the logic board. (p. 70,78,105,174,210,216,220,242,299,303)

**Currents of Death**, by Paul Brodeur. Driving brain electrical activity with external EM; magnetophosphenes; Delgado. (p. 27,93)

**The Zapping of America**, by Paul Brodeur. DoD EM ESB research; simulating auditory hallucinations.

**Of Mice, Men and Molecules**, by John H. Heller 1963 Bioelectricity; probing the brain with EM waves. (p, 110)

**The Three-Pound Universe**, by Judith Hooper. CIA EEG research; EEGs for surveillance. (p.29,132,137)

**In the Palaces of Memory**, by George Johnson. EM emissions from the brain; the brain as an open electromagnetic circuit.

**The Puzzle Palace**, by James Bamford. Signals Intelligence; most advanced computers in the early sixties.

**The US Intelligence Community**. Glossary terms at National Security Archives; Radiation Intelligence (information from unintentionally emanated electromagnetic energy, excluding radioactive sources).

**The Search for the "Manchurian Candidate"**, by John Marks. Electrical or radio stimulation to the brain; CIA R&D in bioelectrics. (p.227)

**Secret Agenda**, by Jim Hougan. National security cult groups.

**Crimes of the Intelligence Community**, by Morton Halperin. Surreptitious entries; intelligence agents running operations against government workers.

**War in the Age of Intelligent Machines**, NSA computer supremacy, complete control of information.

**Alternate Computers**, by Time-Life Books. Molecule computers.

**The Mind, by Richard Restak**, M.D. EEG Systems inc.; decoding brain EM emanations, tracking

thoughts on a computer. (p. 258)

**MedTech,** by Lawrence Galton. Triggering events in the brain, direct to auditory cortex signals.

**Cyborg,** by D.S. Halacy, Jr, 1965. Brain-to-computer link research contracts given out by the US government.

**Psychiatry and the CIA: Victims of Mind Control,** by Harvey M. Weinstein M.D. Dr. Cameron; psychic driving; ultraconceptual communications.

**Journey Into Madness**: The True Story of Secret CIA Mind Control and Medical Abuse, by Gordon Thomas, Intelligence R&D; Delgado; psychic driving with radio telemetry. (p. 127,276,116,168,169)

**Mind Manipulators,** by Alan Scheflin and Edward M. Opton. MKULTRA brain research for information-gathering.

**The Brain Changers,** by Maya Pines. Listening to brain EM emissions. (p.19)

**Modern Bioelectricity**. Inducing audio in the brain with EM waves; DoD cover-up; EM wave ESB; remote EEGs

**Magnetic Stimulation in Clinical Neurophysiology,** by Sudhansu Chokroverty. Magnetophosphenes; images direct to the visual cortex.

**The Mind of Man, by Nigel Calder.** US intelligence brain research.

**Neuroelectric Society Conference,** 1971. Audio direct to the brain with EM waves; 2-way remote EEGs.

**Brain Control,** by Elliot S. Valenstein. ESB., control of individuals.

**Towards Century 21**, by C.S. Wallia. Brain Stimulation for direct-to-brain communications (p21)

**Mind Wars,** by Ron McRae (associate of Jack Anderson). Research into brain-to-brain electronic communications., remote neural EM detection (PP. 62 106, 136).

**Mind Tools,** by Rudy Rucker. Brain tapping; communications with varying biomagnetic fields (p82).

**US News and World report,** January 2nd 1984. EM wave brain stimulation; intelligence community hi-tech (p38).

**Ear Magazine**. Article on extremely low frequencies radio emissions in the natural environment; radio emissions from the human body.

**City Paper,** Washington DC January 17, 1992. Article FCC and NSA "complete radio spectrum"

9/29/2006

listening posts.

**Frontiers in Science**, by Edward Hutchings Jr 1958 (p48).

**Beyond Bio Feedback**, by Elmer and Alyce Green, 1977 (p118)

**The Body Quantum**, by Fred Alan Wolf

**Cloning**; A Biologist Reports, by Robert Gillmore McKinnell. Ethical review of cloning humans.

**Hoovers' FBI**, by Former agent William Turner. Routines of electronic surveillance work. (p280).

**July 20th 2019**, by Arthur C. Clarke LIDA; Neurophonics; Brain-computer link.

**MegaBrain**, by Michael Hutchison. Brain stimulation with EM waves; CIA research and information control. (pp.107,108,117,120,123).

**The Cult of Information**, by Theodore Rosnak, 1986. NSA Directive #145; personal files in computers; computer automated telephone tapping.

**The Body Shop**, 1986 implantation of an electrode array on the visual cortex for video direct to the brain; other 1960's research into electronically triggering Phosphenes in the brain, thus bypassing the eyes.

**Evoked Potentials**, by David Regan. Decoding neuroelectric information in the brain.

Home

June 25, 2003

Subject; Reproducing brainwave data from an external source.

Research; John E. Moore

Email: jmoore3263@bellsouth.net

Reference;

      Title : Temporal coding of sensory information in the brain.

Affiliations: Department of Otology and Laryngology.
                  Harvard Medical School.

      Title: John Hopkins Family Health Book 2003.



1a



# Component Detailed Explanation

CARRIER: Deliver brainwave data to ASIC.
BRAIN WAVE: Rides on carrier with data information.
ASIC DETECTOR: Detects data off the carrier and deposits at
     address section of brain.
    Note: I have no data on this statement. But a what if?
    ASIC transmit data out.
MODULATOR: Combines brain wave data (neurons) and carrier for
    Transmission.


  As shown in above diagram is an electronic micro-chip, some
types under contract for U.S. Government. (D.A.R.P.A) It can detect
audio frequency down to milli-hertz. (brain wave frequency range)

  As you read this short introduction to the science of (brain wave
technology, holding on to layman terms. You will see the simplicity of
reproducing an input from the inner ear to the brain or an input from
the ASIC detector (implant) to the brain. Although through different
paths, but same data to brain and same end result. Sound or data
travel through bone as a conductor with hardly any resistance, in this
case the temporal bone.

Example: word Yes or No spoken as a command from modulator, hand function microphone (black box) will transmit neurons (data) to ASCI. Inner ear is audio in to brain, ASIC as an input can disseminate between audio and other address data commands. Pain, speech, vision, thought etc. all control is by neurotransmitters.

Returning to the diagram on page two, you will see the brain wave frequency, which is data to the brain. Here is a partial list of brain addresses, some of which can be reproduced electronicly.

CEREBRUM: Has four lobes, consisting of an infinite amount of cell's/neuron's, which are the seat of mental addresses.

Cerebelluim lobe: consisting of muscle coordination, equilibrium.

Temporal Occipital lobe: consisting of vision, hearing and speech. limbic system control—emotion, memory, motivation.

Frontal Occipital lobe: consisting of motor language and planning to sheletal muscle. Sensation, thaught, movement, consciousness.

Brain Stem lobe: Contain centers to control body functions. breathing, eye reflexes, taste; integral to speech neck, tongue. Motor signals to; jaw, face, eye movement, Arm and leg movement. Cardiovascular function (heartbeat) pulse. Sleep, digestion.

Information is coded under normal conditions to disseminate the delivery of the data to the proper addressed lobe. (cell's) All sensation to the brain through various nerve path ways receive and transmit electro chemical pulses. Neurotransmitters produce electrical charge, which communicate between neurons.

3a

ASIC >>>>>>>> neurotransmitters >>>>>>>> BRAIN
(neuron)                      molecules                      (neurons)


Conclusion: Brain is more complex than the most sophisticated
computer ever built. Both communicate with data bits.
It is dangerous if used for the wrong perfunctory. Repro-
duction of brain wave electronic data has endless
possibilities, both positive and negative. (remember the
Yes or No inserted into the ASIC?) Pg.3. In a court of law
that could be the weight of innocence or guilt.
I believe this type of technology will unbalance the scale
of justice. This type of data can cause pain or decisions
in ones thinking or speech or both.
Touching lightly on my research material, some are
directly involved with this material while other  documents
are worth taking note of, your judgment  will guide your
thinking.
The microchip that I am using as an example pg.2
(Reproducing Brainwave Data) was developed 1997.
There is no information available on its use, or availability.
I would like to make note of the immense material
provided to me on this interesting and at times very
technical topic.
Dr. Cariani and John Hopkins Medical Book provided
invaluable material for this report.

4a

## Brainwave Frequency Wave Forms Signal Generated



Fig. 7

Fig. 8

*Figure 7: MATLAB pure signal periodogram with noise at 38 Hz.*

*Figure 8: MATLAB sampled output with noise at 38 Hz, showing an alias*

Fig. 1

Fig. 2

Source: /pure_signal

Source: /sampled_signal

Fig. 3

As shown in Fig.1 is a periodogram of brain frequency spikes and as shown with much inherent noise. Fig. 7 also indicates a large noise factor. Fig. 8  presents a cleaner spike presentation that if you compare with Pg. 9 (C) (Temporal Coding Documents) come close to the intrinsic temporal patters shown, and with the right capacitance circuit could present a clean square wave, as shown in Fig. 3.
A filtered out put which can be compared with Pg. 9 (D) (Temporal Coding Documents)

These wave forms were created with audio freq. generator, with pulse width, pulse spacing and db gain pre-entered.

5a

7-1-00   THE NEWS-JOURNAL   6A

# FBI uses Holocaust to teach new agents

By **MICHAEL J. SNIFFEN**
Of The Associated Press

WASHINGTON — The FBI has begun teaching its new agents how a failure by police to protect citizen rights helped produce the Holocaust in which 6 million Jews, as well as other minorities and political dissidents were murdered by the Nazis.

The training segment for agents-to-be at the FBI Academy began last month and was announced Friday by FBI Director Louis J. Freeh; Sara J. Bloomfield, director of the U.S. Holocaust Memorial Museum and Abraham H. Foxman, national director of the Anti-Defamation League.

"We do this early on in their training ... to remind them of the horror and evil which can result from not just a government, but particularly law enforcement, abandoning its mission to protect people and becoming the engine of oppression," Freeh said.

The trainees are given a guided tour of the Holocaust Museum here and instruction about Adolf Hitler's use of the police in Germany in the 1930s and 1940s to round up Jews, political opponents and other targeted groups.

There is a classroom discussion and then trainees must write an essay on the question: "Of what relevance is this history to you as a human being and a law enforcement official?"

After the first session, a student wrote, "It has taught me that making sure our Constitution is strictly followed should be a number one priority throughout my career."

The topic of police complicity in the Holocaust has been a concern of Freeh's for some time. In 1994, over objections from the State Department and the U.S. ambassador to Poland, Freeh visited the Nazi death camp at Auschwitz during a European trip and gave a speech at Jagellonian University in nearby Krakow, Poland, on the police role in Hitler's oppression.

Foxman applauded the FBI's commitment to "law enforcement's critical role as defenders of the Constitution and guardians of individual rights" and said the training "has tremendous potential to impact the next generation of law enforcement leadership."

52

Boston.com / News / Nation / Washington / US revises definition of torture                    Page 1 of 2



**THIS STORY HAS BEEN FORMATTED FOR EASY PRINTING**

# US revises definition of torture

<span style="float:right">The Boston Globe</span>

By R. Jeffrey Smith and Dan Eggen, Washington Post | **January 1, 2005**

WASHINGTON -- The Justice Department has published a revised and expansive definition of acts that constitute torture under domestic and international law, overtly repudiating one of the most criticized policy memorandums drafted during President Bush's first term.

In a statement published on the department's website late Thursday, the head of its Office of Legal Counsel declares that "torture is abhorrent both to American law and values and international norms."

The statement goes on to reject a previous statement that only "organ failure, impairment of bodily function, or even death" constitute torture punishable by law.

That earlier definition of torture figured prominently in complaints by Democrats and human rights groups about White House counsel Alberto Gonzales, who oversaw its creation and is Bush's nominee to become attorney general for the second term. The new memo's public release came a week before the start of Senate Judiciary Committee hearings on Gonzales's nomination.

The new document also omits two assertions made in an earlier version: that Bush, as a wartime chief executive, had the authority to permit acts barred by US laws against torture, and that US personnel following executive orders involving torture had legal defenses against criminal liability. The new memo states that torture violates US and international law.

The administration's legal document defining torture was first written in 2002, before the Iraqi prison abuse scandal became public.

The White House insisted yesterday that the United States has operated under the spirit of the Geneva Conventions, which prohibit violence, torture, and humiliating treatment, the Associated Press reported. It said the new document did not represent a change in administration policy.

"It has been US policy from the start to treat detainees humanely and in accordance with the Geneva Conventions or under the spirit of the Conventions where they do not apply," said White House deputy press secretary Trent Duffy.

In the new memo, Acting Assistant Attorney General Daniel Levin said torture may consist of acts that fall short of provoking excruciating and agonizing pain and thus may include mere physical suffering or lasting mental anguish. His opinion is meant, according to its language, to undermine any notion that those who conduct harmful interrogations may be exempt from prosecution.

This second effort by the Bush administration to parse the legal meaning of the word "torture" was provoked by the damaging political fallout from the disclosure this summer of the first memo, drafted in August 2002 and criticized by human rights lawyers and experts around the world.

Many of the critics charged that the first memo -- which they said laid out a very narrow view of what behavior might constitute torture and was crafted to help interrogators at the CIA evade prosecution -- created the context for a record of persistent ill treatment by that agency and the US military of detainees at prisons in Iraq, Afghanistan, Cuba's Guantanamo Bay, and undisclosed locations.

"Clearly the release of this now is backfilling for Gonzales's confirmation hearing," said I. Michael Greenberger, a senior Justice Department official in the Clinton administration who now heads the Center for Health and Homeland Security at the University of Maryland. "These memos have been a tremendous source

of embarrassment to both Gonzales and the administration."

Greenberger said that recent accounts of widespread abuse at US detention facilities -- including disclosures that military interrogation practices were sharply criticized over the past two years by FBI and Defense Intelligence Agency personnel in the field -- have given ammunition to those within the administration who favor adherence to international norms against torture.

"It could be that this is not just a cynical ploy but a real sign of change," Greenberger said.

One of the most controversial provisions of the earlier memorandum, signed by Levin's predecessor, Jay S. Bybee, was an assertion that the president's executive powers were sufficient to permit tolerance of torturous acts in extraordinary circumstances. The International Committee of the Red Cross had declared in response that the prohibition on torture, embodied in a global convention signed by the United States, has no exceptions.

But advocates of strict adherence to the convention previously lost interagency battles to hard-liners in the Defense Department, the Justice Department, and the White House, who asserted the president has expansive powers during the war on terrorism. The new memo pointedly sidesteps this issue, stating that the "consideration of the bounds of any such authority would be inconsistent with the president's unequivocal directive that United States personnel not engage in torture."

The memo also drops an attempt in the earlier version to rule that harmful acts not specifically intended to cause severe pain and suffering might be legal, and to define "specific intent." ▪

© Copyright 2004 The New York Times Company