UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JOHN E. MOORE,

    Plaintiff,

v.

GEORGE W. BUSH, *et al.,*

    Defendants.

No. 07-cv-0107 (RMC)

## NOTICE OF APPEARANCE

The Clerk will please note the appearance of Arthur B. Spitzer as counsel of record for the defendant American Civil Liberties Union of Florida, Inc.

/s/ *Arthur B. Spitzer*
_____
Arthur B. Spitzer
  D.C. Bar No. 235960
American Civil Liberties Union
  of the National Capital Area
1400 20th Street, N.W., Suite 119
Washington, D.C. 20036
Tel: (202) 457-0800
Fax: (202) 452-1868
e-mail: artspitzer@aol.com

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing Motion to Dismiss upon:

    John E. Moore
    9 Pleasant View Cir.
    Daytona Beach, FL 32118-5511

by placing the same in the United States Mail, first class postage prepaid, this first day of June, 2007.

/s /*Arthur B. Spitzer*
_____
Arthur B. Spitzer