UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JOHN E. MOORE,

               Plaintiff,

v.                                                                                          No. 07-cv-0107 (RMC)

GEORGE W. BUSH, et al.,

               Defendants.

**NOTICE OF FILING**

      The attached copy of the latest Annual Report of the American Civil Liberties Union of Florida was supposed to be attached to the Declaration of Randall C. Marshall [Document 16-2] filed earlier today, but was inadvertently omitted.

      Respectfully submitted,

      /s/ *Arthur B. Spitzer*

      _____

      Arthur B. Spitzer
        D.C. Bar No. 235960
      American Civil Liberties Union
        of the National Capital Area
      1400 20th Street, N.W., Suite 119
      Washington, D.C. 20036
      Tel. 202-457-0800
      Fax 202-452-1868

      Counsel for Defendant American
      Civil Liberties Union of Florida, Inc.

**CERTIFICATE OF SERVICE**

      I hereby certify that I have served a copy of the foregoing Notice of Filing upon John E. Moore, 9 Pleasant View Circle, Daytona Beach, FL 32118-5511, by placing the same in the United States Mail, first class postage prepaid, this first day of June, 2007.

      /s /*Arthur B. Spitzer*

      _____
        Arthur B. Spitzer

# 2007 NOT-FOR-PROFIT CORPORATION ANNUAL REPORT

**DOCUMENT# 709428**

FILED
Jan 22, 2007
Secretary of State

**Entity Name:** THE AMERICAN CIVIL LIBERTIES UNION OF FLORIDA, INC.

| | |
|---|---|
| **Current Principal Place of Business:** | **New Principal Place of Business:** |
| 4500 BISCAYNE BLVD. SUITE 340 MIAMI, FL  33137    US | |
| **Current Mailing Address:** | **New Mailing Address:** |
| 4500 BISCAYNE BLVD. SUITE 340 MIAMI, FL  33137    US | |

FEI Number: 59-0883831       FEI Number Applied For ( )       FEI Number Not Applicable ( )       Certificate of Status Desired ( )

| | |
|---|---|
| **Name and Address of Current Registered Agent:** | **Name and Address of New Registered Agent:** |
| SIMON, HOWARD 4500 BISCAYNE BLVD STE 340 MIAMI, FL  33137  US | |

The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.

SIGNATURE: _____
                        Electronic Signature of Registered Agent                                                   Date

**OFFICERS AND DIRECTORS:**                                   **ADDITIONS/CHANGES TO OFFICERS AND DIRECTORS:**

| | | | | |
|---|---|---|---|---|
| Title: | P             ( ) Delete | | Title: | ( ) Change  ( ) Addition |
| Name: | BAKER, JEANNE | | Name: | |
| Address: | 758 UNIVERSITY DR. | | Address: | |
| City-St-Zip: | MIAMI, FL  33134 US | | City-St-Zip: | |
| | | | | |
| Title: | VP            ( ) Delete | | Title: | ( ) Change  ( ) Addition |
| Name: | PHILLIPPY, STEVE | | Name: | |
| Address: | 14105 STONEBROOK CT. | | Address: | |
| City-St-Zip: | TAMPA, FL  33624 US | | City-St-Zip: | |
| | | | | |
| Title: | S             ( ) Delete | | Title: | ( ) Change  ( ) Addition |
| Name: | FRIDELL, LORIE | | Name: | |
| Address: | 17409 HEATHER OAKS PLACE | | Address: | |
| City-St-Zip: | TAMPA, FL  33647 US | | City-St-Zip: | |
| | | | | |
| Title: | T             ( ) Delete | | Title: | ( ) Change  ( ) Addition |
| Name: | ROBERTS, LARRY . | | Name: | |
| Address: | 27700 SW 164 AVENUE | | Address: | |
| City-St-Zip: | HOMESTEAD, FL  33031 | | City-St-Zip: | |

I hereby certify that the information supplied with this filing does not qualify for the for the exemption stated in Chapter 119, Florida Statutes.  I further certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am an officer or director of the corporation or the receiver or trustee empowered to execute this report as required by Chapter 617, Florida Statutes; and that my name appears above, or on an attachment with an address, with all other like empowered.

SIGNATURE:   HOWARD SIMON                                                        DIR                        01/22/2007
                        Electronic Signature of Signing Officer or Director                                                      Date