THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **JOHN E. MOORE,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 1:07-CV-00107 (RMC) |
| | ) | |
| **GEORGE W. BUSH, ET AL.,** | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| _____ | ) | |

**RECEIVED**

**PLAINTIFF JOHN E. MOORE,**
**MOTION REQUEST for ORAL HEARING**

JUN **1 1** 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Reference: **LCvR7(f)**--Motion Request for Oral Hearing.

    **LCvR40.5(3)(4)**--Related Case. CASE NO. 92-0449. Plaintiff: John St.Clair Akwri.

    Plaintiff moves for support of this motion in the following statements brought forward factually in Plaintiff John St Clair Akwri Complaint against the National Security Agency. Also Court Docket Files and his being interview on this subject.

    One of particular importance to me will be in proving that Brainwave Technology and the N.S.A. are a joint venturesome partnership which will eventually destroy our Freedoms, one which could include our Justice System.

    Of particular interest to me, which I hope to make evident to this Court is Mr. Akwri interview, which was promulgated by a Mr. George Farquhar, representing "Project Freedom" who was the author of the article published in Nexus Magazine,

April/May of 1996. Titled "Covert Operations of National Security Agency".

## ARGUMENT

I have documented proof which I will present at this hearing, if sanctioned by this Court, as shown in detail on page 3 of 14 of Nexus Magazine, dated April/May 1996. I will present evidence of detailed incidents documented and recorded in detail as experienced by me, both electronically and physically. As shown on page 3 of 14 a thru. k, I have personally experienced the previously listed torture types. As an example Page 3 of 14(e), as I sat with my wife in our living room on numerous occasions when the signal to activate (e) code, I would jump from the pain of a pin like feeling entering my leg or other parts of my body.

## CONCLUSION

It is imperative that I be given permission by this Court to be heard and to produce proof of my claims of Brainwave Technology. I would like Mr. John St. Clair Akwri to be present at this hearing to substantiate his claims published in said interview, also any documentation that will provide a more vivid perspective to this case. Included are three copies of AO88(Rev. 1206) Subpoena in a Civil Case, one of which will be returned to me signed for service. Also a copy of which will be provided to each of the Defendants named in this case, also a copy of said motion if granted. Enclosed you will find a copy of Mr. John St. Clair Akwri documented interview given to Nexes Magazine.

WHEREFORE, Plaintiff John E. Moore request that this motion be granted.

DATED; June 11, 2007

Respectfully submitted,

*John E. Moore*

John E. Moore Pro se
9 Pleasant View Circle
Daytona Beach, Florida
32118-5511
386-761-8193

AO88 (Rev. 12/06) Subpoena in a Civil Case

## Issued by the

# UNITED STATES DISTRICT COURT

### DISTRICT OF COLUMBIA

John E. Moore Pro se

V.

GEORGE W. BUSH, ET AL

**SUBPOENA IN A CIVIL CASE**

Case Number:[1] 1:07-CV-00107 (RMC)

TO: John S. Akwei
819 Malta Lane
Silver Spring,
Maryland 20901

☑ **YOU ARE COMMANDED** to appear in the United States District court at the place, date, and time specified below to testify in the above case.

PLACE OF TESTIMONY
U.S District Court
District of Columbia
333 Constitution Avenue. N.W.
Washington, DC. 20001

To Clerk of Court

With the Courts permission
if MOTION aproved. I will not
be available July 22, 2007
thru. July 27, 2007.

Thank You,

John E. Moore

☐ **YOU ARE COMMANDED** to appear at the place, date, and time specified be in the above case.

PLACE OF DEPOSITION

☐ **YOU ARE COMMANDED** to produce and permit inspection and copying of place, date, and time specified below (list documents or objects):

PLACE

☐ **YOU ARE COMMANDED** to permit inspection of the following premises at the date and time specified below.

PREMISES | DATE AND TIME

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER

(See Rule 45, Federal Rules of Civil Procedure, Subdivisions (c), (d), and (e), on next page)

[1] If action is pending in district other than district of issuance, state district under case number.

## jmoore3263@bellsouth.net

**From:** "US Search Result" <results@ussearch.com>
**To:** <JMOORE3263@BELLSOUTH.NET>
**Sent:** Wednesday, June 06, 2007 9:56 PM
**Subject:** Search Results from USSearch.com

Below are your search results. If you are having trouble viewing the report in this email, you may access it through your online account at www.ussearch.com/member or by clicking on the link provided in the confirmation email.

---

☒ Expert Assisted People Locate.            ⅗

Search Subject

**Search ID Number:** 76039336            **Full Reported Name:** JOHN AKWAI

Expert Assisted People Locate. Contents

| | |
|---|---|
| Current & previous addresses | Coast Guard Documented Vessels |
| Phone numbers' | Marriage Index |
| National Death Index | Divorce Index |
| Drug Enforcement Agency | Bankruptcies |
| FAA Airmen | Liens |
| FAA Aircraft | Small Claims / Civil Judgments |

**The following is a history of reported addresses for JOHN AKWAI. In most cases the current address is the first or second reported address, however occasionally it appears elsewhere in the list. When attempting to contact the individual, all addresses should be tried.**

Address Summary & Phone Numbers            ⅗

Search Subject

JOHN AKWAI

Possible Aliases

JOHN S AKWEI 44
JOHN S AKWEL
JOHN S OKWEI

**Note:** In most cases the current address is the first or second reported address, however, occasionally it appears elsewhere in the list. When attempting to contact the individual, all addresses should be tried.

| Reported Address | STREET ADDRESS | CITY | STATE | ZIP | Home and Phone | |
|---|---|---|---|---|---|---|
| 1 | 819 MALTA LN | SILVER SPRING | MD | 20901 | | |
| 2 | 8552 FREYMAN DR | CHEVY CHASE | MD | 20815 | | |
| 3 | 5407 HAMILTON ST APT G | HYATTSVILLE | MD | 20781 | | |

Expert Assisted People Locate. Results

### Reported Address: 1 of 3

|  |  |
|---|---|
| STREET ADDRESS | 819 MALTA LN |
| CITY | SILVER SPRING |
| STATE | MD |
| ZIP | 20901 |

COUNTY                      MONTGOMERY

PHONE NUMBERS FOR THIS ADDRESS

No Records Found

## PROPERTY OWNERSHIP

What is this?

Summary

| Parcel No. | Legal Desc. | Land Use | Sale Price | Sale Date |
|---|---|---|---|---|
| 13-01347756 | FOREST KNOLLS | N.A. | $58,500 | N.A. |

Owner Detail

| Name | Address |
|---|---|
| AKWEI, CLAIRE M | MALTA |
| | SILVER SPRING MD 20901 MONTGOMERY |

Property Detail

| | |
|---|---|
| Year Built | 1959 |
| Roof Type | COMPOSITION SHINGLE |
| Air Conditioner | YES |
| Land Size | 7800 SF |
| Heating | FORCED AIR UNIT |

### Reported Address: 2 of 3

| | |
|---|---|
| STREET ADDRESS | 8552 FREYMAN DR |
| CITY | CHEVY CHASE |
| STATE | MD |
| ZIP | 20815 |
| COUNTY | MONTGOMERY |

PHONE NUMBERS FOR THIS ADDRESS

No Records Found

## PROPERTY OWNERSHIP

What is this?

No Records Found

### Reported Address: 3 of 3

| | |
|---|---|
| STREET ADDRESS | 5407 HAMILTON ST APT 6 |
| CITY | HYATTSVILLE |
| STATE | MD |
| ZIP | 20781 |
| COUNTY | PRINCE GEORGE'S |

PHONE NUMBERS FOR THIS ADDRESS

No Records Found

## PROPERTY OWNERSHIP

What is this?

No Records Found

POSSIBLE NEIGHBORS for 819 MALTA, SILVER SPRING MD 20901

| NAME | ADDRESS | CITY | STATE | ZIP |
|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| CANTOR JONATHAN R | 821 MALTA LN | SILVER SPRING | MD | 20901 |
| ROSENBLIT SIDNEY & IDA | 816 MALTA LN | SILVER SPRING | MD | 20901 |
| | 815 MALTA LN | SILVER SPRING | MD | 20901 |
| GERBER MARILYN G | 900 MALTA LN | SILVER SPRING | MD | 20901 |
| POTASH JOSEPH N | 901 MALTA LN | SILVER SPRING | MD | 20901 |

## POSSIBLE NEIGHBORS for 8552 FREYMAN, CHEVY CHASE MD 20815

| NAME | ADDRESS | CITY | STATE | ZIP |
|---|---|---|---|---|
| LANGRO S | 8550 FREYMAN DR | BETHESDA | MD | 20815 |
| PEREZ MARIO L | 8554 FREYMAN DR | BETHESDA | MD | 20815 |
| COSTES JULIE | 8556 FREYMAN DR | CHEVY CHASE | MD | 20815 |
| REYES MARIA E | 8546 FREYMAN DR | BETHESDA | MD | 20815 |
| HERNANDEZ ELMER | 8560 FREYMAN DR APT 203 | BETHESDA | MD | 20815 |

## POSSIBLE NEIGHBORS for 5407 HAMILTON, HYATTSVILLE MD 20781

| NAME | ADDRESS | CITY | STATE | ZIP |
|---|---|---|---|---|
| ESCAMILLA ROSA | 5406 HAMILTON ST APT B 1 | HYATTSVILLE | MD | 20781 |
| LOZANO TORRES ALEJANDRA | 5408 HAMILTON ST | HYATTSVILLE | MD | 20781 |
| CABRERA AARON | 5409 HAMILTON ST APT 3 | HYATTSVILLE | MD | 20781 |
| URIZAR DORY MS | 5410 HAMILTON ST APT 5 | HYATTSVILLE | MD | 20781 |

## POSSIBLE ASSOCIATES

No Records Found

## POSSIBLE RELATIVES

| NAME | ADDRESS | CITY | STATE | ZIP |
|---|---|---|---|---|
| PENELOPE A AKNNG | 303 PO BOX 94023 | PASADENA | CA | 91109 |
| ADOLF K AKWEI | 1808 BONIFANT | SILVER SPRING | MD | 20906 |
| CLAIRE M AKWEI | 819 MALTA | SILVER SPRING | MD | 20901 |
| MADRIK AKWEI | 819 MALTA | SILVER SPRING | MD | 20901 |
| MAJKI AKWEI | 819 MALTA | SILVER SPRING | MD | 20901 |
| HASIEL M AKWEI | 819 PO BOX 4032 | BURBANK | CA | 91503 |

## BANKRUPTCY

No Records Found

What is this?

## TAX LIENS, AND SMALL CLAIMS CIVIL JUDGMENTS

No Records Found

## National Death Record Search

No Records Found

## DRUG ENFORCEMENT AGENCY

No Records Found

## FAA AIRMEN

No Records Found

## FAA AIRCRAFT

No Records Found

## COAST GUARD DOCUMENTED VESSELS

No Records Found

## MARRIAGE INDEX

What is this?

No Records Found

DIVORCE INDEX

No Records Found



**HUMAN RIGHTS WATCH**

# Covert Operations of
# the U.S. National Security Agency.

From an article in Nexus Magazine April/May 96

**A lawsuit filed against the U.S. National Security Agency reveals a frightening array of technologies and programs designed to keep tabs on individuals.**

> ### John St Clair Akwei
> ### vs
> ### National Security Agency
> ### Ft George G. Meade, MD, USA
> ### (Civil Action 92-0449)

The following document comprises evidence for a lawsuit filed at the U.S. Courthouse in Washington, DC, by John St Clair Akwei against the National Security Agency, Ft George G. Meade, Maryland (**Civil Action 92-0449**), constitutes his knowledge of the NSA's structure, national security activities proprietary technologies and covert operations to monitor individual citizens Ed.

## . THE NSA'S MISSION AND DOMESTIC INTELLIGENCE OPERATION

### Communications Intelligence (COMINT)

lanket coverage of all electronic communications in the US and the world to ensure national :curity. The NSA at Ft Meade, Maryland has had the most advanced computers in the world nce the early 1960s. NSA technology is developed and implemented in secret from private orporations, academia and the general public.

## Signals Intelligence (SICINT)

The Signals Intelligence mission of the NSA has evolved into a program of decoding EMF waves in the environment for wirelessly tapping into computers and track persons with the electrical currents in their bodies. Signals Intelligence is based on fact that everything in the environment with an electric current in it has a magnetic flux around it which gives off EMF waves. **The NSA/DoD [Department of Defence] developed proprietary advanced digital equipment which can remotely analyze all objects whether manmade or organic, that have electrical activity.**

## Domestic Intelligence (DOMINT)

**The NSA has records on all US citizens. The NSA gathers information on US citizen who might be of interest to any of the over 50,000 NSA agents (HUMINT).** These agents are authorized by executive order to spy on anyone. The NSA has a permanent national security anti-terrorist surveillance network in place. This surveillance network is completely disguised and hidden from the public.

Tracking individuals in the US is easily and cost-effectively implemented with NSA's electronic surveillance network. **This network (DOMINT) covers the entire US, involves tens of thousands of NSA personnel, and tracks millions of persons simultaneously .** Cost-effective implementation of operations is assured by NSA computer technology designed to minimize operations costs. NSA personnel serve in quasi-public positions in their communities and run cover businesses and legitimate businesses that can inform the intelligence community of persons they would want to track. **NSA personnel in the community usually have cover identities such as social workers, lawyers and business owners.**

## Individual Citizens Occasionally Targeted for Surveillance by Independently Operating NSA Personnel

NSA personnel can control the lives of hundreds of thousands of individuals in the US by using the NSA's domestic intelligence network and cover businesses. The operations independently run by them can sometimes go beyond the bounds of law. Long-term control and sabotage of tens of thousands of unwitting citizens by NSA operatives is likely to happen. **NSA DOMINT has the ability to assassinate US citizens covertly or run covert psychological control operations to cause subjects to be diagnosed with ill mental health.**





# PSYCHO-ELECTRONIC WEAPON EFFECTS

www.raven1.net

9/29/20

> **The above symptoms highlight a fraction of the vast array of Nuero-Electromagnetic Frequency Assaults perpetuated by the Police and Military Intelligence Agencies toward Remote Mind Control Experiments, Behavioural Manipulation and Murder.**

# 2. NSA'S DOMESTIC ELECTRONIC SURVEILLANCE NETWORK

As of the early 1960s, the most advanced computers in the world were at the NSA, Ft Meade. Research breakthroughs with these computers were kept for the NSA. At the present time the NSA has nanotechnology computers that are 15 years ahead of present computer technology. **The NSA obtains blanket coverage of information in the US by using advanced computers that use artificial intelligence to screen all communications, regardless of medium, for key words that should be brought to the attention of NSA agents/cryptologists.** These computers monitor all communications at the transmitting and receiving ends. This blanket coverage of the US is a result of the NSA's Signals Intelligence (SIGINT) mission. The NSA's electronic surveillance network is based on a cellular arrangement of devices that can monitor the entire EMF spectrum. This equipment was developed, implemented and kept secret in the same manner as other electronic warfare programs.

## Signals Intelligence Remote Computer Tampering

The NSA keeps track of all PCs and other computers sold in the US. This is an integral part of the Domestic Intelligence network. The NSA's EMF equipment can tune in RF emissions from personal computer circuit boards (while filtering out emissions from monitors and power sup- plies). The RF emission from PC circuit boards contains digital information in the PC. Coded RF waves from the NSA's equipment can resonate PC circuits and change data in the PCs. Thus the NSA can gain wireless modem-style entry into any computer in the country for surveillance or anti-terrorist electronic warfare.

## Detecting EMF Fields in Humans for Surveillance

A subject's bioelectric field can be remotely detected, so subjects can be monitored anywhere they are. With special EMF equipment NSA cryptologists can remotely read evoked potentials (from EEGs). These can be decoded into a person's brain-states and thoughts. The subject is then perfectly monitored from a distance. **NSA personnel can dial up any individual in the country on the Signals Intelligence EMF scanning network and the NSA's computers will then pinpoint and track that person 24 hours a day.** The NSA can pick out and track anyone in the US.





## B. NSA SIGNALS INTELLIGENCE USE OF EMF BRAIN STIMULATION

NSA Signals Intelligence uses EMF Brain Stimulation for Remote Neural Monitoring (RNM) and Electronic Brain Link (EBL). EMF Brain Stimulation has been in development since the MKULTRA program of the early 1950s, which included neurological research into radiation (non-ionizing EMF) and bioelectric research and development. The resulting secret technology is categorized at the National Security Archives as "Radiation Intelligence", defined as "information from unintentionally emanated electromagnetic waves in the environment, not including radioactivity or nuclear detonation". Signals Intelligence implemented and kept this technology secret in the same manner as other electronic warfare programs of the US Government. The NSA monitors available information about this technology and withholds scientific research from the public. There are also international intelligence agreements to keep this technology secret.

The NSA has proprietary electronic equipment that analyze electrical activity in humans from a distance. **NSA computer generated brain mapping can continuously monitor all of the electrical activity in the brain continuously.** The NSA records and decode individual brain maps (of hundreds of thousands of persons) for national security purposes. EMF Brain Stimulation is also secretly used by the military for brain-to-computer link (in military fighter aircraft, for example).

**For electronic surveillance purposes, electrical activity in the speech center of the brain can be translated into the subject's verbal thoughts.** RNM can send encoded signals to the brain's auditory cortex, thus allowing audio communications direct to the brain (bypassing the ears). NSA operatives can use this covertly to debilitate subjects by simulating auditory hallucinations characteristic of

aranoid schizophrenia.

Without any contact with the subject, Remote Neural Monitoring can map out electrical activity from the visual cortex of a subject's brain and show images from the subject's brain on a video monitor. NSA operatives see what the surveillance subject's eyes are seeing. Visual memory can also be seen. RNM can send images direct to the visual cortex, bypassing the eyes and optic nerves. NSA operatives can use this surreptitiously to put images into a surveillance subject's brain while they are in REM sleep for brain-programming purposes.

## Capabilities of NSA Operatives Using RNM

There has been a Signals Intelligence network in the US since the 1940s. The NSA, Ft Meade has in place a vast two-way wireless RNM system which is used to track subjects and noninvasively monitor audio-visual information in their brains. This is all done with no physical contact with the subject. RNM is the ultimate method of surveillance and domestic intelligence. Speech, 3D sound and subliminal audio can be sent to the auditory cortex of the subject's brain (bypassing the ears), and images can be sent into the visual cortex. RNM can alter a subject's perceptions, moods and motor control.

Speech cortex/auditory cortex link has become the ultimate communications system for the intelligence community. RNM allows for a complete audio-visual brain-to-brain link or brain-to-computer link.



**The above is a simple flowchart of Nuero-Electromagnetic Frequency Assaults showing methods that can be perpetuated by the Police and Military Intelligence Agencies toward Remote Mind Control Experiments, Behavioural Manipulation and Murder.**

# 4. NATIONAL SECURITY AGENCY SIGNALS INTELLIGENCE ELECTRONIC BRAIN LINK TECHNOLOGY

**NSA SIGINT can remotely detect, identify and monitor a person's bioelectric fields.**

The NSA's Signals Intelligence has the proprietary ability to monitor remotely and non-invasively information in the human brain by digitally decoding the evoked potentials in the 30-50 Hz, 5 milliwatt electromagnetic emissions from the brain.

Neuronal activity in the brain creates a shifting electrical pattern that has a shifting magnetic flux. This magnetic flux puts out a constant 30-50 Hz, 5 milliwatt electromagnetic (EMF) wave. Contained in the electromagnetic emission from the brain are spikes and patterns called "evoked potentials". Every thought, reaction, motor command, auditory event and visual image in the brain has a corresponding "evoked potential" or set of "evoked potentials". The EMF emission from the brain can be decoded into the current thoughts, images and sounds in the subject's brain.

NSA SIGINT uses EMF-transmitted Brain Stimulation as a communications system to transmit information (as well as nervous system messages) to intelligence agents and also to transmit to the brains of covert operations subjects (on a non-perceptible level).

**EMF Brain Stimulation works by sending a complexly coded and pulsed electromagnetic signal to trigger evoked potentials (events) in the brain, thereby forming sound and visual images in the brain's neural circuits. EMF Brain Stimulation can also change a person's brain-states and affect motor control.**

Two-way electronic Brain Link is done by remotely monitoring neural audio-visual information while transmitting sound to the auditory cortex (bypassing the ears) and transmitting faint images to the visual cortex (bypassing the optic nerves and eyes). The images appear as floating 2D screens in the brain.

Two-way electronic Brain Link has become the ultimate communications system for CIA/NSA personnel. **Remote neural monitoring (RNM, remotely monitoring bioelectric information in the human brain) has become the ultimate surveillance system.** It is used by a limited number of agents in the US Intelligence Community.





The above is a simple flowchart of Nuero-Electromagnetic Frequency Assaults showing methods that can be perpetuated by the Police and Military Intelligence Agencies toward
Remote Mind Control Experiments, Behavioural Manipulation and Murder.

## 5. [NO HEADING IN ORIGINAL DOCUMENT]

RNM requires decoding the resonance frequency of each specific brain area. That frequency is then modulated in order to impose information in that specific brain area. The frequency to which the various brain areas respond varies from 3 Hz to 50 Hz. Only NSA Signals Intelligence modulates signals in this frequency band. (See Table 1.) This modulated information can be put into the brain at varying intensities from subliminal to perceptible. Each person's brain has a unique set of bioelectric resonance/entrainment frequencies. Sending audio information to a person's brain at the frequency of another person's auditory cortex would result in that audio information not being perceived.

The Plaintiff learned of RNM by being in two-way RNM contact with the Kinnecome group at the NSA, Ft Meade.

They used RNM 3D sound direct to the brain to harass the Plaintiff from October 1990 to May 1991.

As of 5/91 they have had two-way RNM communications with the Plaintiff and have used RNM to attempt to incapacitate the Plaintiff and hinder the Plaintiff from going to the authorities about their activities against the Plaintiff in the last 12 years. The Kinnecome group has about 100 persons working 24 hours a day at Ft Meade. They have also brain-tapped persons the Plaintiff is in contact with to keep the Plaintiff isolated. **This is the first time ever that a private citizen has been harassed with RNM and has been able to bring a lawsuit against NSA personnel misusing this intelligence operations method.**



## 6. NSA TECHNIQUES AND RESOURCES

**Remote monitoring/tracking of individuals in any location, inside any building, continuously, anywhere in the country.** A system for inexpensive implementation of these operations allows for thousands of persons in every community to be spied on constantly by the NSA.

●**Remote RNM Devices**

**NSA's RNM equipment remotely reads the evoked potentials (EEGs) of the human brain for tracking individuals, and can send messages through the nervous systems to affect their performance.** RNM can electronically identify individuals and track them anywhere in the US. This

equipment is on a network and is used for domestic intelligence operations, government security and military base security, and in case of bioelectric warfare.

● **Spotters and Walk-Bys in Metropolitan Areas**

Tens of thousands of persons in each area working as spotters and neighbourhood/business place spies (sometimes unwittingly) following and checking on subjects who have been identified for covert control by NSA personnel.

Agents working out of offices can be in constant communication with spotters who are keeping track of the NSA's thousands of subjects in public. NSA agents in remote offices can instantly identify (using~ RNM) any individual spotted in public who is in contact with surveillance subject.

● **Chemicals and Drugs into Residential Buildings with Hidden NSA Installed and Maintained Plastic Plumbing lines.**

The NSA has kits for running lines into residential tap water and air ducts of subjects for the delivery of drugs (such as sleeping gas or brainwashing-aiding drugs). This is an outgrowth of CIA pharmapsychology (psychopharmacology).

● **Brief Overview of Proprietary US Intelligence/Anti- Terrorist Equipment Mentioned**

Fixed network of special EMF equipment that can read EEGs in human brains and identify/track individuals by using digital computers. ESB (Electrical Stimulation to the Brain) via EMF signal from the NSA Signals Intelligence is used to control subjects.

EMF equipment that gathers information from PC circuit boards by deciphering RF emissions, thereby gaining wireless modem- style entry into any personal computer in the country. All equipment hidden, technology secret, all scientific research unreported (as in electronic warfare research). Not known to the public at all, yet complete and thorough implementation of this method of domestic intelligence has been in place since the early 1980s.

**Editor's Note: I tried ringing Mr Akwei to find out what was the out- come, if any, of his court case. He firmly but kindly told me that he could not speak about anything to do with the case over the phone and hung up. A subsequent conversation of similar length resulted in the information that he did not wish his address or phone number published with this article. So, if we hear of any developments, we'll let you know.**

Its totally obvious from the above article that the US National Security Agency is none other than a covertly run terrorist organisation.

Their highly sophisticated technology that is used to monitor and manipulate the minds of millions of innocent people daily, is a blatant expression of the dominating and authoritarian mentality that exists behind the facade of our so called democratic society.

George Orwell's "THOUGHT POLICE" is an absolute reality in today's world.

Whether we realise it or not, every individual within our society is negatively effected by this dictatorship attitude.

*It has to change - It will change - It starts with you!*

**George Farquhar**
**Project Freedom**

## An example of EMF Brain Stimulation

| Brain Area | Bioelectric Resonance Frequency | Information Induced Through Modulation |
|---|---|---|
| Motor Control Cortex | 10 Hz | Motor Impulse co-ordination |
| Auditory Cortex | 15 Hz | Sound which bypasses the ears |
| Visual Cortex | 25 Hz | Images in the brain bypassing the eyes |
| Somatosensory | 9 Hz | Phantom touch sense |
| Thought Center | 20 Hz | Imposed subconscious thoughts |

# RESOURCES

These publications have only been discovered since December 1991, after Plaintiff had already notified authorities (Dept of Justice, etc.) of Public Corruption by named NSA employees. When

o action was taken against the NSA employees, I researched the Intelligence Community
lectronic surveillance technology involved and discovered the following publications.

**The Body Electric:** Electromagnetism and the Foundation of Life, by Robert Becker, M.D.
Monitoring neuroelectric information in the brain ESB. (p. 265,313,318)

**Cross currents,** by Robert Becker. Simulating auditory hallucinations. Remote computer tampering
using RF emissions from the logic board. (p. 70,78,105,174,210,216,220,242,299,303)

**Currents of Death,** by Paul Brodeur. Driving brain electrical activity with external EM;
magnetophosphenes; Delgado. (p. 27,93)

**The Zapping of America,** by Paul Brodeur. DoD EM ESB research; simulating auditory
hallucinations.

**Of Mice, Men and Molecules,** by John H. Heller 1963 Bioelectricity; probing the brain with EM
waves. (p, 110)

**The Three-Pound Universe,** by Judith Hooper. CIA EEG research; EEGs for surveillance.
p.29,132,137)

**In the Palaces of Memory,** by George Johnson. EM emissions from the brain; the brain as an open
electromagnetic circuit.

**The Puzzle Palace,** by James Bamford. Signals Intelligence; most advanced computers in the early
sixties.

**The US Intelligence Community.** Glossary terms at National Security Archives; Radiation
telligence (information from unintentionally emanated electromagnetic energy, excluding
radioactive sources).

**The Search for the "Manchurian Candidate",** by John Marks. Electrical or radio stimulation to the
brain; CIA R&D in bioelectrics. (p.227)

**Secret Agenda,** by Jim Hougan. National security cult groups.

**Crimes of the Intelligence Community,** by Morton Halperin. Surreptitious entries; intelligence
agents running operations against government workers.

**War in the Age of Intelligent Machines,** NSA computer supremacy, complete control of
information.

**Alternate Computers,** by Time-Life Books. Molecule computers.

**The Mind, by Richard Restak,** M.D. EEG Systems inc.; decoding brain EM emanations, tracking

houghts on a computer. (p. 258)

**MedTech,** by Lawrence Galton. Triggering events in the brain, direct to auditory cortex signals.

**Cyborg,** by D.S. Halacy, Jr, 1965. Brain-to-computer link research contracts given out by the US government.

**Psychiatry and the CIA: Victims of Mind Control,** by Harvey M. Weinstein M.D. Dr. Cameron; psychic driving; ultraconceptual communications.

**Journey Into Madness**: The True Story of Secret CIA Mind Control and Medical Abuse, by Gordon Thomas, Intelligence R&D; Delgado; psychic driving with radio telemetry. (p. 127,276,116,168,169)

**Mind Manipulators,** by Alan Scheflin and Edward M. Opton. MKULTRA brain research for information-gathering.

**The Brain Changers,** by Maya Pines. Listening to brain EM emissions. (p.19)

**Modern Bioelectricity.** Inducing audio in the brain with EM waves; DoD cover-up; EM wave ESB; remote EEGs

**Magnetic Stimulation in Clinical Neurophysiology,** by Sudhansu Chokroverty. Magnetophosphenes; images direct to the visual cortex.

**The Mind of Man, by Nigel Calder.** US intelligence brain research.

**Neuroelectric Society Conference,** 1971. Audio direct to the brain with EM waves; 2-way remote EEGs.

**Brain Control,** by Elliot S. Valenstein. ESB., control of individuals.

**Towards Century 21,** by C.S. Wallia. Brain Stimulation for direct-to-brain communications (p21)

**Mind Wars,** by Ron McRae (associate of Jack Anderson). Research into brain-to-brain electronic communications., remote neural EM detection (PP. 62 106, 136).

**Mind Tools,** by Rudy Rucker. Brain tapping; communications with varying biomagnetic fields (p82).

**US News and World report,** January 2nd 1984. EM wave brain stimulation; intelligence community hi-tech (p38).

**Ear Magazine.** Article on extremely low frequencies radio emissions in the natural environment; radio emissions from the human body.

**City Paper,** Washington DC January 17, 1992. Article FCC and NSA "complete radio spectrum"

istening posts.

**Frontiers in Science,** by Edward Hutchings Jr 1958 (p48).

**Beyond Bio Feedback,** by Elmer and Alyce Green, 1977 (p118)

**The Body Quantum,** by Fred Alan Wolf

**Cloning; A Biologist Reports,** by Robert Gillmore McKinnell. Ethical review of cloning humans.

**Hoovers' FBI,** by Former agent William Turner. Routines of electronic surveillance work. (p280).

**July 20th 2019,** by Arthur C. Clarke LIDA; Neurophonics; Brain-computer link.

**MegaBrain,** by Michael Hutchison. Brain stimulation with EM waves; CIA research and information control. (pp.107,108,117,120,123).

**The Cult of Information,** by Theodore Rosnak, 1986. NSA Directive #145; personal files in computers; computer automated telephone tapping.

**The Body Shop,** 1986 implantation of an electrode array on the visual cortex for video direct to the brain; other 1960's research into electronically triggering Phosphenes in the brain, thus bypassing the eyes.

**Evoked Potentials,** by David Regan. Decoding neuroelectric information in the brain.

Home