# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN E. MOORE,<br><br>        Plaintiff,<br><br>v.<br><br>GEORGE BUSH,<br>President of the United States, et al.<br><br>        Defendants. | Civil Action No. 07-0107 (RMC) |

## PRAECIPE

The Clerk of the Court will please enter the appearance of Assistant United States Attorney Michelle Johnson as counsel for Defendants President George W. Bush, United States Senator Bill Nelson, the United States National Security Agency, and the United States Department of Justice in the above-captioned case.

                                           /s/
                                    MICHELLE JOHNSON
                                    Assistant United States Attorney
                                    555 4th St., N.W., Room E4212
                                    Washington, D.C. 20530
                                    202-514-7139

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing Notice of Appearance was mailed by depositing a copy of it in the U.S. Mail, first class postage prepaid, addressed to:

>John E. Moore
>9 Pleasant View Circle
>Daytona Beach, FL 32118

on this 15th day of June, 2007.

                                        /s/
                                MICHELLE N. JOHNSON