UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN E. MOORE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 07-0107 (RMC) |
| v. ) | |
| ) | |
| GEORGE BUSH, ) | |
| President of the United States, et al. ) | |
| ) | |
| Defendants. ) | |

**FEDERAL DEFENDANTS' NOTICE TO THE COURT
REGARDING SERVICE OF PROCESS**

Defendants, George W. Bush, President of the United States, United States Senator Bill Nelson,[1] the United States National Security Agency, and the United States Department of Justice, by and through the undersigned counsel, hereby file their notice regarding service of process to the Court.

On January 12, 2007, Plaintiff filed his Complaint in this Court. In his Complaint, Plaintiff alleges that several of the named Defendants engaged in a conspiracy in which they implanted a "micro-chip" in Plaintiff's brain. Complaint ¶¶ 15-16. Plaintiff seeks an Order from the Court declaring that Defendants President Bush, Senator Nelson, the National Security Agency, and the Department of Justice's (including the Federal Bureau of Investigation) "program of warrant-less surveillance is unlawful, and [to] enjoin any further such warrant-less surveillance." Id. at 18. Plaintiff also seeks records relating to him "that were acquired through

---

[1] The undersigned counsel has not yet received final authority to represent Senator Nelson and therefore is representing him at this time for purposes of this motion only.

the warrant-less surveillance program . . . ." Id.

On April 26, 2007, Plaintiff filed a "Return of Service/Affidavit" regarding service of the complaint and summons on President Bush, Senator Nelson, the National Security Agency, and the United States Department of Justice. [Docket Entry No. 6]. However, Plaintiff has not accomplished proper service on the United States, as required pursuant to Federal Rule of Civil Procedure 4(i)(1). Specifically, proper service on an agency, officer or employee of the United States, is only accomplished:

> (A)   by delivering a copy of the summons and of the complaint to the United States attorney for the district in which the action is brought or to an assistant United States attorney or clerical employee designated by the United States attorney in a writing filed with the clerk of the court or by sending a copy of the summons and of the complaint by registered or certified mail addressed to the civil process clerk at the office of the United States attorney and
>
> (B)   by also sending a copy of the summons and of the complaint by registered or certified mail to the Attorney General of the United States at Washington, District of Columbia . . . .

To date, Plaintiff has not complied with Rule 4's requirements.[2] Notably, no summons has been issued to the United States attorney or to the Attorney General. In addition, Plaintiff was required to serve process within 120 days after filing the complaint, which has expired at this time. Fed. R. Civ. P. 4(m).

Given this sequence of events, Defendants' time for responding to the Complaint has not yet begun to run. See Haldane v. Crockford, No. Civ.A. 97-2483, 1998 WL 419617, at *3 (D.D.C. Apr. 23, 1998) ("[D]efendant's obligation to answer or plead to the complaint is

---

[2]Furthermore, the undersigned counsel just received notice of this lawsuit today, when it was brought to the attention of the Chief of the Civil Division of the United States Attorney's Office for the District of Columbia.

predicated on effective service of the complaint."). Although Plaintiff is proceeding pro se, he is required to comply with the Federal Rules of Civil Procedure, including those rules pertaining to proper service. Jarrell v. Tisch, 656 F. Supp. 237, 239 (D.D.C. 1987). Accordingly, until such time as proper service is effected on the United States, the federal Defendants are relieved of their obligation to respond to Plaintiff's Complaint.[3]

                          Respectfully submitted,

                          /s/ Jeffrey A. Taylor
                        JEFFREY A. TAYLOR, D.C. BAR # 498610
                        United States Attorney

                          /s/ Rudolph Contreras
                        RUDOLPH CONTRERAS, D.C. BAR # 434122
                        Assistant United States Attorney

                          /s/ Michelle N. Johnson
                        MICHELLE N. JOHNSON, D.C. BAR # 491910
                        Assistant United States Attorney
                        United States Attorney's Office
                        Civil Division
                        555 4th Street, N.W. – Room E4212
                        Washington, D.C. 20530
                        (202) 514-7139

                        COUNSEL FOR DEFENDANTS

---

[3] Despite Plaintiff's failure to effect proper service, Defendants anticipate filing a motion to dismiss the Complaint within 60 days of today's date, which is when the undersigned counsel first received notice regarding this lawsuit.

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 15th day of June, 2007, a copy of the foregoing Defendants' Notice to the Court Regarding Service of Process was delivered via first-class mail, postage pre-paid to:

>John E. Moore
>9 Pleasant View Circle
>Daytona Beach, FL 32118

>　　/s/ Michelle N. Johnson
>MICHELLE N. JOHNSON, D.C. BAR # 491910
>Assistant United States Attorney
>555 4th St., N.W.  Room E4212
>Washington, D.C. 20530
>202-514-7139