UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN E. MOORE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action No. 07-0107 (RMC) |
| v. | ) |
| | ) |
| GEORGE BUSH, | ) |
| President of the United States, et al. | ) |
| | ) |
| Defendants. | ) |

### FEDERAL DEFENDANTS' OPPOSITION TO PLAINTIFF'S "MOTION REQUEST FOR ORAL HEARING"

Defendants, George W. Bush, President of the United States, United States Senator Bill Nelson, the United States National Security Agency, and the United States Department of Justice, (collectively referred to herein as "the federal Defendants"), by and through the undersigned counsel, hereby submit their opposition to Plaintiff's motion for a hearing.

Plaintiff has filed a pro se motion entitled "Plaintiff John E. Moore, Motion Request for Oral Hearing." In this motion, Plaintiff contends that a hearing is needed so that he can present evidence in support of his claim that the named Defendants are a part of conspiracy that resulted in the implantation of a micro-chip in Plaintiff's brain.  In support of his motion, Plaintiff contends that "of particular importance to me will be in proving that Brainwave Technology and the N.S.A. are a joint venturesome partnership which will eventually destroy our Freedoms, one which could include our Judicial System."  Plaintiff's Mot. at 1.  Plaintiff's motion does not set forth any basis for this Court to hold a hearing in this case and should be denied.

Nor is there any justification for a hearing in this matter.  The complaint in this case was

filed by Plaintiff on January 12, 2007. As the federal Defendants indicated in their "Notice to the Court Regarding Service," [Docket Entry No. 20], to date Plaintiff has failed to effect proper service on the federal Defendants. Thus, at this time, the federal Defendants have not yet responded to Plaintiff's complaint. However, the federal Defendants anticipate filing a motion to dismiss Plaintiff's complaint, and the Court will be in a position to evaluate the merits of the parties' positions in the pleadings they submit.

For these reasons, the federal Defendants respectfully submit that Plaintiff's motion should be denied. There is no basis for the Court to convene a hearing in this matter; in fact, Plaintiff's own motion does not set forth any justification for a hearing to be held. Accordingly, Plaintiff's "Motion Request for Oral Hearing" should be denied.

Respectfully submitted,

　　s/ Jeffrey A. Taylor
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

　　s/ Rudolph Contreras
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

　　s/ Michelle N. Johnson
MICHELLE N. JOHNSON, D.C. BAR # 491910
Assistant United States Attorney
United States Attorney's Office
Civil Division
555 4th Street, N.W. – Room E4212
Washington, D.C. 20530
(202) 514-7139

COUNSEL FOR THE FEDERAL DEFENDANTS

**CERTIFICATE OF SERVICE**

I hereby certify that on this 25th day of June, 2007, a copy of the foregoing Federal Defendants' Opposition to Plaintiff's "Motion Request for Oral Hearing" was delivered via first-class mail, postage pre-paid to:

> John E. Moore
> 9 Pleasant View Circle
> Daytona Beach, FL 32118

>    /s/ Michelle N. Johnson
> MICHELLE N. JOHNSON, D.C. BAR # 491910
> Assistant United States Attorney
> 555 4th St., N.W.  Room E4212
> Washington, D.C. 20530
> 202-514-7139

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN E. MOORE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action No. 07-0107 (RMC) |
| v. | ) |
| | ) |
| GEORGE BUSH, | ) |
| President of the United States, et al. | ) |
| | ) |
| Defendants. | ) |

**<u>ORDER</u>**

UPON CONSIDERATION of Plaintiff John E. Moore's "Motion Request for Oral Hearing," the opposition thereto, and good cause having been shown, it is this _____ day of

_____, 2007,

ORDERED, that Plaintiff's motion be, and hereby, is denied.

_____
UNITED STATES DISTRICT JUDGE

Copies to:

John E. Moore
9 Pleasant View Circle
Daytona Beach, FL 32118