## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JOHN E. MOORE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CA. 1:07-cv-00107-(RMC) |
| | ) | |
| | ) | |
| GEORGE W. BUSH, ET AL., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| _____ | ) | |

### FEDERAL PLAINTIFF NOTICE TO THE COURT
### REGUARDING SERVICE OF PROCESS

Enclosed you will find copies of:

(a) Summons issued to U.S. Department of Justice, issued by D.C. District Court,

District of Columbia. February 16, 2007. Summons Server, Same Day Process Server,

Serviced April 5, 2007.

(b) Summons issued to U.S. Attorney General of the United States of America,

issued by D.C. District Court, District of Columbia, February 16, 2007. Service by Fedex

tracking no. 8583 426 1801. Delivery date February 23, 2007

(c) Nineteen page Document, titled Complaint in a Civil Action No. 07-cv-0107 (RMC).

(d) 1 ea CO-932 reference to CA. No.92-cv-0449, Plaintiff: John St. Clair Akwri.

(e) 1 ea CO-932 reference to CA. No.03-cv-1499, Plaintiff: John E. Moore.

(f) Copy of Defendants Complaint titled: Federal Defendants Notice to The Courts

Regarding Service of Process.

# RECEIVED

JUN 2 5 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of June, 2007, a copy of the foregoing Plaintiffs'

Notice to the Court Regarding Service of Process was delivered via FEDEX delivery,

prepaid to:

> Michelle N. Johnson
> D.C. BAR # 491910
> Assistant United States Attorney
> 555 4th St., N.W. Room E4212
> Washington, D.C. 20530
> 202-514-7139

> John E. Moore Pro se
> 9 Pleasant View Circle
> Daytona Beach, Florida.
> 32118-5511
> (386) 761-8193

> *John E. Moore*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JOHN E. MOORE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No. 07-0107 (RMC) |
| | ) | |
| v. | ) | |
| | ) | |
| GEORGE BUSH, | ) | |
| President of the United States, et al. | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## FEDERAL DEFENDANTS' NOTICE TO THE COURT
## REGARDING SERVICE OF PROCESS

Defendants, George W. Bush, President of the United States, United States Senator Bill Nelson,[1] the United States National Security Agency, and the United States Department of Justice, by and through the undersigned counsel, hereby file their notice regarding service of process to the Court.

On January 12, 2007, Plaintiff filed his Complaint in this Court. In his Complaint, Plaintiff alleges that several of the named Defendants engaged in a conspiracy in which they implanted a "micro-chip" in Plaintiff's brain. Complaint ¶¶ 15-16. Plaintiff seeks an Order from the Court declaring that Defendants President Bush, Senator Nelson, the National Security Agency, and the Department of Justice's (including the Federal Bureau of Investigation) "program of warrant-less surveillance is unlawful, and [to] enjoin any further such warrant-less surveillance." Id. at 18. Plaintiff also seeks records relating to him "that were acquired through

---

[1] The undersigned counsel has not yet received final authority to represent Senator Nelson and therefore is representing him at this time for purposes of this motion only.

the warrant-less surveillance program . . . ." Id.

On April 26, 2007, Plaintiff filed a "Return of Service/Affidavit" regarding service of the complaint and summons on President Bush, Senator Nelson, the National Security Agency, and the United States Department of Justice. [Docket Entry No. 6]. However, Plaintiff has not accomplished proper service on the United States, as required pursuant to Federal Rule of Civil Procedure 4(i)(1). Specifically, proper service on an agency, officer or employee of the United States, is only accomplished:

> (A)    by delivering a copy of the summons and of the complaint to the United States attorney for the district in which the action is brought or to an assistant United States attorney or clerical employee designated by the United States attorney in a writing filed with the clerk of the court or by sending a copy of the summons and of the complaint by registered or certified mail addressed to the civil process clerk at the office of the United States attorney and
>
> (B)    by also sending a copy of the summons and of the complaint by registered or certified mail to the Attorney General of the United States at Washington, District of Columbia . . . .

To date, Plaintiff has not complied with Rule 4's requirements.[2] Notably, no summons has been issued to the United States attorney or to the Attorney General. In addition, Plaintiff was required to serve process within 120 days after filing the complaint, which has expired at this time. Fed. R. Civ. P. 4(m).

Given this sequence of events, Defendants' time for responding to the Complaint has not yet begun to run. See Haldane v. Crockford, No. Civ.A. 97-2483, 1998 WL 419617, at *3 (D.D.C. Apr. 23, 1998) ("[D]efendant's obligation to answer or plead to the complaint is

_____

[2]Furthermore, the undersigned counsel just received notice of this lawsuit today, when it was brought to the attention of the Chief of the Civil Division of the United States Attorney's Office for the District of Columbia.

predicated on effective service of the complaint."). · Although Plaintiff is proceeding <u>pro se</u>, he is required to comply with the Federal Rules of Civil Procedure, including those rules pertaining to proper service. <u>Jarrell v. Tisch</u>, 656 F. Supp. 237, 239 (D.D.C. 1987). Accordingly, until such time as proper service is effected on the United States, the federal Defendants are relieved of their obligation to respond to Plaintiff's Complaint.[3]

Respectfully submitted,

/s/ Jeffrey A. Taylor
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

/s/ Rudolph Contreras
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

/s/ Michelle N. Johnson
MICHELLE N. JOHNSON, D.C. BAR # 491910
Assistant United States Attorney
United States Attorney's Office
Civil Division
555 4th Street, N.W. – Room E4212
Washington, D.C. 20530
(202) 514-7139

COUNSEL FOR DEFENDANTS

---

[3]Despite Plaintiff's failure to effect proper service, Defendants anticipate filing a motion to dismiss the Complaint within 60 days of today's date, which is when the undersigned counsel first received notice regarding this lawsuit.

# AFFIDAVIT OF PROCESS SERVER

### United States District Court                    District Of Columbia

**John E. Moore**

    Plaintiff

vs.

**George W. Bush, et al**

    Defendant

Attorney:

John E. Moore
9 Pleasant View Cir.
Daytona Beach, FL. 32118-5511

**Case Number:** 07-0107 (RMC)

Legal documents received by Same Day Process Service on April 04th, 2007 at 2:30 PM to be served upon **US Department of Justice at 950 Pennsylvania, Ave., NW, Washington, DC. 20530-0001**

I, Brandon A. Snesko, swear and affirm that on **April 05th, 2007 at 11:00 AM**, I did the following:

Served a **Government Agency** by delivering a conformed copy of this **Summons in a Civil Case; Complaint; Notice of Designation of Related Civil Cases Pending in This or Any Other United States Court; Motion of Appointment of Counsel**, to **Willo T. Lee as General Clerk 2** of the within named agency, to wit: **US Department of Justice** and informing that person of the contents of the documents.

**Description of Person Accepting Service:**
Sex: Female  Age: 45  Height: 5'4  Weight: 150  Skin Color: Black  Hair Color: Black  Glasses: Y

**Supplemental Data Appropriate to this Service:**

I declare under penalty of perjury under the laws of the that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

_____

**Brandon A. Snesko**
Process Server

**Same Day Process Service**
**1322 Maryland Ave., NE**
**Washington, DC 20002**

**(202) 398-4200**

Internal Job ID: 0000002577

District of Columbia : SS
Subscribed and Sworn to before me
this _10TH_ day of _March_ , _2007_

_____
B. Tony Snesko, Notary Public, D.C.
My commission expires December 14, 2011

Copyright © 2005-2007 Process Server Central, LLC. All rights reserved.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

John E. Moore

**SUMMONS IN A CIVIL CASE**

**V.**

U.S. Department of Justice

CASE NUMBER: 07-0107 (RMC)

TO: (Name and address of Defendant)

U.S. Department of Justice
950 Pennsylvania Ave, NW
Washington, DC.
20530-0001

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

John E. Moore Pro Se
9 Pleasant View Cir.
Daytona Beach, FL.
32118-5511

an answer to the complaint which is served on you with this summons, within _____Sixty_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON                    1 5 2007

CLERK                                         DATE

TO SAAS

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

John E. Moore

**SUMMONS IN A CIVIL CASE**

V.

ATTORNEY GENERAL of the UNITED STATES

CASE NUMBER:  07-0107 (RMC)

TO: (Name and address of Defendant)

ATTORNEY GENERAL of the UNITED STATES of AMERICA
U.S. Department of Justice
950 Pennsylvania Avenue, NW.
Washington, DC.
20535-0001

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

John E. Moore  Pro Se
9 Pleasant View Cir.
Daytona Beach, FL.
32118-5511

an answer to the complaint which is served on you with this summons, within ___Sixty___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON

FEB 1 6 2007

CLERK

DATE

Track Shipments:
## Detailed Results

( ? ) Quick Help

| | | | |
|---|---|---|---|
| **Tracking number** | 858342261801 | **Delivered to** | Shipping/Receiving |
| **Signed for by** | A.FRAZIER | **Service type** | FedEx 2Day Envelope |
| **Ship date** | Feb 21, 2007 | | |
| **Delivery date** | Feb 23, 2007 10:08 AM | | |
| **Status** | Delivered | | |

| Date/Time | | Activity | Location | Details |
|---|---|---|---|---|
| **Feb 23, 2007** | 10:08 AM | **Delivered** | | |
| | 9:12 AM | On FedEx vehicle for delivery | WASHINGTON, DC | |
| | 7:38 AM | At local FedEx facility | WASHINGTON, DC | |
| **Feb 22, 2007** | 6:38 PM | At dest sort facility | DULLES, VA | |
| | 5:03 PM | Departed FedEx location | MEMPHIS, TN | |
| | 11:48 AM | Arrived at FedEx location | MEMPHIS, TN | |
| **Feb 21, 2007** | 7:22 PM | Left origin | DAYTONA BEACH, FL | |
| | 1:23 PM | Picked up | DAYTONA BEACH, FL | |

| Signature proof | E-mail results | Track more shipments |
|---|---|---|

Subscribe to tracking updates (optional)

**Your Name:**

**Your E-mail Address:**

| E-mail address | Language | Exception updates | Delivery updates |
|---|---|---|---|
| | English | | |
| | English | | |
| | English | | |
| | English | | |

**Select format:**   HTML    Text    Wireless

**Add personal message:**

Not available for Wireless or
non-English characters.

By selecting this check box and the Submit button, I agree to these Terms and
Conditions.

**FedEx**
Express

*US Airbill*

FedEx Tracking Number  8_3  4226  1801

## From  *Please print and press hard.*

Date  **02-21-07**

Sender's FedEx Account Number

Sender's Name  **John E. Moore**    Phone ( **386** ) **761-8193**

Company

Address  **9 Pleasant View Cir.**
                                                    Dept./Floor/Suite/Room

City  **Daytona Beach**    State  **FL.**    ZIP  **32118-5511**

**Your Internal Billing Reference**
*First 24 characters will appear on invoice.*

## To

Recipient's Name  **U.S. ATTORNEY GENERAL**    Phone (    )

Company  **Department of Justice**

Recipient's Address  **950 Pennsylvania Avenue, NW.**
                                                    Dept./Floor/Suite/Room

*We cannot deliver to P.O. boxes or P.O. ZIP codes.*

Address
*To request a package be held at a specific FedEx location, print FedEx address here.*

City  **Washington**    State  **DC**    ZIP  **20535-0001**

**Store your addresses at fedex.com**
Simplify your shipping. Manage your account. Access all the tools you need.

### 4a  Express Package Service    *Packages up to 150 lbs.*

- [ ] FedEx Priority Overnight
  Next business morning.* Friday shipments will be delivered on Monday unless SATURDAY Delivery is selected.
- [ ] FedEx Standard Overnight
  Next business afternoon.* Saturday Delivery NOT available.
- [ ] FedEx First Overnight
  Earliest next business morning delivery to select locations.* Saturday Delivery NOT available.
- [X] FedEx 2Day
  Second business day.* Thursday shipments will be delivered on Monday unless SATURDAY Delivery is selected.
- [ ] FedEx Express Saver
  Third business day.* Saturday Delivery NOT available.

FedEx Envelope rate not available. Minimum charge: One-pound rate.    * To most locations.

### 4b  Express Freight Service    *Packages over 150 lbs.*

- [ ] FedEx 1Day Freight*
  Next business day.* Friday shipments will be delivered on Monday unless SATURDAY Delivery is selected.
- [ ] FedEx 2Day Freight
  Second business day.* Thursday shipments will be delivered on Monday unless SATURDAY Delivery is selected.
- [ ] FedEx 3Day Freight
  Third business day.* Saturday Delivery NOT available.

* Call for Confirmation.    ** To most locations.

### 5  Packaging    * Declared value limit $500.

- [X] FedEx Envelope*
- [ ] FedEx Pak*
  Includes FedEx Small Pak, FedEx Large Pak, and FedEx Sturdy Pak.
- [ ] FedEx Box
- [ ] FedEx Tube
- [ ] Other

### 6  Special Handling

- [ ] SATURDAY Delivery
  NOT available for FedEx Standard Overnight, FedEx First Overnight, FedEx Express Saver, or FedEx 3Day Freight.
- [ ] HOLD Weekday at FedEx Location
  NOT available for FedEx First Overnight.
- [ ] HOLD Saturday at FedEx Location
  Available ONLY for FedEx Priority Overnight and FedEx 2Day to select locations.

Does this shipment contain dangerous goods?

- [X] No
- [ ] Yes  As per attached Shipper's Declaration.
- [ ] Yes  Shipper's Declaration not required.
- [ ] Dry Ice
  Dry Ice, 9, UN 1845 ___ x ___ kg

Dangerous goods (including dry ice) cannot be shipped in FedEx packaging.

- [ ] Cargo Aircraft Only

### 7  Payment    *Bill to:*

Enter FedEx Acct. No. or Credit Card No. below.

- [ ] Sender  Acct. No. in Section 1 will be billed.
- [ ] Recipient
- [ ] Third Party
- [X] Credit Card
- [ ] Cash/Check

FedEx Acct. No.
Credit Card No.    Exp. Date

| Total Packages | Total Weight | Total Declared Value† |
|---|---|---|
|  |  | $         .00 |

† Our liability is limited to $100 unless you declare a higher value. See back for details. By using this Airbill you agree to the service conditions on the back of this Airbill and in the current FedEx Service Guide, including terms that limit our liability.

160 42 XX    FedEx Use Only

### 8  NEW Residential Delivery Signature Options  *If you require a signature, check Direct or Indirect.*

- [ ] No Signature Required
  Package may be left without obtaining a signature for delivery.
- [X] Direct Signature
  Anyone at recipient's address may sign for delivery.
- [ ] Indirect Signature
  If no one is available at recipient's address, anyone at a neighboring address may sign for delivery.

520

Rev. Date 8/05•Part #158281•©1994–2005 FedEx•PRINTED IN U.S.A. SRY

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

John E. Moore                              )
9 Pleasant View Cir.                       )
Daytona Beach, Fl.                         )
32118-5511                                 )
Phone: 386-761-8193                        )
                           Plaintiff,      )          C.A. No. 07-0107 (RMC)
                           Pro Se          )
            v.                             )
                                           )
GEORGE W. BUSH                             )
President of the United States.            )
                                           )
and                                        )
                                           )
HONORABLE BILL NELSON                      )
United States Senate                       )
Hart Senate Office Building                )
Room 761                                   )
Washington, DC 20510                       )
                                           )
and                                        )
                                           )
NATIONAL SECURITY AGENCY                   )
Fort George G. Meade, MD. 20755            )
                                           )
and                                        )
                                           )
U.S. DEPARTMENT OF JUSTICE                 )
950 Pennsylvania Ave, NW                   )
Washington, DC. 20530-0001                 )
                                           )
and                                        )
                                           )
Volusia County Sheriff Department          )
123 W. Indiana Ave.                        )
Deland, FL                                 )
32721                                      )

and

Southern Poverty Law Center      )
400 Washington Ave.               )
Montgomery, Alabama.              )
36104                             )
                                  )
and                               )
                                  )
American Civil Liberties Union    )
Volusia/Flagler Chapter           )
P.O. Box 1824                     )
Ormand Beach, Fl.                 )
32175-1824                        )
                                  )
and                               )
                                  )
Dependable Civil Process          )
1035 Calle Grande                 )
Ormond Beach, Fl.                 )
32173                             )
                                  )
                                  )
                  Defendants.     )


## COMPLAINT

1. This is an action under the Government-in-the-Sunshine Act, 5 U.S.C. 552b

   ("Sunshine Act"), and the Freedom of Information Act, 5 U.S.C. 552 ("FOIA"),

   in order to compel the defendants, George W. Bush, President of the United

   States, Department of Justice ("DOJ") and its component' Federal Bureau of

   Investigation ("FBI"). Department of Defense ("DOD") and its component

   National Security Agency ("NSA"). The State of Florida and its component

   Volusia County Sheriff Department ("VCS").

2

The plaintiff brings this action for injunctive, declaratory and monetary relief pursuant to the listed defendants.

2. This is an action under the Title 42 U.S.C. 1986. Part of the Civil Rights Act that makes a person liable if they know of a civil rights violation being inflicted upon a person, and who have the power to prevent them, and if they refuse to take such action.

Also of note, Rule of Civil Procedure 60, no time limit on this motion.

In order to compel the defendant U. S. Senator Bill Nelson to provide information pertaining to my written request. The plaintiff brings this action for injunctive and declaratory relief.

3. This is an action under the Sunshine Act, 5 U.S.C. 552b. In order to compel the defendants, Southern Poverty Law Center (S.R.L.C.). America Civil Liberties Union (A.C.L.U.). Dependable Civil Process.

The plaintiff brings this action for injunctive and declaratory relief.

## Jurisdiction and Venue

4. The Court has jurisdiction over this action under 5 U.S.C. 552b(g) and (h) (the Sunshine Act, 5 U.S.C. 552(a)(4)(B) (the FOIA), and 28 U.S.C. 131 (federal question jurisdiction).

## Parties

5. Plaintiff: John E. Moore is a citizen of the United States of America and a resident of Daytona Beach, Florida. I am retired from the U. S. Government, with over thirty years of total accrued time.

3

My major field being electronics, first for the U.S. Department of
Defense, (Navy) My experience in both surface vessels and nuclear
submarines. Performing system checks and sea trial demonstrations
to crew. My latter government service time was with the Federal
Aviation Administration, also in the electronics field. (navaids)

6. Defendant: George W. Bush

   President of the United States

   Executive Branch of the United States Government

7. Defendant: Senator Bill Nelson

   Representative U.S. Senator for the State of Florida

8. Defendant: National Security Agency. (NSA)

   LTG Keith B. Alexander, Director.

9. Defendant: Department of Justice. (DOJ)

10. Defendant: Federal Bureau of Investigation. (FBI)

11. Defendant: Volusia County Sheriff Department. (VCS)

    Sheriff Ben F. Johnson.

12. Defendant: Southern Poverty Law Center. (SPLC).

    Mr. Morris Dees, Founder.

13. Defendant: America Civil Liberties Union. (ACLU)

    Mr. George Griffin, Chapter President.

14. Defendant: Dependable Civil Process. (DCP)

    Skip Sheffild, President.


### Facts

15. Plaintiff: John E. Moore.

As Plaintiff in said complaint and one of the victims of what I call a conspiracy

consisting of the National Security Agency and the Volusia County Sheriff

Department. Co defendants, DOJ No. 9 and FBI No. 10 are also part of this cove-up

in this clandestine conspiracy. No. 12 thru. 14; S.P.L.C; A.C.L.U; and D.L.P; I

believe are innocent victims of B.W.T; Or were compromised.

16. On or about November 14, 1996 I was implanted with a micro-chip such as

ref: B.W.T. Report pg. 48. With the sole purpose being in control of my brain

data. ref: cat scan # 0673986 dtd. December 30, 1998.

17. The person who acquired instruction for B.W.T. hardware received instruction

at N.S.A. at Falls Church, Va. approximate date, August, 1996.

18. On July 24, 1999 I left for F.A.A. project at Bradley International Airport,

Connecticut. The project consisted of electronic aids to navigation. I arrived at

the Days Inn, Fayettsville, NC. I was kept awake most of the night. (tone and

head ach) B.W.T. Arrived the next day July 25, 1999 at the Hampton Inn,

Delaware. Again, awake all night. Loud tone in head and tremendous head ach.

I knelt down on my knees and held my head in pain. I left for Florida (home)

in the morning. I could not tell the truth for my reason for not reporting to the work

site.

Shortly after that incident, I was terminated.

19. I hold over two hundred documents of proof of destroyed hardware and other items and receipts of repairs and photos. Included in list are phone records, property damage, electronic control and interference of home entertainment system, remote unites, auto problems.

20. I will make available to the Court and Defendants my Brainwave Technology Independent Report, which I plan to make use of extensively in my presenting my evidence in this case.

Defendant: George W. Bush

21. I am seeking an order that would require President George W. Bush and his agents to halt an illegal and unconstitutional program of electronic control of brain data through the brain wave technology system. It is used for not only brain control but also in the use of torture on innocent citizens of the United States of America.

In a Washington Post article dated September 6, 2006. "The United States does not torture," Bush declared. "I have not authorized it, and I will not authorize it."

Defendant: Senator Bill Nelson

22. My first visit to Senator Nelsons Orlando Office on August 9, 2005. I met with a Mr. Jaun R. Lopez a Constituent Advocate and explained my reason for my visit was my mailing of two letters; one dated July 7, 2004 and another dated July 26, 2004. Both documents, the subject of Brainwave Technology, with no response to either letters. After our conversation he assured me that he would contact me shortly with an answer.

23. After no response, on August 16, 2005 I met with another Constituent Advocate, her name was Marcie F. Randolph (mfr). My first question to her was the location of the two documents one dated July 7, 2004 and the other July 26, 2004.

She paused for a short period of time as she looked at some files, and told me that they had been nuked. I asked for another appointment, as I am now completing an in depth report on Brainwave Technology, and when completed I will contact her.

24. Met with (mfr) on October 11, 2005. I presented her with a copy of my Brainwave Technology Independent Report. Also another list of six other non-delivery of registered mail Brainwave Technology subject matter.

During our conversation, she cautioned me to be very careful, being involved in this subject matter. She also cautioned me discussing this subject matter in her office, as it is not a secure area.

She told me that she would look at the requests and provide me an answer shortly. As I was leaving, she cautioned me again to be very careful.

25. In a letter dated October 19, 2005 from Celeste Brown (cb) of the Orlando office who also is a Constituent Advocate thanking me for a letter that I never sent to her, and I would like to point out that their was never any communication between(cb) and I on the B.W.T. subject.

She also thanked me for contacting her on this matter.

On October 27, 2005 I phoned (mfr) to request the return of the Brainwave Technology Independent Report and she agreed. Also my request for Senator Nelson to look into my temporal implant and investigate, my claim was denied.

26. As my comfort level diminished with the Orlando office I contacted Senator Nelson's Washington Office on November 9, 2005 and spoke with a Constituent Advocate a Mr. Ryan Brown (rb). I explained my situation and would like him to look over my Independent Report on Brainwave Technology, and its possible dangers also possible positive potential. I had his approval to ship this material. On November 18, 2005 I FedEx the material to his office, with signature request. I contacted (rb) office on November 22, 2005, said he had no seen the report. I called (rb) on November 30, 2005 and twice on December 2, 2005, not available, left voice mail. Called (rb) on December 5, 2005, asked him for verification of the material. He informed me that he has not seen the report and had no success trying to locate it.

27. He then told me he would connect me with a Patty Corran, who is Senator Nelson Correspondence Secretary, when I spoke with her, I had asked her the reason for an eighteen day gap not finding this package, which was signed by a Mr. R. Williams on November 21, 2005. She had no explanation.

She asked if I would reship another package to her personnel address, (her home) for no apparent reason. I agreed and she furnished me Senator Nelson FedEx account number and her home address. I also insisted on a signature at delivery. Pick up at Fedex Office.

On December 7, 2005 it was dropped off at Patty Curran home (no signature) on December 8, 2005 she had notified me that she had the package. She said she would pass it on to the Chief of Staff Secretary, a Mr. Walker.

I tried to contact Mr. Walker for three days, both voice mail and message

8

numerous times with no success. There are many questions that I would like

an answer to. Also is Senator Nelson aware that his office might have been

compromised. Also why were these documents not resent through normal

channels?

<u>Defendant: National Security Agency</u>

28. My first incidence of Brainwave Data Control took place on November 14,   .

1999. It was comprised of a data signal audio transmission. I would be awaken

in the middle of the night for one hour or two hours.

Up to date torture presently consists of high pitch tone, head ach, clicking sound,

heartbeat control, consisting of rate of speed, gain of audio beat, cease heart beat.

(had stop for up to count of three) New torture types known to me, initiated on

August 29, 2006. Like prickly feeling on legs, arms or back, or any combination.

Another new type of torture that I experienced feels like an insect moving on face or

body. Another is mood control.

29.  On my F.O.I.A. request dated August 31, 2006, I request a short statement on

the existence of Brainwave Technology. NSA would not confirm nor deny this

program exist. Executive Order 12958, as amended.

30. I am using Civil Action 92-0449, US Courthouse, Washington, DC. As an

example and reference presentation of a similar case.

31. My request for information pertaining to Falls Church VA, on its use as an

instruction facility was also denied. (an important point of my case)

32. An article in Nexus Magazine April/May 96, titled Covert Operations of the

U.S. National Security Agency. Is an example of brain control by NSA.

9

33. I am the recipient of a Temporal Bone Implant, which according to my records, NSA is well versed on this F.O.I.A. Law Suit is also against the NSA warrant less domestic surveillance program dealing with the milli hertz frequency range of Brainwave Data.

<u>Defendant: Department of Justice</u>

34. In reference to C. A. No. 6:03-cv-1499-orl-28-Dab. (case dismissed) Filed at U.S. District Court. Middle District of Florida.

35. A waiver of service was issued to R. Jancia, D.O.J. Orlando Fl; not returned. As I discovered after the fact, under Rule 4(1)(I) this does not apply to U.S. Government Defendants. Why was it accepted at D.O.J. Rule No.36 under Federal Rules of Civil Procedure. "The party served is obligated to make reasonable inquiry before responding." Why was I issued this type of summons by the Court Clerk, who was aware of this Federal Complaint.

36. The D.O.J. was next served a summons which was serviced by a professional server. The total time for service totaled seventy two days. A distance of approximately fifty miles. Again I mention Rule 36 which was not activated

37. Reference: D.O.J. F.O.I.P.A. case No. 03-0136, also Boston, MA. F.B.I. case No. 190-BS-0136. I request the name of the FBI Boston Agent who I was interviewed by on October 3, 2000. On his report, he states that I have paranoid tendencies. His statement also states that I think I am being watched.

Note: That statement made by the unknown identifiable FBI Agent is not true. My wife and I and some neighbors were the victims of some hate crimes. I indicated to him that this complaint is against an ex-sheriff and a hate group. Photos and

evidence were presented to this agent. Ref. B.W.T. Pg. 52.

Defendant: Federal Bureau of Investigation

38. The FBI is one of thirteen members of the Organizations Intelligence Community,

as is the NSA/CSS. (reference NSA fact sheet #1 January 2002)

Note: I am aware that DOJ will be acting legal council for FBI.

39.Daytona Beach Fl. F.B.I. First red flag presented to them of the existence of a

hate group in this area was on July 15, 1998. I spoke with an agent and requested

a meeting with him. I told this person that my wife and I and some neighbors are

victims of hate crimes. He asked me if I was black or Spanish? I said no to both. He

informed me that I would be wasting his time  and mine.

40.On September 5, 2002, I contacted the F.B.I. Office at Daytona Beach, Fl. With

an  F.O.I.A. request. On February 5, 2003 I received a reply from the F.B.I. Division

Office at Jacksonville, FL. No records available.

41.On November 4, 2002 I spoke with Agent in charge C. Bonner, of the F.B.I.

Office, Daytona Beach, Fl. I asked for his permission to furnish him with a copy

of my case files, and we could meet and discuss its subject matter. I left the files at

Agent Bonner's Office on November 6, 2002 and  put the documents in his

possession. After no response, I called his office on November 21, 2002 and left

message with his secretary. On November 22, 2002, called his office, secretary put

me through to his line, but would not pick-up. November 25, 2002, called again,

no response. On December 17, 2002, wrote letter to Agent Bonner, requesting to meet

with him. No reply. ( told agent Bonner that this was about a hate group and an

ex-sheriff.

42. The F.B.I. is one of thirteen members of the Organizations Intelligence Community, as is the NSA/CSS. (reference NSA fact sheet #1 January 2002)

<u>Defendant: Volusia County Sheriff Department</u>

43. F.O.I.A. request dated September 11, 2004 for any Volusia County Sheriff records in reference to myself, also any documents relating to B.W.T. and N.S.A. involving the Volusia County Sheriff Department.

I received a reply consisting of 2.0 inch by 1.5 inch yellow stick on with original request letter. I quote, "unable to locate info."

44. On the afternoon of June 15, 1999 I was at the corner of Nova Road (south) and Madeline Ave; at traffic light. When green, a sheriff pick-up truck turned on to Madeline (west) and behind was a two tone ford sedan, low ninety's age year. I then went right proceeding behind the ford, as I looked up their was written in fairly large letters "money talks."

45. A sample history of sheriff helicopter low altitude flights over our home.

| | | | | | | |
|---|---|---|---|---|---|---|
| September | 21, 2006. | 6:30 PM | June | 21, 2006. | 1:55 AM |
| " | 22, " | 7:12 PM | " | 29, " | 2:05 PM |
| " | 27, " | 1:50 PM | " | 08, " | 12:50 PM |
| " | 13, " | 5:55 AM | " | 09, " | 8:15 AM |
| " | 19, " | 12:40 PM | " | 09, " | 8:45 AM |
| " | 06, " | 8:30 PM | " | 09, " | 5:25 AM |
| " | 07, " | 2:30 AM | " | 10, " | 11:35 AM |
| August | 28, " | 4:30 AM | " | 12, " | 3:50 PM |
| " | 13, " | 12:03 AM | " | 13, " | 5:22 AM |
| " | 03, " | 9:45 AM | " | 14, " | 1:20 AM |
| July | 25, " | 12:00 PM | " | 15, " | 3:00 PM |
| " | 30, " | 8:30 AM | " | 01, " | 7:00 AM |
| " | 05, " | 9:20 AM | " | 02, " | 2:50 PM |
| June | 16, " | 9:55 AM | " | 03, " | 3:30 PM |
| " | 18, " | 12:55 AM | Oct. | 26, " | 11:07AM. Hover. |

Note: Verification of flight times, altitude and location can be authenticated

12

with Federal Aviation Administration. Daytona Beach, FL.

46. Helicopter incident on July 21, 2004. received notice of case 6:03-cv-1499-
ORL-28-DAB of case dismissed. Took mailed notice from mail box at 9:00 AM.
This was the only time of delivery of our mail at this time of day, normal time is
3 PM or 4 PM. As I retrieved my mail, a Sheriff helicopter low level pass over
our home took place.

Note: Reference Friday, July 26, 2006  Home Town News. Currently cost taxpayers
$391,87 per flight for this type of helicopter.

47. I am somewhat familiar with this type of aircraft as far as sound and its
Characteristics. I have had many flights aboard this type flying from T.F.Greene
Airport, Warwick, RI. and Block Island, RI. Airport. This aircraft was owned and
operated by the State of Rhode Island.

Defendant: Southern Poverty Law Center

48. On August 3, 2005 I sent to Southern Poverty Law Center my return answer to
my R.S.V.P. to attend the dedication of the Civil Rights Memorial Center, (Wall
Of Tolerance) with my donation and report on hate and bias incidents in my
Community. Ref: Barefoot Park, Port Orange, Fl.

I received no reply on my report that I submitted, the donation check was cashed.
On November 1, 2005 I sent a registered letter to S.P.L.C to question the reason
as to no reply to this document.

I am concerned that either or both documents were compromised. As were many
other documents pertaining to this case.

13

Defendant: American Civil Liberties Union

49. Reference to A.C.L.U. Volusia/Flagler Chapter. On November 19, 2005, I met

with Mr. George Griffin, President of the Chapter. I discussed with him the two

reports that I presented to him. I asked if he would look the documents over and

discuss them with me at a later date. (Pro Se Litigation Guide Line and Brain Wave

Technology, Independent Report.) On December 6, 2005, left voice mail, please

call me in reference to documents that you posses belonging to me.

also on December 9, 2005, same request with same results. No response.

A written request by U.S. Mail was sent on December 15, 2005. It was returned to my

address on December 28, 2005, un-opened and no explanation for return.

On September 26, 2006, brought letter to Main Post Office, Daytona Beach

Clerk at counter indicated to me that the markings on envelope are not familiar.

Letter was cc to American Civil Liberties Union, Office of the President, New York,

NY. (no response)

Defendant: Dependable Service Civil Process Server

50. This is in reference to CA 6:03-cv-1499-Orl-28-Dab. And the contracting of

Dependable Civil Process Server. (DCP) On March 8, 2004, DCP accepted a contract

to serve summons to:

D.O.J. Mr. Rick L. Jancha U.S. Attorney. Served on May 18, 2004. total 72 days.

U.P.S. Inspection Svc. E. R. Moffit. Served on May 18, 2004. total 72 days.

D.O.J. O.I.G. Mr. Donald Walker. Served on June 7, 2004. total 92 days.

D.O.J. CO-Director Info & Privacy. R.L.Huff. Served on June 6, 2004. total 89 days.

F.B.I. Daytona Beach, Fl. Agent C. Bonner. Served on May 14, 2004. total 68 days.

F.B.I. Boston, MA. un-known agent. F.O.I.A. Served on May 21, 2004. total 75 days.
Delivery of documents to DCP office. I was greeted by, one Florida Sheriff
Association cruiser at front of office, one Sheriff at corner of street, also a United
Security vehicle at the same corner.

## CAUSE OF ACTION

### First Cause of Action (Privacy Act/Freedom of Information Act)

51. Plaintiff John E. Moore repeats and re-alleges the allegations contained in
paragraph 21. Also under authorization from President George W. Bush, has
engaged in a systematic program of warrantless evesdroping upon email and
communication and Brainwave Technology using audio video decoding EMF waves
through a network (DOMINT) and the ultimate surveillance system, (RNM) and is
part of the NSA Signet System.

52. Plaintiff John E. Moore incorporates by reference and every allegation contained
in the preceding paragraph as if set forth fully herein.

### Second Cause of Action (Arising Out of Felony Cover-ups)

53. Plaintiff John E. Moore repeats and re-alleges the allegations contained in
paragraphs 22 thru. 27, inclusive.

I am seeking a court order requiring Senator Bill Nelson to perform mandatory
Duty, and to hault the obstruction of justice conduct. Title 42 U.S.C. 1986.

54. I am requesting that Senator Bill Nelson call for a release of Brainwave
Technology information held by the NSA, and make available to the Health and
Medical Community.

55. I am requesting that Senator Bill Nelson put before the Senate Judiciary

Committee, a request to investigate the dissemination of Brainwave Technology down to the Local Law Enforcement level. (Sheriff)

Third Cause of Action (First and Fourth Amendment Violations)

56. Plaintiff John E. Moore repeats and re-alleges the allegations contained in paragraphs 28 thru. 33, inclusive.

57. I am requesting that NSA cease and desist from the transmission of Brainwave Data or any Radio Frequency Carrier, including Video, Voice or any information pertaining to my First and Fourth Amendment Rights near or within reception of myself, my wife, family, neighbors and friends.

58. The NSA Surveillance Program has intercepted both phone and email communications where both parties to the communications were located within the United States of America.

59. I request that HR 5126 IH be held in abeyance by NSA, FBI and Volusia County Sheriff Department to implement said rule. "Truth in Called ID Act of 2006"

Fourth  Cause of Action (First Amendment Violation)

60. Plaintiff John E. Moore repeats and re-alleges the allegations contained in paragraphs 34 thru. 37, inclusive.

61. Defendant: Department of Justice (DOJ) is a Department of the Executive Branch of the United States Government. Plaintiff has exhausted administrative remedies with respect to defendant (DOJ) components' wrongful withholding of requested records.

Fifth Cause of Action (First Amendment Violation)

62. Plaintiff John E Moore repeats and re-alleges the allegations contained in

16

paragraphs 38 thru. 42 inclusive.

63. Plaintiff has exhausted the applicable administrative remedies with respect
to defendant DOJ's components' wrongful withholding of the requested records.

Sixth Cause of Action (Privacy Act and Florida Constitution)

64. Plaintiff John E. Moore repeats and re-alleges the allegations contained in
paragraphs 43 thru. 47, inclusive.

65. The Volusia County Sheriff Department (VCS) has wrongfully withheld
agency records requested by plaintiff, by failing to comply with both the Privacy
Act and Public Records Law Guide. Request dated September 11, 2006.

66. I am requesting that VCS in conjunction with NSA cease and desist from the
transmission of Brainwave Data or any Radio Frequency data, including video, voice
or any information pertaining to my First of Fourth Amendment Rights, near or
within reception of myself, my wife, family, neighbors or friends.

Seventh Cause of Action

67. Plaintiff John E. Moore repeats and re-alleges the allegations contained in
paragraphs 48 thru. 50, inclusive.

68. I am requesting a reply to your question form on the subject of hate crime.
I filled out your information request form and twice returned it to your agency. I
would like a reply on record.

69. I am requesting a reply from Mr. George Griffin, (ACLU) in reference to the two
documents that you have in your possession, titled Brainwave Technology,
Independent Report and Pro Se Litigation Guidelines, Independent Report. Also
were you contacted by a government law agency?

17

70. I am requesting more information on this subject matter, as to the reason for such a delay in the service of the subject summons. Were you contacted by a government law agency?

PRAYER FOR RELIEF

Wherefore, Plaintiff John E. Moore request that the Court award him the following relief:

(a) Declare that the Defendants: George W Bush, President of the United States, Senator Bill Nelson, N.S.A; D.O.J; F.B.I and V.C.S;  program of warrant-less surveillance is unlawful, and enjoin any further such warrant-less surveillance.

(b) Order that the Defendants N.S.A; F.B.I. and V.C.S. disclose to the Plaintiff all unlawful surveillance of plaintiffs' communications carried out pursuant to the program.

(c) Order that all Defendants turn over to Plaintiff all information and records in their possession related to Plaintiff that were acquired through the warrant-less surveillance program, or were the fruit of surveillance under the program, and subsequently destroy any such information and records in defendants possession.

(d) order that Defendants S.P.L.L;  A.C.L.U;  and  D.C.P;  turn over all information and records pertaining to Plaintiff, also any information or records pertaining to Defendants listed in subparagraph. (a)

(e) Award costs, including an award of Attorneys fees under the Equal Access to Justice Act, 28 U.S.C. 2412(d)(1)(A);

(f) Award such other relief as the Court deem just and proper.

18

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _____ day of _____ 2007



Respectfully submitted,

John E. Moore, Pro Se
9 pleasant View Circle
Daytona Beach, FL.
32118-5511
386-761-8193

19

CLERK'S OFFICE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

C0-932
Rev. 4/96

## NOTICE OF DESIGNATION OF RELATED CIVIL CASES PENDING
## IN THIS OR ANY OTHER UNITED STATES COURT

Civil Action No. 07-0107
(To be supplied by the Clerk)

**NOTICE TO PARTIES:**

Pursuant to Rule 405(b)(2), you are required to prepare and submit this form at the time of filing any civil action which is related to any pending cases or which involves the same parties and relates to the same subject matter of any dismissed related cases. This form must be prepared in sufficient quantity to provide one copy for the Clerk's records, one copy for the Judge to whom the cases is assigned and one copy for each defendant, so that you must prepare 3 copies for a one defendant case, 4 copies for a two defendant case, etc.

**NOTICE TO DEFENDANT:**

Rule 405(b)(2) of this Court requires that you serve upon the plaintiff and file with your first responsive pleading or motion any objection you have to the related case designation.

**NOTICE TO ALL COUNSEL**

Rule 405(b)(3) of this Court requires that as soon as an attorney for a party becomes aware of the existence of a related case or cases, such attorney shall immediately notify, in writing, the Judges on whose calendars the cases appear and shall serve such notice on counsel for all other parties.

---

The plaintiff, defendant or counsel must complete the following:

I.    **RELATIONSHIP OF NEW CASE TO PENDING RELATED CASE(S).**

A new case is deemed related to a case pending in this or another U.S. Court if the new case:  [Check appropriate box(es) below.]

[ ]    (a)    relates to common property

[ ]    (b)    involves common issues of fact

[ ]    (c)    grows out of the same event or transaction

[ ]    (d)    involves the validity or infringement of the same patent

[ ]    (e)    is filed by the same pro se litigant

2.    **RELATIONSHIP OF NEW CASE TO DISMISSED RELATED CASE(ES)**

A new case is deemed related to a case dismissed, with or without prejudice, in this or any other U.S. Court, if the new case involves the <u>same</u> parties and <u>same</u> subject matter.

Check box if new case is related to a dismissed case:  [ X]

3.    NAME THE UNITED STATES COURT IN WHICH THE RELATED CASE IS FILED (IF OTHER THAN THIS COURT):

_____

4.    CAPTION AND CASE NUMBER OF RELATED CASE(E·S).  IF MORE ROOM IS NEED PLEASE USE OTHER SIDE.

John St Clair Akwri _____ v. N.S.A. Nat. Sec. Agency C.A. No. 92-0449

February 8, 2007 _____    Plaintiff.    John E Moore

CLERK'S OFFICE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Rev. 4/96

NOTICE OF DESIGNATION OF RELATED CIVIL CASES PENDING
IN THIS OR ANY OTHER UNITED STATES COURT

Civil Action No. 07-0107
(To be supplied by the Clerk)

**NOTICE TO PARTIES:**

Pursuant to Rule 405(b)(2), you are required to prepare and submit this form at the time of filing any civil action which is related to any pending cases or which involves the same parties and relates to the same subject matter of any dismissed related cases. This form must be prepared in sufficient quantity to provide one copy for the Clerk's records, one copy for the Judge to whom the cases is assigned and one copy for each defendant, so that you must prepare 3 copies for a one defendant case, 4 copies for a two defendant case, etc.

**NOTICE TO DEFENDANT:**

Rule 405(b)(2) of this Court requires that you serve upon the plaintiff and file with your first responsive pleading or motion any objection you have to the related case designation.

**NOTICE TO ALL COUNSEL**

Rule 405(b)(3) of this Court requires that as soon as an attorney for a party becomes aware of the existence of a related case or cases, such attorney shall immediately notify, in writing, the Judges on whose calendars the cases appear and shall serve such notice on counsel for all other parties.

_____

The plaintiff, defendant or counsel must complete the following:

I.    **RELATIONSHIP OF NEW CASE TO PENDING RELATED CASE(S).**

A new case is deemed related to a case pending in this or another U.S. Court if the new case: [Check appropriate box(es) below.]

[ ]    (a)    relates to common property

[ ]    (b)    involves common issues of fact

[ ]    (c)    grows out of the same event or transaction

[ ]    (d)    involves the validity or infringement of the same patent

[ ]    (e)    is filed by the same pro se litigant

2.    **RELATIONSHIP OF NEW CASE TO DISMISSED RELATED CASE(ES)**

A new case is deemed related to a case dismissed, with or without prejudice, in this or any other U.S. Court, if the new case involves the <u>same</u> parties and <u>same</u> subject matter.

Check box if new case is related to a dismissed case: [ X]

3.    NAME THE UNITED STATES COURT IN WHICH THE RELATED CASE IS FILED (IF OTHER THAN THIS COURT):

_____

4.    CAPTION AND CASE NUMBER OF RELATED CASE(ES). IF MORE ROOM IS NEED PLEASE USE OTHER SIDE.

John St Clair Akwei _____ v. N.S.A. Nat. Sec. Agency  C.A. No. 92-0449

February 8, 2007 _____ Plaintiff. _John E Moore_

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

JOHN E. MOORE,                          )
                                        )
                 Plaintiff,             )
                                        )
v.                                      )        CA. 1:07-cv-00107-(RMC)
                                        )
                                        )
GEORGE W. BUSH, ET AL.,                 )
                                        )
                 Defendants.            )
                                        )
_____ )

**FEDERAL PLAINTIFF NOTICE TO THE COURT
REGUARDING SERVICE OF PROCESS**

Enclosed you will find copies of:

(a) Summons issued to U.S. Department of Justice, issued by D.C. District Court,

District of Columbia. February 16, 2007. Summons Server, Same Day Process Server,

Serviced April 5, 2007.

(b) Summons issued to U.S. Attorney General of the United States of America,

issued by D.C. District Court, District of Columbia, February 16, 2007. Service by Fedex

tracking no. 8583 426 1801. Delivery date February 23, 2007

(c) Nineteen page Document, titled Complaint in a Civil Action No. 07-cv-0107 (RMC).

(d) 1 ea CO-932 reference to CA. No.92-cv-0449, Plaintiff: John St. Clair Akwri.

(e) 1 ea CO-932 reference to CA. No.03-cv-1499, Plaintiff: John E. Moore.

(f) Copy of Defendants Complaint titled: Federal Defendants Notice to The Courts

Regarding Service of Process.

## CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of June, 2007, a copy of the foregoing Plaintiffs'

Notice to the Court Regarding Service of Process was delivered via FEDEX delivery,

prepaid to:

> Michelle N. Johnson
> D.C. BAR # 491910
> Assistant United States Attorney
> 555 4[th] St., N.W. Room E4212
> Washington, D.C. 20530
> 202-514-7139

> John E. Moore Pro se
> 9 Pleasant View Circle
> Daytona Beach, Florida.
> 32118-5511
> (386) 761-8193