UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JOHN E. MOORE,                )
                              )
            Plaintiff,        )
                              )
v.                            )   CA. 1:07-cv-0107-(RMC)
                              )
                              )
GEORGE W. BUSH, ET AL.,       )
                              )
            Defendants,       )
                              )
_____)

PLAINTIFF NOTICE AS FRIEND OF THE COURT FOR INVESTIGATION
BY U.S. D.O.J. O.I.G. INVESTIGATION DIVISION

This request is in reference to allegations that are unfounded, and unsubstantiated claims of failure to accomplish Federal Rules of Civil Procedure 4(i)(1).

(A) Delivery of copy of Summons and Complaint to U.S. Department of Justice; Motion of appointment of Counsel, which is written on affidavit of Process Server by Same Day Process Service. This Document should have and could have been forwarded to its proper destination, if the act of foresight was initiated. What was the final decision on the delivery by U.S. Department of Justice Personnel on the delivery of this legal document.

(B) Delivery of copy of Summons and Complaint were served via FEDEX

**RECEIVED**

JUL 2  2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# 8583 4226 1801, Dated: February 23, 2007. To U.S. Attorney General of the United States of America.

As I have stated in my afore mentioned complaint, I am requesting an investigation into the handling of these two documents and their final destination/arrival.

Copies of said documents will be forwarded to U.S. Department of Justice, Office of the Inspector General, Investigations Division.

Copies of afore mentioned documents were previously furnished to Counsel for Defendants. Via FEDEX # 8605 8788 8091 Dated June 25, 2007.

## CERTIFICATE OF SERVICE

I Hereby certify that on this 28th day of June, 2007, a copy of the foregoing Plaintiffs Notice to the Court regarding: Notice As a Friend of the Court for Investigation by U.S. Department of Justice, Office of Inspector General, Investigation Division. Also copies of documents in reference to Department of Justice Complaint. Service of Process was delivered via FEDEX delivery, Prepaid to:

> Civil Rights & Civil Liberties Complaints
> Office of the Inspector General
> U.S. Department of Justice
> 950 Pennsylvania Avenue, N.W.
> Room 4706
> Washington, D.C. 20530

> John E. Moore Pro se
> 9 Pleasant View Circle
> Daytona Beach, Florida
> 32118-5511
> (386) 761-8193

*John E Moore* (signature)

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of June, 2007, a copy of the forgoing Plaintiffs Notice to the Court regarding: Notice As a Friend of the Court for Investigation by U.S. Department of Justice, Office of the Inspector General, Investigation Division. Service of Process was delivered via Certified Mail delivery.

Prepaid to:

>Michelle N. Johnson
>D.C. BAR #491910
>Assistant United States Attorney
>555 4th St., N.W. Room E4212
>Washington, D.C. 20530
>202-514-7139

>>John E. Moore Pro se
>>9 Pleasant View Circle
>>Daytona Beach, Florida
>>32118-5511
>>(386) 761-8193

*John E Moore* (signature)