THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN E. MOORE ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Case No 1:07-CV-00107(RMC) |
| ) | |
| GEORGE W. BUSH ) | |
| ) | |
| Defendant ) | |
| ) | |

**PLAINTIFF JOHN E. MOORE <u>MOTION FOR ENTRY OF DEFAULT</u>**

Plaintiff moves pursuant to Federal Rules of Civil Procedure, Rule 12, Fed.R.Civ. P., Pursurant to Rule 55(a), Fed.R.Civ.P., a request to Clerk for entry of Default on the part of Dependable Civil Process. Failure to respond to service in a timely manner.

Pursuant to Rule 55(b), Fed R.Civ.P., Plaintiff applies for a judgment in said pleading.

Request named Defendant, fulfill request for Relief by providing detailed answers to Complaint served upon Defendant, as to page 14 and page 15 para. 50. Also page 18 para.70.

Included are copies of Complaint pages effecting request. Also copy of Affidavit of Service to Defendant.

**Respectfully Submitted,**

_John E. Moore_
John E. Moore Pro Se
9 Pleasant View Cir.
Daytona Beach, FL.
32118-5511
August 14, 2007
386-761-8193

RECEIVED
AUG 1 6 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
### District of District of Columbia

Case Number: 1:07-CV-00107-RMC

Plaintiff:
**John E. Moore**

vs.

Defendant:
**George W. Bush, et al.**

For:
John E. Moore
9 Pleasant View Circle
Daytona Beach, FL  32118

Received by Executive Southern Professional Svcs Inc on the 18th day of April, 2007 at 11:28 am to be served on **SKIP SHEFFIELD, Dependable Civil Process, 1035 Calle Grande, Ormond Beach, FL  32174**.

I, Albert R. Metcalf, being duly sworn, depose and say that on the **30th day of April, 2007** at **7:00 pm**, I:

**Individually Served** the within named person with a true copy of this **Summons in a Civil Case, Complaint** with the date and hour endorsed thereon by me, pursuant to State Statutes.

**Military Status:** Based upon inquiry of party served, defendant is not in the military service of the United States.

I certify that I am over the age of 18 and I have no interest in the above action.

Subscribed and Sworn to before me on the 2nd day of May, 2007 by the affiant who is personally known to me.

NOTARY PUBLIC

Albert R. Metcalf
Process Server

Executive Southern Professional Svcs Inc
1042 N. U.S.1
Suite 1
Ormond Beach, FL  32174
(386) 672-1420
Our Job Serial Number: 2007001512

Kevin Whitton
Commission # DD540077
Expires April 12, 2010
Bonded Troy Fain - Insurance Inc 800-385-7019

Copyright © 1992-2005 Database Services, Inc. - Process Server's Toolbox V5.5q

Defendant: American Civil Liberties Union

49. Reference to A.C.L.U. Volusia/Flagler Chapter. On November 19, 2005, I met with Mr. George Griffin, President of the Chapter. I discussed with him the two reports that I presented to him. I asked if he would look the documents over and discuss them with me at a later date. (Pro Se Litigation Guide Line and Brain Wave Technology, Independent Report.) On December 6, 2005, left voice mail, please call me in reference to documents that you posses belonging to me. also on December 9, 2005, same request with same results. No response. A written request by U.S. Mail was sent on December 15, 2005. It was returned to my address on December 28, 2005, un-opened and no explanation for return. On September 26, 2006, brought letter to Main Post Office, Daytona Beach Clerk at counter indicated to me that the markings on envelope are not familiar. Letter was cc to American Civil Liberties Union, Office of the President, New York, NY. (no response)

Defendant: Dependable Service Civil Process Server

50. This is in reference to CA 6:03-cv-1499-Orl-28-Dab. And the contracting of Dependable Civil Process Server. (DCP) On March 8, 2004, DCP accepted a contract to serve summons to:

D.O.J. Mr. Rick L. Jancha U.S. Attorney. Served on May 18, 2004. total 72 days.

U.P.S. Inspection Svc. E. R. Moffit. Served on May 18, 2004. total 72 days.

D.O.J. O.I.G. Mr. Donald Walker. Served on June 7, 2004. total 92 days.

D.O.J. CO-Director Info & Privacy. R.L.Huff. Served on June 6, 2004. total 89 days.

F.B.I. Daytona Beach, Fl. Agent C. Bonner. Served on May 14, 2004. total 68 days.

14

F.B.I. Boston, MA. un-known agent. F.O.I.A. Served on May 21, 2004. total 75 days. Delivery of documents to DCP office. I was greeted by, one Florida Sheriff Association cruiser at front of office, one Sheriff at corner of street, also a United Security vehicle at the same corner.

## CAUSE OF ACTION

### First Cause of Action (Privacy Act/Freedom of Information Act)

51. Plaintiff John E. Moore repeats and re-alleges the allegations contained in paragraph 21. Also under authorization from President George W. Bush, has engaged in a systematic program of warrantless evesdroping upon email and communication and Brainwave Technology using audio video decoding EMF waves through a network (DOMINT) and the ultimate surveillance system, (RNM) and is part of the NSA Signet System.

52. Plaintiff John E. Moore incorporates by reference and every allegation contained in the preceding paragraph as if set forth fully herein.

### Second Cause of Action (Arising Out of Felony Cover-ups)

53. Plaintiff John E. Moore repeats and re-alleges the allegations contained in paragraphs 22 thru. 27, inclusive.

I am seeking a court order requiring Senator Bill Nelson to perform mandatory Duty, and to hault the obstruction of justice conduct. Title 42 U.S.C. 1986.

54. I am requesting that Senator Bill Nelson call for a release of Brainwave Technology information held by the NSA, and make available to the Health and Medical Community.

55. I am requesting that Senator Bill Nelson put before the Senate Judiciary

15

70. I am requesting more information on this subject matter, as to the reason for such a delay in the service of the subject summons. Were you contacted by a government law agency?

## PRAYER FOR RELIEF

Wherefore, Plaintiff John E. Moore request that the Court award him the following relief:

(a) Declare that the Defendants: George W Bush, President of the United States, Senator Bill Nelson, N.S.A; D.O.J; F.B.I and V.C.S; program of warrant-less surveillance is unlawful, and enjoin any further such warrant-less surveillance.

(b) Order that the Defendants N.S.A; F.B.I. and V.C.S. disclose to the Plaintiff all unlawful surveillance of plaintiffs' communications carried out pursuant to the program.

(c) Order that all Defendants turn over to Plaintiff all information and records in their possession related to Plaintiff that were acquired through the w    -less surveillance program, or were the fruit of surveillance under the program, and subsequently destroy any such information and records in defendan     ion.

(d) order that Defendants S.P.L.L; A.C.L.U; and D.C.P; turn over all information and records pertaining to Plaintiff, also any information or records pertaining to Defendants listed in subparagraph. (a)

(e) Award costs, including an award of Attorneys fees under the Equal Access to Justice Act, 28 U.S.C. 2412(d)(1)(A);

(f) Award such other relief as the Court deem just and proper.