UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN E. MOORE, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>)<br>GEORGE W. BUSH, ET AL., )<br>)<br>Defendants, )<br>) | CA. 1:07-cv-0107-(RMC) |

PLAINTIFF NOTICE AS FRIEND OF THE COURT FOR INVESTIGATION
BY U.S. D.O.J. O.I.G. INVESTIGATION DIVISION **(RESUBMITTAL)**

This request is being resubmitted due to not being able to locate previously submitted request dated June 28, 2007. Fedex # 8605 8788 8460. Resubmitting of this document, suggested by D.O.J. I.G. Office; Mr. Bill Lumberk Investigation Department.

This request is in reference to allegations that are unfounded, and unsubstantiated claims of failure to accomplish Federal Rules of Civil Procedure 4(i)(1).

(A) Delivery of copy of Summons and Complaint to U.S. Department of Justice; Motion of appointment of Counsel, which is written on affidavit of Process Server by Same Day Process Service. This Document should have and could have been forwarded to its proper destination, if the act of foresight was initiated. What was the final decision on the delivery by U.S. Department of Justice Personnel on the delivery of this legal document.

RECEIVED
AUG 2 0 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

(B) Delivery of copy of Summons and Complaint were served via FEDEX # 8583 4226 1801, Dated: February 23, 2007. To U.S. Attorney General of the United States of America.

As I have stated in my afore mentioned complaint, I am requesting an investigation into the handling of these two documents and their final destination/arrival.

Copies of said documents will be forwarded to U.S. Department of Justice, Office of the Inspector General, Investigations Division.

Copies of afore mentioned documents were previously furnished to Counsel for Defendants. Via FEDEX # 8605 8788 8091 Dated June 25, 2007.

## CERTIFICATE OF SERVICE

I Hereby certify that on this 17th day of August, 2007, a copy of the foregoing Plaintiffs Notice to the Court regarding: Notice As a Friend of the Court for Investigation by U.S. Department of Justice, Office of Inspector General, Investigation Division. Also copies of documents in reference to Department of Justice Complaint.

Service of process was delivered via FEDEX delivery, Prepaid to:

>Civil Rights & Civil Liberties Complaints
>Office of the Inspector General
>U.S. Department of Justice
>1425 New York Avenue N.W.
>Washington, D.C. 20530

>>John E. Moore Pro se
>>9 Pleasant View Circle
>>Daytona Beach, Florida
>>32118-5511
>>(386) 761-8193

>>_____

## CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of August, 2007, a copy of the forgoing Plaintiffs Notice to the Court regarding: Notice As a Friend of the Court for Investigation by U.S. Department of Justice, Office of the Inspector General, Investigation Division. (Resubmitted) Process was delivered via Certified Mail Delivery.

Prepaid to:

Michelle N. Johnson
D.C. BAR #491910
Assistant United States Attorney
555 4th St., N.W. Room E4212
Washington, D.C. 20530
202-514-7139

John E. Moore Pro se
9 Pleasant View Circle
Daytona Beach, Florida
32118-5511
(386) 761-8193

_____