# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

JOHN E. MOORE,            )
                        )
        Plaintiff,       )
                        )
v.                      )   CA. 1:07-cv-0107-(RMC)
                        )
                        )
GEORGE W. BUSH, ET AL.,    )
                        )
        Defendant     )
                        )
_____)

*[handwritten: Leave to file / Rosemary M Colly / 11/20/07]*

## PLAINTIFF JOHN E. MOORE " MOTION REQUEST FOR INJUNCTIVE RELIEF"

This request is in reference to CIVIL RULES **LCvR 65.1(c)** of the UNITED STATES

DISTRICT COURT for the DISTRICT of COLUMBIA. For reasons and explanations

presented in my forthcoming statements

# RECEIVED

NOV 9 − 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## POINTS AND AUTHORITIES

This application for **Preliminary Injunctive Relief** is being requested by Plaintiff John E Moore for relief from what I label as harassment from Defendants listed: National Security Agency (NSA), Federal Bureau of Investigation (FBI) represented by COUNSEL for the afore named Defendants, Michelle N. Johnson, United States Attorney's Office. Volusia County Sheriff Department represented by COUNSEL for the afore named Defendant, Joseph Edward Hartmen. I have excluded the other named Defendants in said case, knowing that the above named agencies have the resources to commit this type of intrusion.

## BACKGROUND (Bkground)

Due to the inappropriate interference by a selective few of the previously named Defendants, I find it very inconvenient and next to impossible to prepare a proper and informative claim for relief. Included is my Documented Motion of material facts which will be accompanied by a separate concise statement of genuine issues setting forth a total listing of all material and personal facts necessary to be litigated as to LCvR 65. (c)

1.(a) Control of communication, such as web. Communication and e-mail.
   (b) Telephone-in call and out call.
   (c) Vehicle and property, deliberate damage to:
   (d) Brainwave Technology Torture.
   (e) Heat/Air home system, one year old at time of incidence.
   (f) Unknown photo. Was not photographed by yours truly. (do not own this type of unit)
   (g) Unknown photos.
   (h) TV System Problems

2. Documentation of proof of listed articles and systems compromised. Page i and ii are an itemize listing of photos and of compromised items.

2

(a) Photo page 2,3,4,5,6,7-019,020. Photo page 8-022,024. Photo page 9,10,11-032,033. Photo page 13-038. Page 00061 thru. 00067.
(b) Page 00047 thru. 00049(a). Page 00068(a) thru. 00074.
(c) Page 00053(a),(b) 00054 thru. 00057, 00060. Page 00058 and 00059 Documented Sheriff.
(cc) Photo page 12-034,035,036. Photo page13-037
(d) Page 00053 Brainwave Torture by type number.
(dd) Page 00051 00053 Type Four Torture. Like Anesthesia Awareness.
(e) Photo page 1-001,002,003. see notes page i.
(f) Photo page 7-021. Unknown.
(g) Photo page 11-031.In bedroom ceiling. Photo page 13-039. Above kitchen door.
(h) Page 00050. Television system compromise.

## STATEMENT OF MATERIAL FACTS (StmFacts)

**1.**    (Bkground)¶ 2(a). Documentation of Harassment of Personal Computer (PC).

As presented in listed photographs. P.C. control is lost at all function levels of operation.

printer accessibility is nonexistent, shut down capability, not operational, must use power

off button, only possible way for turn off. Photo presentation is the only way to produce

and record evidence. Note: P.C. control, not only takes place in web mode of operation

but in local operation. Cannot print photographs from digital camera.

A. In the following text I am presenting sections of the Online Personal Privacy

Act of 2002, also HR 4678, Page 00061, that I feel my Rights were infringed upon.

SECTION 101-Collection, use or disclosure of personal identifiable information (pii).

SECTION 102-Notice and Consent requirements.

SECTION 103-Policy changes; Breach of Privacy.

SECTION 104-Exceptions; Disclosure for Law Enforcement or National Security

SECTION 106-Security.

SECTION 203-Action

SECTION 206-No Effect on other remedies.

SECTION 302-Application to Federal Agencies.

    B. Cyber Security Enhancement Bill. 1030 (a)(2); (RICO) statute. Pg. 00066

    C. The Privacy Protection Act. ("PPA"), 42 U.S.C. 2000aa. Pg. 00067.

**2.** (Bkground)¶ 2(b). Documentation of telephone calls as presented on pages 00047 thru. 00049, also updated list. 00049(a). This type of Harassment is indicative of a planed "setup" of caller ID, and speaking to a person that is not dialed but answered to that individual.

    A. Communication Act of 1934, amended, S704 (Sen. Nelson). Pg. 00068.

    Manipulation of "Caller Identification Information."

    B. Truth in caller ID Act of 2007. (HR. 251) Pg. 00069.

    C. Unwarranted Intrusion. Docket 60-756. Appellate Court. Pg. 00070.

**3.** (Bkground)¶ 2(c), 2(c)(c).

    A. (c) Billing receipts for damages to my wife's car over one year and a half.

    Note: Only used for local errands, Still has show room appearance.

    Model, KIA; total incidence nine. Total monetary damage to vehicle $4,109.04.

    B. (c)(c) Photographs of flat tires. Four each, all in drive way,

    Two which were screws in side of tire.

**4.** (Bkground)¶ 2(d), 2(d)(d).

    A. (d) Brainwave Torture Types by Number. Various time frame, day or night, mostly middle of the night.

4

B. (d)(d) Brainwave Torture Type 4. Wake up for this type of torture 1:00 AM to 5:00 AM, usual time frame. Usual time frame they conduct any of the eight types of torture that I have experienced as listed, or any combination of. And as this document describes, I am mentally alert but paralyzed, unable to speak or move to get out of bed. As I lay in bed helpless to communicate, then or later on this subject.

5. (Bkground) ¶2(e).

Documentation of harassment of heat/air home system in our home. Digital Thermostat can be programmed at the command of the operative. Met with Technician from company. No problems were found with equipment. No malfunctions were experienced after meeting. Photographs are true images of data as it took place at the time. Note: Lower left reading (set time) 6:oo am day operation, temperature for day operation set at 77 degrees, top right. Top left indicates present room temperature. Example: Photo. Pg. 1, photo. 002, Request for 85 degrees room temperature was not done locally, at our home.

6. (Bkground)¶ 2(f).

Documentation of Photo. Pg. 7-021. Unknown identifiable photograph. This photo; found on my digital camera was not taken by me. I have never seen this article, nor is it identifiable by me.

7. (Bkground)¶ 2(g).

Documentation of unknown devices attached to our bedroom ceiling and above our kitchen door. The latter two are inserted into the door frame. The physical dimensions are approximately .25 inch diameter x .125 inch thickness. The first pair are located external of the ceiling.

**8.** (Bkground) ¶2 (h).

Documentation of television home system installed by Direct TV, also list of remote replacement and the listed of time frame when items were compromised. Could not perform any normal commands to television unit. (batteries normal)

## ARGUMENT

When preparing case documents using Law Libraries such as Cornell Law Library Thomas (Library), Tech Journal, Law Journal or U.S. Courts. gov as examples to gather information pertaining to this case I am immediately interrupted as per photos presented and described in detail, 1¶ (StmtFacts). Also what Laws are in effect or are in the process of becoming Law. The photos. which I had previously presented and offered as evidence is just a portion of the harassment and evidence that has taken place and perpetrated by these named agencies. These intrusions alone have compromised my first and fourth amendment rights. As noted (A) The on Line Privacy Act of 2000, I believe the named Defendants have complete control of my personal and (none) private computer. (B) This Bill infuses citizen protection agencies and Government law agencies from over zealous intrusion. (C) I don't believe that their was an approval of the U.S. Justice department for these intrusions to our privacy and home. ("PPI"), 42 U.S.C. 2000aa.

As introduced as Caller ID Manipulation, such as Direct TV presentation on video television screen, when a phone call is received, it is presented on our screen with the caller ID presented. Some instances it is shown and other time it is not. I was told by Direct TV that the on/off control of presentation of Caller ID is controlled at the home site. Which can be access from the menu index, for turn on/off caller ID presentation.

2 ¶ (StmFacts), (A) Is exactly what I previously provide as an example of, which the Law was infringed upon, which Senator B. Nelson Introduced (S.704). (B) Pages 00047 thru. 00050(a) are a prime reason for the Senate to adopt HR 251, HR 5126. Page 00050(a) is an updated list of non-identifiable phone calls to our home. Another example of unlawful intrusion or spoofing is my "FAX" line, which I am receiving voice calls on my home phone line on fax number. Each line is a dedicated voice or data (fax) line, and cannot receive both. The fax line is a two ring (short) space ring and normal time spacing between sequences, also fax number is a different number than phone voice number. (C) This is another example of what I feel I am a victim of intrusion through improper means. I present this example case to impress upon this Court that the Injustice that has taken place in this day and time. As Noted, 2 ¶(StmFacts), This is pure evidence of what can transpire when Law Enforcement and Homeland Security become partners in what I call " White Collar Hate Crime."

3 ¶ (StmFacts), 2(c),  2(c)(c) are self explanatory as the name given in my previous descriptive statement by name.

4 ¶ (StmFacts), Is one of the most compelling reasons for this complaint. A. is a detail description of the types of torture I have experienced as of now. I decided to break them down into types for classification and identification.

I plan on covering this topic in more detail in my SPICIFIC POINTS OF LAW AND
AUTHORITY v. National Security Agency. B This is one of the cruelest forms of torture
that can be intrude upon a fellow man and the medical description and example are true to
form.

5 ¶ (StmFacts), Many times in the early hours my wife or I would awake up to above
normal temperature and would have to reset temperature set back to original setting. This
type of incident also took place with our electric oven. Quite frequently when our oven was
used to bake, the food would be over baked or almost burnt. We put an external thermostat
in the oven and after we found both were in unison .

6 ¶ (StmFacts), I presume this photograph represents bragging rights to their prowess
of control to the privacy of my wife and  my  home.

7 ¶ (StmFacts), I believe as previously stated, that the probability of these articles are
a type of amplifier used in the micro watt range. If not, just a plant. This is corroborative
evidence in any event. It was put their for a reason.

8 ¶ (StmFacts), This is another example of the compromise of home personal electronics
and harassment.

## CONCLUSION

**1.** It is beyond comprehension that the pain that can be inflicted on innocent citizens of
America and what I call "White Collar Crime" inspired by hate. This is but a small part
of my presentation in this STATEMENT OF POINTS AND AUTHORITIES.

**2.** A response is forth coming to my OPPOSING POINTS AND AUTHORITIES to:

U.S. DEPARTMENT of JUSTICE. Reference:

> GEORGE W. BUSH, President of the United States, et al.
> BILL NELSON, United States Senator.

I will also respond to OPPOSING POINTS AND AUTHORITIES to:

U.S. DEPARTMENT of JUSTICE. Reference:

> FEDERAL BUREAU of INVESTIGATION,
> NATIONAL SECURITY AGENCY, when served.

**3.** As I prepare to submit this motion request for Injunctive Relief to this Court and to cease and desist from this form of harassment in the privacy of my own home and private property by the named Federal Defendants also Volusia County Sheriff Department.

**4.** Award such other relief as the Court deem just and proper.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this _7th_ day of November, 2007.

Respectfully submitted,

John E Moore

John E Moore ProSe
9 Pleasant View Circle
Daytona Beach, FL.
32118-5511
(386-761-8193)

CERTIFICATE OF SERVICE

I hereby certify that on this _____ day of November, 2007, a copy of the foregoing

Plaintiffs' Notice to the Court regarding:" PLAINTIFF MOTION REQUEST FOR

INJUNCTIVE RELIEF" was delivered via first class-mail, postage prepaid to:

> MICHELLE N. JOHNSON,
> D.C. BAR # 491910
> Assistant United States Attorney
> 555 4th St., N.W. Room E4212
> Washington, D.C. 20530
> (202-514-7139)
>
>  COUNSEL FOR DEFENDANTS

/s/ John E. Moore ProSe

_____

9 Pleasant View Circle
Daytona Beach, FL.
32118-5511
(386-761-8193)

I hereby certify that on this _____ day of November, 2007, a copy of the foregoing

Plaintiffs' Notice to the Court regarding:" PLAINTIFF MOTION REQUEST FOR

INJUNCTIVE RELIEF" was delivered via first class mail, postage pre-paid to:

        Joseph E. Hartman
        D.C. Bar No. 467054
        FULBRIGHT & JAWORSKI L.L.P.
        801 Pennsylvania Avenue, N.W.
        Washington, D.C.
        20004-2623
        (202-662-4643)

        ATTORNEY FOR DEFENDANT
        VOLUSIA COUNTY SHERIFF'S
        DEPARTMENT

                        /s/ John E. Moore ProSe

                        _____

                        9 Pleasant View Circle
                        Daytona Beach, FL.
                        32118-5511
                        (386-761-8193)

# Phone call Harassment

```
03-31-05...unknown        6:54pm
03-31-05...unknown        7:26pm
03-31-05...toll free      7:59pm...800-299-1740
04-04-05...unknown        7:51pm
04-04-05...toll free      10:01am
04-04-05...unknown        12:54pm...
04-05-05...unknown        2:27pm...
04-05-05...toll free      10:30am...800-841-5927
04-05-05...toll free      3:26pm...800-841-5927
04-05-05...unknown        4:36pm...800-841-5927
04-06-05...unknown        10:12am...877-123-4567
04-06-05...wireless       10:35am.........451-9847
04-08-05...Harry Selena...6:13pm.........252-5305
04-08-05... toll free     2:07pm   954-392-9960
04-28-05...toll free      8:20pm...866-518-2622
04-29-05...R. James       10:06am...      238-1328
04-29-05...                11:01am         304-3965
05-02-05...                11:43am         451-6401
05-13-05...D. Thorpe       8:36pm          760-2075
05-13-05...DIR. MORT.      12:09pm...321-308-5249
05-25-05...D. Thorpe       10:26pm         760-2075
05-25-05...D. Thorpe       10:27pm         760-2075
05-30-05...Virgi Lafayette 8:57pm.........788-1972
06-01-05...wireless.........7:39pm.........451-2892
06-08-05...D. Thorpe.......6:24pm.........260-2075
06-15-05...Virgi Lafayette 7:19pm.........788-1972
06-17-05...unknown caller 3:47pm.........506-8538
06-17-05...Virgi Lafayette 8:35pm.........506-8538
06-17-05...Virgi Lafayette 8:36pm.........506-8538
06-21-05...Arron Kilman 12:30pm.........322-7426
06-21-05...Ely T. Drysten  7:41pm.....407-830-9448
06-21-05...wireless.........7:16pm.........679-1289
06-22-05...Ely T. Drysten 10:18pm....407-830-1289
06-22-05....................10:59am.........299-7742
06-25-05...Ely T. Drysten ..2:47pm.....407-830-1289
06-25-05...Pittsburgh, PA.  1:28pm... 412-381-1218
06-27-05...Clearwater, FL.11:49am...727-593-2793
```

07-01-05...Pittsburgh, PA.10:13am....412-381-1218
07-01-05...Pittsburgh, PA.10:30am... 412-381-1218
07-04-05...Ely T. Drysten  6:51pm...407-830-9448
07-06-05...toll free...........9:47am... 877-889-7880
07-06-05...Roselle, IL.      9:58am....947-605-3000
07-06-05...unknown caller10:14am...
07-06-05...Pittsburgh, PA.11:22am... 412-381-1218
07-06-05...unknown caller12:32pm...
07-06-05...toll free...........5:49pm....877-889-7880
07-16-05...wireless caller..            451-9847
07-18-05...wireless caller...3:59pm.........451-9847
07-19-05...Toledo, OH...... .8:29pm....419-473-1091
07-19-05...Pittsburgh, PA. .8:29pm....412-381-1218
07-21-05...toll free.........11:51am.....800-933-0841
07-22-05...unknown name10-16am....904-425-1311
07-22-05...Athens, GA..... 6:27pm...706-255-0688
07-23-05...Pittsburgh, PA.12:23pm...412-381-1218
07-23-05...unknown......... .1:28pm...
07-24-05...Pittsburgh. PA...6:24pm...412-381-1218
07-24-05...Pittsburgh. PA...6:50pm...412-381-1218
07-25-05...unknown caller11:55am
07-25-05...Pittsburgh, PA.  6:47pm...412-381-1218
07-25-05...Pittsburgh, PA...7:31pm...412-381-1218
07-26-05...Crocket Christ...8:18pm.........574-9235
07-27-05...Shaw,Joy&Mike8:23pm.........258-9495
07-28-05...Kelly Roofing...5:54pm.........
07-29-05...toll free...........10:21am...888-416-4173
07-29-05...toll free........... 1:12pm...888-416-4173
07-29-05...toll free........... 7:29pm...888-416-4173
07-29-05...FL.PBA.........11:09am...
08-04-05...toll free...........2:00pm...
08-09-05...unknown..........11:28pm...800-758-8591
08-11-05...unknown......... 8:49pm...800-758-8591
08-17-05...FL.PBA...........8:40am...904-743-6840
08-16-05...H. Barth..........12:01pm.........304-1680
08-14-05...M.Crueger........9:58pm.........760-7396
08-29-05...Amelia Garst.....7:11pm.........255-7438
08-18-05...D. Dessoya......12:04pm.........788-5862
08-17-05...D. Dessoya........6:23pm.........788-5862
08-30-05...D. Dessoya........8:24pm.........788-5862
08-01-05...unknown caller...1:36pm...
08-04-05...unknown caller..10:51am...
09-04-05...Carmen&Costa...6:59pm.........441-0188
09-08-05...unknown name...6:09pm....000-000-0000

```
10-01-05…unknown name….11:05am…000-000-0000
10-04-05…FL.PBA…………12:40pm…904-743-0374
10-05-05…unknown name….11:05am…000-000-0000
10-05-05…unknown name….11:44am…000-000-0000
10-06-05…wireless caller……2:22pm………451-9847
10-06-05…unknown caller….12:30pm…000-000-0000
10-07-05…unknown caller….11:44am…000-000-0000
10-10-05…unknown caller……9:05am…000-000-0000
10-11-05…unknown caller……4:01pm…000-000-0000
10-13-05…toll free………….10:42am…866-870-7734
10-13-05…toll free………….4:16pm…800-758-8591
10-13-05…toll free………….4:26pm…800-758-8591
10-13-05…toll free………….8:44pm…800-933-0841
10-17-05…toll free………….2:11am…888-416-4173
10-17-05…Cornelia Cortez …..7:19pm………788-3957
10-18-05…Cedar Rapids, IA.  8:49am…319-447-5488
11-21-06…E. Drysten          6:24pm…407-830-9448 "my computer is broken" msg.
                              At the time, I was working on my PC ex. disk back-up
```

UPDATED PHONE LOG. As stated, none of these phone numbers are
                   known to my wife or I. Note: from 11-21-06 thru.
                   10-27-07 this harassment continued.

```
10-27-07…toll free………….11:29am…800-429-0899
10-27-07…toll free…………….9:52am…866-431-5121
10-26-07…blocked call………..3:18pm……………….
10-26-07…unknown…………….2:05pm……...868-5188
10-25-07…unknown…………….01:19pm………………
10-25-07…unknown…………….10:09am……………….
10-25-07…toll free……………….8:27am…866-431-5121
10-24-07…toll free……………….4:44pm…866-369-8064
10-24-07…toll free……………….4:08pm…800-956-0076
10-24-07…toll free……………….4:49pm…866-369-8064
10-24-07…toll free……………….4:08pm…800-856-0076
10-24-07…toll free……………….11:39am…888-321-2375
10-24-07…toll free……………….11:29am…800-956-0076
10-24-07…unknown……………….9:51am……………….
10-24-07…pinn. Svc……………….9:35am……………….
10-24-07…unknown……………….9:03am….…..868-5188
10-23-07…voice plus……………….2:05pm…508-715-0966
10-22-07…toll free………………….4:29pm…866-499-2754
10-22-07…unknown……………….8:52pm ………566-1123
10-20-07…So.Amboy.NJ………...…8:49pm….732-316-9086
10-20-07…So.Amboy.NJ…………...8:31pm… 732-316-9086
10-20-70…Islip. NY…………... ..5:40pm…631-277-7025
10-20-70…Islip. NY……...…………1:51pm…631-277-7025
```

10-20-70…toll free………...……….11:51am…866-322-5541
10-19-70…unknown………………8:27pm……………….
10-19-70…toll free…………………..7:41pm…888-717-9689
10-19-70…block call………………...3:01pm……………….
10-19-70…Chester Harris…………..10:19am…322-777-8316
10-19-70…National Service………….9:34am…440-499-0408
10-18-70…toll free……………………9:44pm……..767-3806
10-18-70…toll free……………………8:49pm…800-429-0899
10-16-70…Herndon VA……………….8:25am…703-488-9821
10-16-70…unknown…………………..4:21pm……………….
10-16-70…unknown…………………..9:41am………760-2741
10-15-70…unknown…………………..6:01pm…703-488-9821
10-15-70…toll free……………………2:38pm…866-499-2757
10-12-70…block call………………….4:10pm……………….
10-12-70…unknown…………………..2:56pm……………….
10-11-70…Fred Frede………………...5:52pm……….761-5952
10-11-70…toll free…………………..11:39am…866-369-8064
10-11-70…tol free……...……………10:45am…866-499-2753

Note: Record of phone call data deleted prior to 10-12-70

# COMPROMISE OF TELEVISION SYSTEM

November 30, 2006

First remote casualty.........November 06, 2002.*
Second remote casualty......    "    02, 2003.*
Third remote casualty........August    07, 2003.*
Forth remote casualty........November 21, 2005.*
Fifth remote casualty........ March    27, 2006.*
Sixth remote casualty...... .April    06, 2006.*
Seventh remote casualty.....May    01, 2006.
Eight remote casualty........May    05, 2006.
Ninth remote casualty.......June    13, 2006.*
Tenth remote casualty.......June    16, 2006.*
Eleventh remote casualty...July    08, 2006.
Note: * denotes proof of purchase.

Note: There are two separate TV systems operating in our home.

March 20, 2006. 5:15pm no signal, other tv signal ok.
March 18, 2006 ch. 202,269,356,301 inoperable.
March 20, 2006. no tv reception at rimes listed, other time normal. 6:33am,6:55am,6:56am
        7:07am,7:12am,8:05pm,8:08pm
March 22, 2006. no tv reception at times listed, other times normal. 7:15am to 7:17am,
(ch.2). 8:00pm many ch. denote search for satellite, not possible. This is a go/no go satellite
System. 11:pm all ch. back to normal.
March 23, 2006. 6:56am no ch. 202,2,6 or 9. note on tv screen "replace card, no good"
removed  card and reinserted and system reset. 5:15pm started picture interference signal.
Called Direct TV Co. with complaint. Next day, technician arrived and proceeded to a group
of coaxial connecters. Selected one and informed me that it was the problem one. Out of a
group of eight connectors, without observing the others. He told me he had repaired the
the connecter.
Note: this problem could not have produced the problems that were presented.
March 25, 2006. 6:55am, no signal. 7:40am tv signal ok.
March 26, 2006. 6:40am tv. remote inoperative, at 7:20am normal operation. From that
time forward, system operation was normal.

# COMPROMISE OF ELECTRIC STOVE

December 1, 2006

Compromise of our electric stove oven on April 9, 2006. Other incidence not logged.

Had to purchase oven thermometer, after that, harassment ended. Before oven was as much as 40° to 60° error, based on baking time.

The boiling of water, which normal time was fifteen minutes, took thirty, sometimes forty minutes. Their were half dozen incidence.

❖
❖
❖
❖
❖
❖
❖
❖
❖
❖
❖
❖
❖
❖

# WELCOME TO THE ANESTHESIA AWARENESS WEBSITE!

## From the Anesthesia Awareness President

Anesthesia awareness is the phenomenon of being mentally alert (and terrified) while supposedly under full general anesthesia.  The patient is paralyzed, unable to speak, and totally helpless to communicate his/her awareness.  Actual cutting pain may or may not be present.

Anesthesia awareness continues to be reported between 100-200 times daily in the United States, in addition to an unknown number worldwide.  Researchers believe that anesthesia awareness is under-reported by 50%-100% and occurs between 4-6 times more often in pediatric surgeries.  Until the consistent use of every possible precaution (both human and equipment) to avoid awareness becomes routine, and such precautions are something of which a patient can be absolutely assured, this Campaign will not rest.

There are many thorough, vigilant, and compassionate anesthesia professionals, and for that we should all be grateful!  No one enters the field of medicine to hurt people.  What needs to be changed is the attitude about the possibility of awareness occurring with

http://www.anesthesiaawareness.com/    7/30/200'

any patient, in believing and validating reports of patient awareness, and realizing the necessity for immediate treatment of the terror and mental sequelae of awareness..

Even more unrecognized is the extent and extremity of the devastating sequelae on victims. Post-traumatic Stress Disorder (PTSD) occurs in approximately 50% of awareness victims, and of that 50%, it is suspected that 80% may never get over the trauma. This Campaign wants to see prevention of, and compassionate and effective treament for victims, and to bring about universal *awareness of awareness!*

While I am only a layperson, not a trained medical, mental health or legal professional, through my work with the Anesthesia Awareness Campaign, I think it fair to say that I am considered *the* lay expert in the area of Anesthesia Awareness through personally speaking by phone with over 2900 victims of awareness and (continuing to do so on a daily basis). Prior to this website containing much of the information available from the Anesthesia Awareness Campaign, over 10,000 packets of information were sent out free of charge. I have been privileged to have been interviewed in just about every major media, including television, cable, radio, newspapers, magazines, and professional journals, both in the US and internationally. (See "History of the A/A Campaign.")

In addition to being a media contact, a victim advocate and listener/ advisor, I have been invited to speak to medical professionals both nationally and internationally in annual meetings, Grand Rounds, and civic presentations. The Anesthesia Awareness Campaign holds, unquestionably, the largest database of awareness victims in the world — professional or lay.

Our goal is to be a touchstone of helf and affirmation for victims of anesthesia awareness, a lightening rod into the anesthesia provider community, and a toold of education and empowerment to the public in general -- almost all of whom will have surgery at time or another!

I hope you will check back often to see what new information, publications, links, and pictures have been added. You can still call me at 703-437-7327 and/or e-mail at anesawareness@aol.com.

Carol Weihrer, President and Founder (and webmaster!)

## TYPES BY NUMBER OF BRAINWAVE TORTURE THAT I AM EXPERIENCING

1. Pins and needles to arms and legs, severe pain.

2. Eyes pin pinprick like feeling watering itch type feeling. Ears and nose tickle sensation.

3. Heart beat, skip beat, chest pain and adjusted heart rate.

4. Wake-up torture during the night. (sleep deprivation) body and mind tired. Note:

   See example. Page 00051, 00052.

5. Clicking sensation in head. Adjusting of rate of clicking.

6. Arms and shoulder weak. Trembling feeling.

7. Brain torture. Lots of pain, like head will implode.

8. High pitch tone. Sometimes continuous.

Note: These types of torture are controlled by time, time length, severity of gain induced

   for level of pain.



**DAYTONA KIA**
**AT THE AUTOMALL**

1270 N. Tomoka Farms Road • Daytona Beach, Florida 32124
(386) 481-1200 • Fax (386) 255-0575
www.daytonakia.com

STATE OF FLORIDA REGISTRATION # MV-47223

| CUSTOMER NO. 46130 | ADVISOR BERNARD SANDROWICZ 41288 | TAG NO. 2971 | INVOICE DATE 10/30/07 | INVOICE NO. K1CS112455 |
|---|---|---|---|---|

| JOHN E MOORE | LABOR RATE | LICENSE NO. G09MZN | MILEAGE 84,013 | COLOR | STOCK NO. K23602A |
|---|---|---|---|---|---|

9 PLEASANT VIEW CIR
DAYTONA BEACH, FL 32118-5511

| YEAR / MAKE / MODEL 99/KIA/SPORTAGE/UTILITY | DELIVERY DATE 01/13/04 | DELIVERY MILES 64,644 |
|---|---|---|

| VEHICLE I.D. NO. K N D J B 6 2 3 5 X 5 5 8 9 5 5 3 | SELLING DEALER NO. | PRODUCTION DATE |
|---|---|---|

| F. T. E. NO. | P. O. NO. | R. O. NO. 10/29/07 |
|---|---|---|

| RESIDENCE PHONE 386-761-8193 | BUSINESS PHONE | COMMENTS | MO: 84015 |
|---|---|---|---|

JOB# 1 CHARGES

LABOR
J# 1 05K1Z          BRAKES                    TECH(S):5128          92.88
       CUSTOMER CLIAMS BRAKE LIGHT FLASHES ON OFF ADVISE
       MASTER BRAKE CYLNDER LOW BRAKE FLUID LEFT FRONT BRAKE HOSE
       LEAKING
       DIAGNOSTIC, REPLACED LEFT FRT BRAKE FEED LINE AND BLEED
       BRAKES

PARTS----QTY---FP-NUMBER------------DESCRIPTION----------------UNIT PRICE-
        1    0RF03-23806    RING-O                    10.20        10.20
        1    0K011-43830C   HOSE-FLEXIBLE             55.25        55.25
                                        TOTAL - PARTS        65.45

JOB# 1 TOTALS
                                                    LABOR         92.88
                                                    PARTS         65.45

                JOB# 1 JOURNAL PREFIX K1CS  JOB# 1 TOTAL        158.33

MISC------CODE-------DESCRIPTION----------------------CONTROL NO---------
JOB # A     SS  SUPPLIES/DISPOSAL                                9.29
                                        TOTAL - MISC          9.29

ESTIMATE
CUSTOMER HEREBY ACKNOWLEDGES RECEIVING
        ORIGINAL ESTIMATE OF    $179.00 (+TAX)

TOTALS

THANK YOU FOR CHOOSING DAYTONA KIA              TOTAL LABOR....    92.88
                                                TOTAL PARTS....    65.45
IT'S OUR RESPONSIBILTY TO YOU TO STRIVE FOR     TOTAL SUBLET...     0.00
100% SATISFACTION. TO ENSURE THIS, ANY CONCERN, TOTAL G.O.G....     0.00
NO MATTER HOW SMALL, CALL US.                   TOTAL MISC CHG.     9.29
THANKS AGAIN, BARRY KIRKWOOD SERVICE MANAGER    TOTAL MISC DISC     0.00
**************THANK YOU***************          TOTAL TAX......    10.90

BERNIE SANDROWICZ SERVICE CONSULTANT
CHRIS DAVIS SERVICE CONSULTANT                  **TOTAL INVOICE $    178.52**

DON'T FORGET TO LEAVE US YOUR E-MAIL ADDRESS SO THAT
WE CAN NOTIFY YOU OF SERVICE SPECIALS!

        CUSTOMER SIGNATURE

**SHOP SUPPLIES AND HAZARDOUS WASTE DISPOSAL CHARGES**

This charge represents costs and profits to the motor vehicle repair facility for items such as miscellaneous shop supplies and/or waste disposal. [s. 559.904(4)]

The State of Florida requires a $1.00 fee to be collected for each new tire sold in the state [s. 403.718], and a $1.50 fee to be collected for each new or remanufactured battery sold in the state [s. 403.7185]).

**12 MONTHS/UNLIMITED MILES WARRANTY ON MOPAR PARTS. SEE DEALER FOR DETAILS**

**ALL PARTS NEW UNLESS OTHERWISE INDICATED.**

PAGE 1 OF 1          CUSTOMER COPY          00053(a)    INVOICE  12:13pm



**DAYTON KIA**
**AT THE AUTO MALL**

1270 N. Tomoka Farms Road • Daytona Beach, Florida 32124
(386) 481-1200 • Fax (386) 255-0575
www.daytonakia.com

STATE OF FLORIDA REGISTRATION # MV-47223

| CUSTOMER NO. 46130 | ADVISOR BERNARD SANDROWICZ 41288 | TAG NO. 4183 | INVOICE DATE 11/06/07 | INVOICE NO. K1CS112612 |
|---|---|---|---|---|

JOHN F MOORE
9 PLEASANT VIEW CIR
DAYTONA BEACH, FL 32118-5511

| LABOR RATE | LICENSE NO. GO9MZN | MILEAGE 84,112 | COLOR | STOCK NO. K23602A |
|---|---|---|---|---|

| YEAR / MAKE / MODEL 99/KIA/SPORTAGE/UTILITY | | DELIVERY DATE 01/13/04 | DELIVERY MILES 64,644 |
|---|---|---|---|

| VEHICLE I.D. NO. K N D J B 6 2 3 5 X 5 5 8 9 5 5 3 | SELLING DEALER NO. | PRODUCTION DATE |
|---|---|---|

| F.T.E. NO. | P.O. NO. | R.O. NO. 11/05/07 |
|---|---|---|

| RESIDENCE PHONE 386-761-8193 | BUSINESS PHONE | COMMENTS | MO: 84113 |
|---|---|---|---|

JOB# 1 CHARGES

LABOR
J# 1 05K1Z         BRAKES                    TECH(S):5128                      0.00
CUSTOMER CLAIMS BRAKE WARNING LIGHT ON. SEE HISTORY
FEED LINE HOSE DID NOT SEAT PROPERLY
1
RECLEAN RECIEVING SECTION AND REINSTALLED NEW HOSE
BLEED BRAKE ROAD TEST AND REINSPECT OK, NO FURTHER LEAKS
NO LABOR CHARGE

JOB# 1 TOTALS

                    JOB# 1 JOURNAL PREFIX K1CS   JOB# 1 TOTAL        0.00

JOB# 2 CHARGES

LABOR
J# 2 08K1Z         ELECTRICAL SYSTEMS        TECH(S):5128                     92.88
CUSTOMER CLAIMS LEFT FRT LOCK INOPERTIVE
LATCH FAILURE LEFT FRT ANF LEFT FRT LOCK ACTUATOR ONLY
WORKS NOW WITH KEY TO LOCK AND UNLOCK DOOR
OR MANUALLY PUSH LOCKS DOWN
REPLACED LEFT FRT LATCH

PARTS     QTY   FP-NUMBER         DESCRIPTION        UNIT PRICE
          1     0K01G-59310       LOCK ASSY.F.DOOR        42.90        42.90
                                        TOTAL - PARTS      42.90

JOB# 2 TOTALS
                                        LABOR              92.88
                                        PARTS              42.90

                    JOB# 2 JOURNAL PREFIX K1CS   JOB# 2 TOTAL       135.78

MISC     CODE      DESCRIPTION                 CONTROL NO
JOB # A   SS       SUPPLIES/DISPOSAL                               9.29
                                        TOTAL - MISC        9.29

ESTIMATE
CUSTOMER HEREBY ACKNOWLEDGES RECEIVING
    ORIGINAL ESTIMATE OF   $155.00 (+TAX)

**SHOP SUPPLIES AND HAZARDOUS WASTE DISPOSAL CHARGES**

This charge represents costs and profits to the motor vehicle repair facility for items such as miscellaneous shop supplies and/or waste disposal. [s. 559.904(4)]

The State of Florida requires a $1.00 fee to be collected for each new tire sold in the state [s. 403.718], and a $1.50 fee to be collected for each new or remanufactured battery sold in the state [s. 403.7185]).

**12 MONTHS/UNLIMITED MILES WARRANTY ON MOPAR PARTS. SEE DEALER FOR DETAILS**

**ALL PARTS NEW UNLESS OTHERWISE INDICATED.**

PAID



**DAYTONA**

AT THE

**AUTOMALL**

1270 N. Tomoka Farms Road • Daytona Beach, Florida 32124
(386) 255-0572 • Fax (386) 255-0575
www.daytonakia.com

STATE OF FLORIDA REGISTRATION # MV-47223

| CUSTOMER NO. **46130** | ADVISOR **BERNARD SANDROWICZ 41288** | TAG NO. **2575** | INVOICE DATE **10/03/07** | INVOICE NO. **K1CS111591** |
|---|---|---|---|---|

| **JOHN F MOORE** 9 PLEASANT VIEW CIR DAYTONA BEACH, FL 32118-5511 | LICENSE NO. **G09MZN** | MILEAGE **83,566** | COLOR | STOCK NO. **K23602A** |
|---|---|---|---|---|
| | YEAR / MAKE / MODEL **99/KIA/SPORTAGE/UTILITY** | | DELIVERY DATE **01/13/04** | DELIVERY MILES **64,644** |
| | VEHICLE I.D. NO. **K N D J B 6 2 3 5 X 5 5 8 9 5 5 3** | | SELLING DEALER NO. | PRODUCTION DATE |
| | F.T.E. NO. | P.O. NO. | P.O. DATE **09/26/07** | |

| RESIDENCE PHONE **386-761-8193** | BUSINESS PHONE | COMMENTS | MO: **83566** |
|---|---|---|---|

```
PARTS----QTY--FP-NUMBER----------DESCRIPTION----------UNIT PRICE-
         1    0RF03-23806      RING-O            5.60       5.60
         1    0RF03-23806      RING-O            6.10       6.10
                                        TOTAL - PARTS       11.70

JOB#  3 TOTALS----------------------------------------
                                        LABOR            138.44
                                        PARTS             11.70

             JOB#  3 JOURNAL PREFIX K1CS   JOB#  3 TOTAL   150.14

MISC------CODE-----DESCRIPTION-----------------------CONTROL NO-----
JOB # A        SS  SUPPLIES/DISPOSAL                        33.00
                                        TOTAL - MISC         33.00

ESTIMATE------------------------------------------
CUSTOMER HEREBY ACKNOWLEDGES RECEIVING
          ORIGINAL ESTIMATE OF  $1350.00 (+TAX)
COMMENTS------------------------------------------
POWER STEERING FLUID LEAK

TOTALS--------------------------------------------

THANK YOU FOR CHOOSING DAYTONA KIA

IT'S OUR RESPONSIBILITY TO YOU TO STRIVE FOR
100% SATISFACTION. TO ENSURE THIS, ANY CONCERN,
NO MATTER HOW SMALL, CALL US.
THANKS AGAIN, BARRY KIRKWOOD SERVICE MANAGER
*****************THANK YOU*****************

BERNIE SANDROWICZ SERVICE CONSULTANT
CHRIS DAVIS SERVICE CONSULTANT

DON'T FORGET TO LEAVE US YOUR E-MAIL ADDRESS SO THAT
WE CAN NOTIFY YOU OF SERVICE SPECIALS!
```

| | |
|---|---|
| TOTAL LABOR.... | 596.76 |
| TOTAL PARTS.... | 608.36 |
| TOTAL SUBLET... | 0.00 |
| TOTAL G.O.G.... | 30.00 |
| TOTAL MISC CHG. | 33.00 |
| TOTAL MISC DISC | 0.00 |
| TOTAL TAX...... | 80.49 |
| **TOTAL INVOICE $** | **1348.61** |

**SHOP SUPPLIES AND HAZARDOUS WASTE DISPOSAL CHARGES**

This charge represents costs and profits to the motor vehicle repair facility for items such as miscellaneous shop supplies and/or waste disposal. [s. 559.904(4)]

The State of Florida requires a $1.00 fee to be collected for each new tire sold in the state [s. 403.718], and a $1.50 fee to be collected for each new or remanufactured battery sold in the state [s. 403.7185]).

**12 MONTHS/UNLIMITED MILES WARRANTY ON MOPAR PARTS. SEE DEALER FOR DETAILS**

**ALL PARTS NEW UNLESS OTHERWISE INDICATED.**

_____
CUSTOMER SIGNATURE
***********************    D U P L I C A T E    I N V O I C E    ***************************



1270 N. Tomoka Farms Road • Daytona Beach, Florida 32124
(386) 481-1200 • Fax (386) 255-0575
www.daytonakia.com

STATE OF FLORIDA REGISTRATION # MV-47223

| ADVISOR | TAG NO. | INVOICE DATE | INVOICE NO. |
|---|---|---|---|
| BERNARD SANDROWICZ 41288 | 1433 | 06/26/07 | K1CS109462 |

| LABOR RATE | LICENSE NO. | MILEAGE | COLOR | STOCK NO. |
|---|---|---|---|---|
| | G09MZN | 81,948 | / | K23602A |

| YEAR / MAKE / MODEL | DELIVERY DATE | DELIVERY MILES |
|---|---|---|
| 99/KIA/SPORTAGE/UTILITY | 01/13/04 | 64,644 |

8-5511

| VEHICLE I.D. NO. | SELLING DEALER NO. | PRODUCTION DATE |
|---|---|---|
| K N D J B 6 2 3 5 X 5 5 8 9 5 5 3 | | |

| P.O. NO. | R.O. DATE |
|---|---|
| | 06/25/07 |

| RES. TELEPHONE | BUSINESS PHONE | COMMENTS | |
|---|---|---|---|
| 386-761-8193 | | | MO: 81952 |

TOTALS

THANK YOU FOR CHOOSING DAYTONA KIA

IT'S OUR RESPONSIBILTY TO YOU TO STRIVE FOR
100% SATISFACTION. TO ENSURE THIS, ANY CONCERN,
NO MATTER HOW SMALL, CALL US.
THANKS AGAIN, BARRY KIRKWOOD SERVICE MANAGER
*****************THANK YOU*****************

BERNIE SANDROWICZ SERVICE CONSULTANT
JACK BURKARD SERVICE ASSISTANT

_____

CUSTOMER SIGNATURE

| | |
|---|---|
| TOTAL LABOR.... | 310.44 |
| TOTAL PARTS.... | 232.48 |
| TOTAL SUBLET... | 0.00 |
| TOTAL G.O.G.... | 30.00 |
| TOTAL MISC CHG. | 31.04 |
| TOTAL MISC DISC | 0.00 |
| TOTAL TAX...... | 37.31 |

**TOTAL INVOICE $    641.27**

**SHOP SUPPLIES AND HAZARDOUS
WASTE DISPOSAL CHARGES**

This charge represents costs and profits to
the motor vehicle repair facility for items
such as miscellaneous shop supplies and/or
waste disposal. [s. 559.904(4)]

The State of Florida requires a $1.00 fee to be
collected for each new tire sold in the state [s.
403.718], and a $1.50 fee to be collected for each
new or remanufactured battery sold in the state [s.
403.7185]).

**12 MONTHS/UNLIMITED MILES
WARRANTY ON MOPAR PARTS.
SEE DEALER FOR DETAILS**

**ALL PARTS NEW UNLESS
OTHERWISE INDICATED.**





**DAYTONA**
AT THE
**AUTOMALL**

1270 N. Tomoka Farms Road • Daytona Beach, Florida 32124
(386) 255-0572 • Fax (386) 255-0575
www.daytonakia.com

STATE OF FLORIDA REGISTRATION # MV-47223

| CUSTOMER NO. 46130 | | ADVISOR BERNARD SANDROWICZ 41288 | TAG NO. 1039 | INVOICE DATE 05/02/07 | INVOICE NO. K1CS108204 |
|---|---|---|---|---|---|
| JOHN F MOORE 9 PLEASANT VIEW CIR DAYTONA BEACH, FL 32118-5511 | | LABOR RATE LICENSE NO. G09MZN | MILEAGE 80,992 | COLOR / | STOCK NO. K23602A |
| | | YEAR / MAKE / MODEL 99/KIA/SPORTAGE/UTILITY | | DELIVERY DATE 01/13/04 | DELIVERY MILES 64,644 |
| | | VEHICLE I.D. NO. K N D J B 6 2 3 5 X 5 5 8 9 5 5 3 | | SELLING DEALER NO. | PRODUCTION DATE |
| | | PHONE | PHONE | 05/02/07 | |

| RESIDENCE PHONE 386-761-8193 | BUSINESS PHONE | COMMENTS | MO: 80992 |
|---|---|---|---|

TOTAL - MISC          33.00

ESTIMATE ·······································
CUSTOMER HEREBY ACKNOWLEDGES RECEIVING
      ORIGINAL ESTIMATE OF  $700.00 (+TAX)
COMMENTS ·······································
SOP REGULATOR POS/TIMING BELT 550-600.00

TOTALS·······

THANK YOU FOR CHOOSING DAYTONA KIA

IT'S OUR RESPONSIBILITY TO YOU TO STRIVE FOR
100% SATISFACTION. TO ENSURE THIS, ANY CONCERN,
NO MATTER HOW SMALL, CALL US.
THANKS AGAIN, BARRY KIRKWOOD SERVICE MANAGER
*****************THANK YOU*****************

BERNIE SANDROWICZ SERVICE CONSULTANT
JACK BURKARD SERVICE ASSISTANT

| | |
|---|---|
| TOTAL LABOR.... | 413.44 |
| TOTAL PARTS.... | 250.45 |
| TOTAL SUBLET... | 0.00 |
| TOTAL G.O.G.... | 0.00 |
| TOTAL MISC CHG. | 33.00 |
| TOTAL MISC DISC | -66.39 |
| TOTAL TAX...... | 40.99 |

**TOTAL INVOICE $   671.49**

**SHOP SUPPLIES AND HAZARDOUS WASTE DISPOSAL CHARGES**

This charge represents costs and profits to
the motor vehicle repair facility for item
such as miscellaneous shop supplies and/o
waste disposal. [s. 559.904(4)]

The State of Florida requires a $1.00 fee to b
collected for each new tire sold in the state [s
403.718], and a $1.50 fee to be collected for each
new or remanufactured battery sold in the state [s
403.7185]).

**12 MONTHS/UNLIMITED MILES
WARRANTY ON MOPAR PARTS.
SEE DEALER FOR DETAILS**

**ALL PARTS NEW UNLESS
OTHERWISE INDICATED.**

_____
    CUSTOMER SIGNATURE



**DAYTONA KIA**
AT THE **AUTOMALL**

1270 N. Tomoka Farms Road • Daytona Beach, Florida 32124
(386) 255-0572 • Fax (386) 255-0575
www.daytonakia.com

STATE OF FLORIDA REGISTRATION # MV-47223

| CUSTOMER NO. 46130 | ADVISOR BERNARD SANDROWICZ 41288 | TAG NO. W682 | INVOICE DATE 06/05/06 | INVOICE NO. K1CS99118 |
| --- | --- | --- | --- | --- |

JOHN F MOORE
9 PLEASENT VIEW CIRCLE
DAYTONA BEACH, FL 32118

| LABOR RATE | LICENSE NO. G09MZN | MILEAGE 75,549 | COLOR | STOCK NO. K23602A |
| --- | --- | --- | --- | --- |
| YEAR / MAKE / MODEL 99/KIA/SPORTAGE/UTILITY | | DELIVERY DATE 01/13/04 | DELIVERY MILES 64,644 |
| VEHICLE I.D. NO. K N D J B 6 2 3 5 X 5 5 8 9 5 5 3 | | | |
| F.T.E. NO. | P.O. NO. | DATE 06/05/06 |

| RESIDENCE PHONE 386-761-8193 | BUSINESS PHONE | COMMENTS | MO: 75551 |
| --- | --- | --- | --- |

JOB#  1 CHARGES

LABOR
J# 1 12K1Z          DRIVABILTY DIAG/REP          TECH(S):5140          272.88
   CUSTOMER CLAIMS AT A RED LIGHT VEHICLE ACT LIKE ITS GOING
   STALL, SHAKES AND SURGES A LITTLE ADVISE
   JUMPS
   INJECTOR HARNESS GROUND HAS HIGH RESISTANCE
   DIAGNOSTIC, R&R UPPER INTAKE PLENTUM, REPAIRED INJECTOR
   MAIN HARNESS, RETEST OK

JOB#  1 TOTALS
                                        LABOR          272.88

                    JOB#  1 JOURNAL PREFIX K1CS  JOB#  1 TOTAL          272.88

MISC------CODE--------DESCRIPTION-----------------------CONTROL NO--------
JOB # A          SS  SUPPLIES/DISPOSAL                                 27.29
                                        TOTAL - MISC          27.29

ESTIMATE
CUSTOMER HEREBY ACKNOWLEDGES RECEIVING
     ORIGINAL ESTIMATE OF   $320.00 (+TAX)
TOTALS

THANK YOU FOR CHOOSING DAYTONA KIA

IT'S OUR RESPONSIBILTY TO YOU TO STRIVE FOR
100% SATISFACTION. TO ENSURE THIS, ANY CONCERN,
NO MATTER HOW SMALL, CALL US.
THANKS AGAIN, BARRY KIRKWOOD SERVICE MANAGER
******************THANK YOU******************

BERNIE SANDROWICZ AND DOMINIC FERRO
     SERVICE CONSULTANTS

CUSTOMER SIGNATURE

| | |
| --- | --- |
| TOTAL LABOR.... | 272.88 |
| TOTAL PARTS.... | 0.00 |
| TOTAL SUBLET... | 0.00 |
| TOTAL G.O.G.... | 0.00 |
| TOTAL MISC CHG. | 27.29 |
| TOTAL MISC DISC | 0.00 |
| TOTAL TAX...... | 19.53 |
| **TOTAL INVOICE $** | **319.70** |

SHOP SUPPLIES AND HAZARDOUS
WASTE DISPOSAL CHARGES

This charge represents costs and profits to the motor vehicle repair facility for items such as miscellaneous shop supplies and/or waste disposal. [s. 559.904(4)]

The State of Florida requires a $1.00 fee to be collected for each new tire sold in the state [s 403.718], and a $1.50 fee to be collected for each new or remanufactured battery sold in the state [s 403.7185]).

**12 MONTHS/UNLIMITED MILES
WARRANTY ON MOPAR PARTS.
SEE DEALER FOR DETAILS**

**ALL PARTS NEW UNLESS
OTHERWISE INDICATED.**

Notes from harassment log file page 176.

11:30 am  Clara called. Car would not start at Publix Market. Port Orange. Went to meet her with jumpers. Sheriff (h)  on the way. When I arrived, Sheriff(h) parked next to Clara, she was in the vehicle, sat their the whole time that we were their. We left for home to pick up jumper cables. Sheriff(h) greeted us on our way back to car. Two Port Orange Police were parked in parking lot as we arrived back at our car. Could not keep car motor running. Had to have car towed to Pep Boys Auto.

Gray  Suburban SUV pulled up beside us at our stop light.



**Invoice - Customer Copy**

page 2 of 2   **0163 11733'**

MOORE
**Customer Name**

98 KIA TRUC SPORTAGE
**Vehicle**

**Work Order Number**

*PEP BOYS CHARGES A FIXED DOLLAR AMOUNT.*

| TYPE | PART | DESCRIPTION | CODE | MECHANIC | QTY | EACH | TOTAL |
|---|---|---|---|---|---|---|---|
| Labor | 2702 | BAT: CHARGE/START SYSTEM DIAG. | 81 | JARRELLE | 1 | | 19.99 |
| | | *** SKU 4120 represents costs and profits to | | | | | |
| | | the motor vehicle repair facility | | | | | |
| | | for miscellaneous shop supplies. *** | | | | | |
| Labor | 4120 | MISCELLANEOUS SHOP SUPPLIES | N | JARRELLE | 1 | | 15.00 |
| Parts | 26-525H | ENERGIZER BATTERY ENERGIZER BATTERY 26525 | | | 1 | | 64.99 |
| | | *** LTD. 24 MONTH FREE REPLACE.*** | | | | | |
| Fee/Tax | 5602 | LEAD-ACID BATTERY FEE-FL ST SEC.5602 N | | | 1 | | 1.50 |
| Labor | pkg 2618 | >>> BATTERY PROTECT SRV W/INST PKG <<< | | | | | |
| Parts | | BAT: PROTECTION SRVC W/ INSTL | 81 | JARRELLE | 1 | | 4.80 |
| | | UNIVERSAL BATTERY WASHER | N | | 1 | | 1.19 |
| | | | | Package Subtotal | | | 5.99 |
| Labor | 2602 | BAT: CABLE TERMINAL END R&R | 81 | JARRELLE | 2 | 10.00 | 20.00 |
| Parts | 14366 | REMAN ALTERNATOR REMANUFACTURED BOSCH ALTERNA | | | 1 | | 159.99 |
| | | *** LIFETIME LIMITED WARRANTY*** | | | | | |
| Labor | 2302 | R&R ALTERNATOR ASSEMBLY | 81 | JARRELLE | 1 | | 66.60 |
| Parts | LCS8881 | HD UNIVERSAL TOP POST TERMINAL 6LCS8881 | | | 2 | 2.19 | 4.38 |

**Parts:** 232.05  **Labor:** 126.39      **Tax:** 23.30  **TOTAL:** 381.74

**Codes Description:**
81:Suggested service-Close to being out of spec
N:New
M:Remanufactured
R&R:Remove and Replace

3/1/06

**SERVICE INFORMATION:**

lbr 2702   >>> BAT: CHARGE/START SYSTEM DIAG. <<<
**This Service Includes the Following if Applicable to Your Vehicle**
    Test battery,ARBST slip attached
    Inspect belts and cables
    Test starter
    Test alternator and voltage regulator
    Battery voltage (volts):
    Voltage drop across terminals (volts):
    Starter amp draw (amps):
    Voltage supply to back of alternator (volts):
    Charging voltage (volts):
    Dash lights or gauges checked
    Performed by: _____
    Confirmed by: _____

8.15
.2
125
12.0
14.25

J JARRELLE
T NORTHCUT



1270 N. Tomoka Farms Road • Daytona Beach, Florida 3 154
(386) 255-0572 • Fax (386) 255-0575
www.daytonakia.com

STATE OF FLORIDA REGISTRATION # MV-47223

| CUSTOMER NO. 16991 | ADVISOR BERNARD SANDROWICZ 41288 | TAG NO. W647 | INVOICE DATE 01/20/06 | INVOICE NO. K1CS95668 |
|---|---|---|---|---|
| | LABOR RATE | LICENSE NO. G09MZN | MILEAGE 73,569 | K23602A |

JOHN E MOORE
9 PLEASANT VIEW CIR
DAYTONA BEACH, FL 32118-5511

YEAR/MAKE/MODEL 99/KIA/SPORTAGE/UTILITY
DELIVERY DATE 01/13/04    64,644
VEHICLE I.D. NO. K N D J B 6 2 3 5 x 5 5 8 9 5 5 3
01/20/06

RESIDENCE PHONE 386-761-8193    BUSINESS PHONE    COMMENTS    MO: 73569

| PARTS QTY FP-NUMBER | DESCRIPTION | UNIT PRICE | |
|---|---|---|---|
| 1  0K0BA-18861B | SENSOR-OXYGEN | 87.80 | 87.80 |
| | | TOTAL - PARTS | 87.80 |

SHOP SUPPLIES AND HAZARDOUS
WASTE DISPOSAL CHARGES

JOB# 4 TOTALS
LABOR 74.95
PARTS 87.80

JOB# 4 JOURNAL PREFIX K1CS  JOB# 4 TOTAL 162.75

MISC CODE DESCRIPTION    CONTROL NO.
JOB # A    SS  SUPPLIES/DISPOSAL    18.88
TOTAL - MISC 18.88

12 MONTHS/UNLIMITED MILES
WARRANTY ON MOPAR PARTS.
SEE DEALER FOR DETAILS

ESTIMATE
CUSTOMER HEREBY ACKNOWLEDGES RECEIVING
ORIGINAL ESTIMATE OF $415.00 (+TAX)
COMMENTS
TIMING BELT 550.00 APPROX ADV

ALL PARTS NEW UNLESS
OTHERWISE INDICATED.

TOTALS

THANK YOU FOR CHOOSING SPEEDWAY KIA

IT'S OUR RESPONSIBILTY TO YOU TO STRIVE FOR
100% SATISFACTION. TO ENSURE THIS, ANY CONCERN,
NO MATTER HOW SMALL, CALL US.
THANKS AGAIN, DAN McCRANN, SERVICE MANAGER
******************THANK YOU******************

BERNIE SANDROWICZ AND DOMINIC FERRO
SERVICE CONSULTANTS

| TOTAL LABOR.... | 188.83 |
|---|---|
| TOTAL PARTS.... | 179.80 |
| TOTAL SUBLET... | 0.00 |
| TOTAL G.O.G.... | 0.00 |
| TOTAL MISC CHG. | 18.88 |
| TOTAL MISC DISC | 0.00 |
| TOTAL TAX...... | 25.20 |
| **TOTAL INVOICE $** | **412.71** |

CUSTOMER SIGNATURE





**News, records, and analysis of legislation, litigation, and regulation affecting the computer and Internet industry**

Home | Calendar | Subscribe | Back Issues | References



# SECTION BY SECTION:
## The Online Personal Privacy Protection Act of 2002

**Section 1 -- Short Title (Online Personal Privacy Protection Act of 2002)**
**Section 2 -- Table of Contents**
**Section 3 -- Findings**
**Section 4 -- Preemption of State Law or Regulations**

This section preempts any state statute, regulation or rule regulating Internet privacy to the extent that it relates to the collection, use, or disclosure of personally identifiable information obtained through the Internet.

## Title I -- Online Privacy

**Section 101 – Collection, use or disclosure of personally identifiable information (Pii)**

An Internet service provider, online service provider or commercial website operator (herein after "Internet Companies") may not collect, use, or disclose personally identifiable information without complying with this Act. This requirement also applies to any third party, including advertising networks, that use an Internet service provider, online service provider, or commercial website operator to collect information about users of that service or website.

**Section 102 – Notice & Consent Requirements**

00061

# THE CONSUMER PRIVACY PROTECTION ACT OF 2002

# HEARING

BEFORE THE

## SUBCOMMITTEE ON
## COMMERCE, TRADE, AND CONSUMER PROTECTION

OF THE

## COMMITTEE ON ENERGY AND COMMERCE
## HOUSE OF REPRESENTATIVES

ONE HUNDRED SEVENTH CONGRESS

SECOND SESSION

ON

## H.R. 4678

SEPTEMBER 24, 2002

## Serial No. 107–131

Printed for the use of the Committee on Energy and Commerce



Available via the World Wide Web: http://www.access.gpo.gov/congress/house

U.S. GOVERNMENT PRINTING OFFICE

81–960PS                    WASHINGTON : 2002

For sale by the Superintendent of Documents, U.S. Government Printing Office
Internet: bookstore.gpo.gov   Phone: toll free (866) 512–1800; DC area (202) 512–1800
Fax: (202) 512–2250   Mail: Stop SSOP, Washington, DC 20402–0001

**Notice:** Generally, Internet companies may not collect Pii online unless they provide clear and conspicuous notice as to what information will be collected, how that information may be collected and/or used, and what the disclosure practices are for that information (including whether it will be disclosed to third parties).

**Opt-in Consent for Sensitive Pii:** Internet companies must obtain affirmative consent from the consumer ("Opt-in") before collecting and using or disclosing sensitive Pii.

**Robust Notice and Opt-out for Non-sensitive Pii:** IC must provide individuals 'robust notice' and provide opportunity to opt-out prior to collection and use or disclosure of non-sensitive Pii. Such notice must only be provided initially, at first collection of non-sensitive pii, unless there is future collection of materially different non-sensitive Pii, at which point additional notice is required.

**Permanence of Consent:** A user's consent or denial of consent to information practices shall remain in effect until changed by the user, and applies to successor entities to the provider or operator that originally collected the user's Pii.

## Section 103 – Policy Changes; Breach of Privacy

**Notice of Privacy Policy Change:** Internet companies must provide notice of a material change in privacy policy and may not collect, disclose or use Pii unless user has been afforded an opportunity to consent or withhold consent, depending on the sensitivity of the Pii in question.

**Notice of Privacy Breach:** Internet companies must provide notice of a privacy breach relating to Pii; such notice may be delayed so as to catch a hacker, or restore integrity or security of the website and/or information, or prevent any further compromise of the security or integrity of the Pii.

## Section 104 -- Exceptions

**For the Purposes for which the Pii was supplied:** Section 102 does not apply to collection disclosure or use of Pii to:

protect the security and integrity of the service or website; conduct a transaction, deliver a product or service, or complete an arrangement for which the user provided the information; or provide other products or services integrally related to the transaction, service, product, or arrangement for which the user provided the information.

**For Disclosures permitted pursuant to COPPA or in response to Access request:** Section 102 does not apply to:

**COPPA disclosure** – disclosures made in good faith following reasonable procedures in responding to a request for Pii disclosure to a parent under the Children's Online Privacy Protection Act of 1998.

**Access disclosure** – disclosures made in good faith following reasonable procedures in responding to a request for access to Pii.

**Disclosure for Law Enforcement or national security:** Pii may be disclosed–

to a law enforcement, investigatory, national security, or regulatory agency or department of the federal government pursuant to a request or demand made pursuant to authorities granted to that agency or department, including a warrant or court order, or properly executed administrative compulsory process; in

00062

response to a court order in a civil proceeding upon a showing of compelling need for the information that cannot be accommodated by any other means, provided there is notice to the user and an opportunity afforded to the user to appear and contest the order or try and narrow its scope.

## Section 105 – Access

Internet companies must provide reasonable access to a user to Pii collected online; must provide reasonable opportunity for a user to suggest a correction or deletion or Pii maintained by the company; and must make the correction a part of the user's profile. Internet companies may decline a suggested correction or deletion if they reasonably believe it is inaccurate or inappropriate and they notify the user in writing of their decision and reasoning, and provide the user an opportunity to refute the reasons.

Reasonableness of access shall be determined by taking into account such factors as the sensitivity of the information requested and the burden or expense on the provider or operator of complying with the request.

Internet companies may impose a reasonable charge for access not to exceed $3.

## Section 106 -- Security

Internet companies must establish and maintain reasonable procedures to protect security, confidentiality, and integrity or Pii they maintain.

## Title II -- Enforcement

### Section 201 -- Enforcement by Federal Trade Commission: Except as Otherwise Provided, This Legislation is to be Enforced by the Federal Trade Commission

### Section 202 -- Violations of Legislation

**Unfair or Deceptive Act or Practice –** A violation of the statute will constitute an unfair or deceptive act or practice as proscribed under the Federal Trade Commission Act. Other agencies will enforce the legislation if they possess jurisdiction under existing law over certain business entities.

**Civil Penalties and distribution of monies to users –** If the FTC imposes civil penalties for a violation of the Act involving nonsensitive information, it shall hold those monies in trust to be distributed to users whose nonsensitive Pii was the subject of the violation and who file claims at the FTC seeking such a distribution. The distribution shall not exceed $200, and may be limited by the FTC to ensure an equitable distribution among all users seeking such a distribution.

**Effect on Other Laws –** The FTC is not limited by this statute with respect to its authority under other laws. Nothing in this Act requires a company to take an action inconsistent with Section 222 of the Communications Act (CPNI rules). With respect to the provision of Internet services by cable operators, and the operation of commercial websites by cable operators, the provisions of this Act apply in lieu of Section 631 of the Communications Act (Cable Act Privacy rules).

### Section 203 -- Action by Users

A person whose sensitive Pii is collected, used, or disclosed in violation of this legislation can bring an action in federal district court to: enjoin that activity and, upon a showing of actual harm, recover statutory damages of $5,000, or actual damages, whichever is greater. Users can recover up to $100,000 for a repeated and knowing

00063

violation, if the Court in its discretion, increases the amount.

Companies are insulated from liability in the event of Acts of god, unforeseeable network breakdowns or systems failures, or other uncontrollable events.

## Section 204 -- Action by States

Attorneys general may bring a civil action on behalf of residents to enforce the statute. The FTC may intervene in such an action. If the FTC brings an action first, states cannot bring an action under the statute against the same defendant.

## Section 205 -- Whistleblower Protection

This section prohibits an Internet companies from discharging or discriminating against an employee who provided information to authorities as to a violation of the statute. An employee who has been subject to such unlawful conduct may file a civil action in federal district court, to seek remedies for the discrimination including reinstatement, compensatory damages, or other appropriate remedies, to be awarded in the court's discretion.

## Section 206 -- No effect on other remedies

The remedies provided by sections 203 and 204 are in addition to any other remedy available under any provision of law.

## Title III -- Application to Congress and Federal Agencies

## Section 301 -- Senate

The Sergeant at Arms of the U.S. Senate shall develop regulations governing use of the Internet that complies with title I of this Act.

## Section 302 -- Application to Federal Agencies

Makes the statute applicable to federal agencies acting as ISPs, OSPs, or website operators, except to the extent that such application would compromise law enforcement activities or investigative, security, or safety operations conducted in accordance with federal law.

## Title IV -- Miscellaneous

## Section 401 -- Definitions

**Provides definitions pertinent to the legislation.**

**Personally identifiable information includes --**

first and last names (whether given at birth or adoption, assumed, or legally changed); home or other physical address; e-mail address; telephone number; birth certificate number; any other identifier for which the FTC finds there is a substantial likelihood that the identifier would permit the physical or online contacting of an individual; or information that an Internet service provider, online service provider, or operator of a commercial website collects and combines with an identifier described in this paragraph.

00064

Information about an individual derived or inferred from data collected online but not actually collected is not Pii.

**Sensitive personally identifiable information –**

Health information as defined in the HIPPA regulations; race or ethnicity; political party affiliation; religious beliefs; sexual orientation; social security number; or sensitive financial information (income earned or lost; account number or balance information for savings, checking, money market, credit card, brokerage, or other financial services accounts; access code, security password, or similar mechanism to access a financial services account; insurance policy information; or credit card, debt, or loan obligations).

**Robust Notice –**

Actual notice at the point of collection of the personally identifiable information describing briefly and succinctly the intent of the Internet service provider, online service provider, or operator of a commercial website to use or disclose that information for marketing or other purposes.

## Section 402 – Effective Date of Title I – Title I takes effect the day after the FTC publishes a final rule pursuant to Section 403

## Section 403 – FTC Rulemaking

The FTC is required to initiate a rulemaking within 90 days to implement Title I. The rulemaking shall be completed within 270 days after its commencement.

## Section 404 – FTC Report

Requires the FTC to report to the Senate and House Commerce Committees 18 months after the effective date of the statute, and annually thereafter as to – whether the Act is accomplishing the purposes for which it was enacted; whether additional legislation is necessary to improve on the Act; whether offline legislation is necessary; whether the government may assist industry in developing standard online privacy notices; whether a set of self-regulatory guidelines established by safe harbor organizations would facilitate compliance with the Act; whether technology that provides privacy protection in the marketplace would facilitate compliance with the Act; and legislation is necessary to protect privacy with respect to personally identifiable information collected before the effective date of the Act.

The FTC is required to initiate a notice of inquiry seeking public comment on these issues in preparation of its report.

## Section 405 – Development of Automated Privacy Controls

Requires NIST to encourage and support the development of one or more computer programs, protocols, or other software, such as the P3P program, capable of being installed on computers or computer networks with Internet access that would reflect the user's privacy preferences for protecting personally identifiable information, without requiring user intervention once activated.

Subscriptions | FAQ | Notices & Disclaimers | Privacy Policy
Copyright 1998-2005 David Carney, dba Tech Law Journal. All rights reserved.
Phone: 202-364-8882. P.O. Box 4851, Washington DC, 20008.

00065

http://www.techlawjournal.com/cong107/privacy/hollings/20020418summary.asp                    6/29/2007

## Rep. Schiff and Rep. Chabot Introduce Bill to Expand § 1030

May 14, 2007. Rep. Adam Schiff (D-CA), Rep. Steve Chabot (R-OH) and others introduced HR 2290, the "Cyber-Security Enhancement Act of 2007".

The bill would make numerous changes to 18 U.S.C. § 1030, which pertains to "Fraud and related activity in connection with computers". It would further the prosecution of creators and users of botnets. It would add § 1030 to the list of predicate offenses under the RICO statute. It would also increase criminal penalties and forfeitures, and authorize the appropriation of additional funds for investigations and prosecutions of computer related crimes.

Rep. Schiff (at right), stated in a release that "Criminals are increasingly using new technologies to prey upon their victims ... As they adapt to these new opportunities to defraud consumers, we must develop better ways to track down the perpetrators and put them away. This legislation will help protect American consumers and businesses from the costly effects of cyber crime and identity theft."



Rep. Chabot stated in the same release that "High tech cyber-criminals are taking advantage of significant gaps in federal criminal statutes ... We must modernize our laws to reflect the rapid technological advancements that make it relatively easy to hijack control of computers, steal personal identities and commit computer fraud."

Robert Holleyman, head of the Business Software Alliance (BSA), stated in a release that "For too long. cyber criminals have taken advantage of legal blind spots and an under-resourced law enforcement community to brazenly threaten online confidence and security ... This legislation will give law enforcement updated and improved tools to combat what has become a growing, organized criminal enterprise."

**RICO.** The Racketeering Influenced and Corrupt Organizations (RICO) statute, which is codified at 18 U.S.C. § 1961, et seq., criminalizes certain acts associated with "a pattern of racketeering activity".

§ 1961(B) defines the term "racketeering activity" to mean "any act which is indictable under any of the following provisions ...". It them enumerates a long list of sections.

HR 2290 would § 1030 to this list of offenses that can service a predicate for RICO prosecutions.

**Cyber Extortion.** § 1030(a)(7) currently provides that "Whoever ... with intent to extort from any person any money or other thing of value, transmits in interstate or foreign commerce any communication containing any threat to cause damage to a protected computer".

Section 5 of the bill would add to the end of this the phrase "or to access without authorization or exceed authorized access to a protected computer".

That is, currently the cyber extortion section only applies to threats to cause damage to a computer. HR 2290 would add threats to merely access a computer.

**Conspiracy.** § 1030 prohibits various acts that are in the nature of unauthorized access to computers. § 1030 also currently prohibits "attempts" to violate the basic prohibitions. Section 6 of HR 2290 would also prohibit "conspiracy" to violate.

**Obtaining ID Numbers, Routing Codes, and Access Devices.** Currently, § 1030(a)(2) provides that "Whoever ... intentionally accesses a computer without authorization or exceeds authorized access, and thereby obtains (A)



Privacy
Children's Privacy
Cookies
COPPA
FTC
Enforcement
FTC Safe Harbors
EC CPNI
The Feds
Int Disp
Pri.Protection Act
Privacy Act
Ppl Impact Statements
Privacy Policies
Spyware
VoIP 911
The Press

Reference
Disclaimer

## 2. The Privacy Protection Act

When agents have reason to believe that a search may result in a seizure of materials relating to First Amendment activities such as publishing or posting materials on the World Wide Web, they must consider the effect of the Privacy Protection Act ("PPA"), 42 U.S.C. § 2000aa. Every federal computer search that implicates the PPA must be approved by the Justice Department, coordinated through CCIPS at (202) 514-1026.

Under the Privacy Protection Act ("PPA"), 42 U.S.C. § 2000aa, law enforcement must take special steps when planning a search that agents have reason to believe may result in the seizure of certain First Amendment materials. Federal law enforcement searches that implicate the PPA must be pre-approved by a Deputy Assistant Attorney General of the Criminal Division. The Computer Crime and Intellectual Property Section serves as the contact point for all such searches involving computers, and should be contacted directly at (202) 514-1026.

### a) A Brief History of the Privacy Protection Act

Before the Supreme Court decided *Warden v. Hayden*, 387 U.S. 294, 309 (1967), law enforcement officers could not obtain search warrants to search for and seize "mere evidence" of crime. Warrants were permitted only to seize contraband, instrumentalities, or fruits of crime. See Boyd v. United States, 116 U.S. 616 (1886). In Hayden, the Court reversed course and held that the Fourth Amendment permitted the government to obtain search warrants to seize mere evidence. This ruling set the stage for a collision between law enforcement and the press. Because journalists and reporters often collect evidence of criminal activity in the course of developing news stories, they frequently possess "mere evidence" of crime that may prove useful to law enforcement investigations. By freeing the Fourth Amendment from Boyd's restrictive regime, Hayden created the possibility that law enforcement could use search warrants to target the press for evidence of crime it had collected in the course of investigating and reporting news stories.

It did not take long for such a search to occur. On April 12, 1971, the District Attorney's Office in Santa Clara County, California obtained a search warrant to search the offices of The Stanford Daily, a Stanford University student newspaper. The DA's office was investigating a violent clash between the police and demonstrators that had occurred at the Stanford University Hospital three days earlier. The Stanford Daily had covered the incident, and published a special edition featuring photographs of the clash. Believing that the newspaper probably had more photographs of the clash that could help the police identify the demonstrators, the police obtained a warrant and sent four police officers to search the newspaper's office for further evidence that could assist the investigation. The officers found nothing. A month later, however, the Stanford Daily and its editors brought a civil suit against the police claiming that the search had violated their First and Fourth Amendment rights. The

Contribute
Create
Insiquate

Contributors to this
page: [Your name
here]

COPPA Souvenirs

cafepress

00067

6/29/2007

NEW SEARCH | HOME | HELP | ABOUT STATUS

**S.704**

**Title:** A bill to amend the Communications Act of 1934 to prohibit manipulation of caller identification information.

**Sponsor:** Sen Nelson, Bill [FL] (introduced 2/28/2007)    Cosponsors (4)

**Latest Major Action:** 6/27/2007 Senate committee/subcommittee actions. Status: Committee on Commerce, Science, and Transportation. Ordered to be reported with an amendment in the nature of a substitute favorably.

**ALL ACTIONS:**

**2/28/2007:**
> Sponsor introductory remarks on measure. (CR S2369-2301)

**2/28/2007:**
> Read twice and referred to the Committee on Commerce, Science, and Transportation. (text of measure as introduced: CR S2361-2362)

**6/21/2007:**
> Committee on Commerce, Science, and Transportation. Hearings held.

**6/27/2007:**
> Committee on Commerce, Science, and Transportation. Ordered to be reported with an amendment in the nature of a substitute favorably.

**Item 7 of 177**

| HOME |

**H.R.251**
**Title:** To amend the Communications Act of 1934 to prohibit manipulation of caller identification information, and for other purposes.
**Sponsor:** Rep Engel, Eliot L. [NY-17] (introduced 1/5/2007)                    (31)
**Latest Major Action:** 6/13/2007 Referred to Senate committee. Status: Received in the Senate and Read twice and referred to the Committee on Commerce, Science, and Transportation.
**House Reports:**

**SUMMARY AS OF:**
6/12/2007--Passed House amended.    (There is 1 other summary)

Truth in Caller ID Act of 2007 - Amends the Communications Act of 1934 to make it unlawful for any person in the United States, in connection with any telecommunication service or VOIP (voice over Internet protocol) service, to cause any caller identification service to transmit misleading or inaccurate caller identification information ("spoofing") with the intent to defraud or cause harm. Prohibits construing these provisions to prevent blocking caller identification or to authorize or prohibit law enforcement or U.S. intelligence agency activities.

# House Approves Caller ID Spoofing Bill

June 12, 2007. The House amended and approved HR 251 [    |    ], the "Truth in Caller ID Act of 2007", by voice vote.

Caller ID spoofing can be used to facilitate fraud and identity theft. It can be used to defame a person or entity whose caller ID information is spoofed. It also frustrates certain business functions, such as credit card verification and automatic call routing.

This bill would amend    , which pertains to "Restrictions on use of telephone equipment". First, it would add the following prohibition: "It shall be unlawful for any person within the United States, in connection with any telecommunications service or VOIP service, to cause any caller identification service to transmit misleading or inaccurate caller identification information, with the intent to defraud or cause harm."

This bill also amends Section 227 to provide "Nothing in this subsection may be construed to prevent or restrict any person from blocking the capability of any caller identification service to transmit caller identification information."

The bill also carves out an exception to this prohibition for law enforcement and intelligence related activities. It states that "Nothing in this subsection shall be construed to authorize or prohibit any investigative, protective, or intelligence activities performed in connection with official duties, and in accordance with all applicable laws, by a law enforcement agency of the United States, a State, or a political subdivision of a State, or by an intelligence agency of the United States."

It also requires the    (FCC) to write implementing regulations within six months.

The bill also provides that the FCC "shall examine" whether it regulations promulgated pursuant to 47 U.S.C. § 227(b)(2)(B) "should be revised to require non-commercial calls to residential telephone lines using an artificial or pre-recorded voice to deliver a message to transmit caller identification information that is not misleading or inaccurate."

Subsection (b) pertains to "Restrictions on use of automated telephone equipment". Subsection (b)(1) contains the prohibitions. Subsection (b)(2)(B) allows the FCC to create exceptions for non-commercial calls.

    (D-MA) stated in the House that this bill addresses caller ID spoofing, which happens "when a caller masks or changes the caller ID information of their call in a way that disguises the true origination number of the caller. In many instances, a call recipient may be subject to pretexting through spoofing, which can lead to fraud, personal ID theft, harassment or otherwise put the safety of the call recipient in danger."



Rep. Markey (at left) added that "we must recognize that there may be circumstances when a person's safety may be put in danger if their true and accurate call origination information is disclosed".

The prohibition only reaches conduct "with intent to defraud or cause harm".

    (R-FL) stated in the House that "The increasing use of VOIP, which is voice over Internet protocol, that we see in America and other Internet telephone services, has made it much easier for people to make any number appear on a caller ID system."

He added that "several Web sites have sprung up to provide caller ID spoofing services, eliminating the need for any special hardware to replicate this."

The House approved a similar bill in the 109th Congress. On June 6, 2006, the House approved    , the "Truth in Caller ID Act of 2006", by voice vote. However, the Senate did not approve that bill.

SUPREME COURT OF NEW JERSEY
DOCKET NO. 60-756

|                          |   |                      |
|--------------------------|---|----------------------|
|                          | : |                      |
|                          | : |                      |
| STATE OF NEW JERSEY,     | : | Criminal Action      |
| Plaintiff                | : |                      |
| v.                       | : | On Appeal from the   |
|                          | : | Superior Court,      |
| SHIRLEY REID,            | : | Appellate Division   |
| Defendant                | : | No. A-003424-08T5    |
|                          | : |                      |
|                          | : |                      |

---

**BRIEF OF *AMICI CURIAE*
AMERICAN CIVIL LIBERTIES UNION OF NEW JERSEY,
ELECTRONIC FRONTIER FOUNDATION,
ELECTRONIC PRIVACY INFORMATION CENTER,
FREEDOM TO READ FOUNDATION, PRIVACY RIGHTS CLEARINGHOUSE,
AND NEW JERSEY LIBRARY ASSOCIATION**

---

Grayson Barber, Esq.
Grayson Barber, L.L.C.
68 Locust Lane
Princeton, New Jersey 08540
(609) 921-0391

On the Brief:
Grayson Barber
Lee Tien
Ed Barocas

## ARGUMENT

It is without question a burden to the police that
they may not freely seize evidence, intercept phone calls,
or detain individuals without probable cause, but this is a
burden that every constitutional democracy accepts as a
fundamental requirement to safeguard the rights of its
citizens. When the government obtains personal information
through improper means, New Jersey courts should suppress
that information in order to protect the fundamental right
of privacy.

It is a fact of modern life that in the digital age, a
great deal of personal communication occurs over the
Internet.  In addition, personal information that people
used to keep in paper files or on computer hard drives is
increasingly stored online, beyond the physical confines of
home or office.  The method required to engage in this
medium inexorably involves third parties: Internet Service
Providers (ISPs).  Online service providers offer their
customers the ability to store photos, e-mail, calendars,
and documents on the Internet.  Yet this fact of modern
life must not be permitted to erode privacy and speech
rights. Indeed, this Court had made clear that when
"society becomes from time to time more complex … new

00071

applications of old principles are required." <u>Bron v.</u>
<u>Weintraub</u>, 42 <u>N.J.</u> 87, 93 (1964).

## I.    **THE NEW JERSEY CONSTITUTION IS AN INDEPENDENT SOURCE OF PROTECTION FOR INDIVIDUAL RIGHTS.**

A very important function of the state constitution is
to protect individuals against unwarranted intrusion by the
government. The constitution and laws of New Jersey provide
structure to the relationships between individuals and law
enforcement, maintaining an appropriate balance of power in
these relationships. This Court must interpret the
constitution to safeguard liberty, and to control law
enforcement institutions so that they remain accountable to
the people.

"It is now firmly recognized that state constitutions
do not simply mirror the federal Constitution; they are a
basis for independent rights and protections that are
available and applicable to the citizens of the state."
<u>State v. Mollica</u>, 114 <u>N.J.</u> 329, 352 (1989). This Court has
repeatedly expressed the firm belief that "state
constitutions exist as a cognate source of individual
freedoms and that state constitutional guarantees of these
rights may indeed surpass the guarantees of the federal
Constitution." <u>State v. Schmid</u>, 84 <u>N.J.</u> 535, 553 (1980),
*appeal dismissed sub nom.*, <u>Princeton University v. Schmid</u>,

exposed information about the Defendant that touched upon privacy interests protected by the state constitution and upon her First Amendment rights.

Without a remedy for such statutory violations, the State will have no incentive not to overreach, in hope of obtaining more data than it is entitled to. In this case, suppression is clearly warranted.

## CONCLUSION

For all the reasons set forth above, this Court must recognize a constitutionally-protected privacy interest and limit the State's use of third-party subpoenas to pierce the anonymity of New Jersey residents who access the Internet.

_____

Grayson Barber
GRAYSON BARBER, L.L.C.
Counsel for *Amici Curiae*

American Civil Liberties Union of New Jersey  Foundation

Electronic Frontier Foundation

Electronic Privacy Information Center

Freedom to Read Foundation

Privacy Rights Clearinghouse

New Jersey Library Association

Dated: July 5, 2007

42

defendant as the user of an ISP address which did not of itself reveal her identity.

Because defendant had a right of privacy in the subscriber information obtained by the invalid subpoena, that evidence was properly suppressed by Judge Alvarez.

Affirmed.

I hereby certify that the foregoing is a true copy of the original on file in my office.

CLERK OF THE APPELLATE DIVISION

NOT FOR PUBLICATION WITHOUT THE
APPROVAL OF THE APPELLATE DIVISION

SUPERIOR COURT OF NEW JERSEY
APPELLATE DIVISION
DOCKET NO.  A-3424-05T5

STATE OF NEW JERSEY,

      Plaintiff-Appellant,

v.

SHIRLEY REID,

      Defendant-Respondent.

> APPROVED FOR PUBLICATION
>
> January 22, 2007
>
> APPELLATE DIVISION

Submitted November 28, 2006 - Decided  January 22, 2007

PHOTO EVIDENCE CASE No. 07-0107 (RMC) INDEX

| PHOTO. PAGE. | PHOTO. NO. | DATE. | COMMENT |
|---|---|---|---|
| 1 | 001 | 11-16-07 | Shows temp. set to 79° originally set to 70° by me. |
| | 002 | 07-20-07 | Shows temp. set to 85° originally set to 70° by me. |
| | 003 | 07-20-07 | Shows temp. set to 79° originally set to 70° by me. Met with Installer, found no problems with equipment or operation. No malfunction after. |
| 2 | 004 | 06-30-07 | Lost Internet Explorer. Used correct addressing. |
| | 005 | 10-26-07 | Came up on its own, did not hit delete. |
| | 006 | 11-02-07 | Did not request. Could not produce error reason. |
| 3 | 007 | 02-20-07 | This indication presented itself, no request from me. |
| | 008 | 03-12-07 | Checked address, was correct request. |
| | 009 | 03-19-07 | Lost control of PC. Shut down manually, Pwr. Off. |
| 4 | 010 | 03-02-07 | Lost control of PC. Shut down manually, Pwr. Off. |
| | 011 | 02-27-07 | Lost control of PC. Shut down manually, Pwr. Off. |
| | 012 | 02-24-07 | Lost control of PC. Shut down manually, Pwr. Off. |
| 5 | 013 | 03-16-07 | Lost control of PC. Shut down manually, Pwr. Off. |
| | 014 | 03-12-07 | Lost control of PC. Shut down manually, Pwr. Off. |
| | 015 | 03-07-07 | Lost control of PC. Shut down manually, Pwr. Off. |
| 6 | 016 | 02-20-07 | Lost Internet Explorer. Used correct addressing. |
| | 017 | 01-27-07 | Lost Internet Explorer. Used correct addressing. |
| | 018 | 01-27-07 | Lost Internet Explorer. Used correct addressing. |
| 7 | 019 | 03-27-07 | Lost control of PC. Shut down manually, Pwr. Off. |
| | 020 | 03-10-07 | Lost control of PC. Shut down manually, Pwr. Off. |
| | 021 | 05-01-07 | This photo was not take by me personally. I cannot this photo. |
| 8 | 022 | 03-07-07 | Lost control of PC. Shut down manually, Pwr. Off. |
| | 023 | 05-22-07 | Diskettes that were copies of case 07-0107 (RMC) that I found deleted of information. |
| | 024 | 03-02-07 | Lost control of PC. Shut down manually, Pwr. Off. |

| 9 | 025 | 03-02-07 | Lost control of PC. Shut down manually, Pwr. Off. |
| | 026 | 05-10-07 | Came up on its own, did not run script. |
| | 027 | 06-18-07 | Lost control of PC, Hour glass indication running continuous. |
| 10 | 028 | 20-23-07 | Lost control of PC. Shut down Manually, Pwr. Off. |
| | 029 | 02-20-07 | Did not initiate program block. |
| | 030 | 12-20-06 | Did not initiate Program block. |
| 11 | 031 | 01-12-06 | Found these two round white articles attached to our bed room ceiling. 5/8 inch round × 1/8 inch thick. |
| | 032 | 12-20-06 | Did not initiate program block. |
| | 033 | 12-19-06 | Detected this attempt to sabotage my WEB Site. |
| 12 | 034 | 05-02-05 | (receipt available) |
| | 035 | 02-23-05 | (receipt available) |
| | 036 | 03-08-05 | (receipt available) |
| 13 | 037 | 11-19-05 | (receipt available) |
| | 038 | 08-03-06 | Locked out of PC, Hour glass indication running continuously. |
| | 039 | 01-12-06 | Found these two round white articles attached to the frame top of our kitchen door. |



001

Photo Page 1



003



002



**Photo Page 2**







007

**Photo Page 3**



009



008



**Photo Page 4**







**Photo Page 5**







**Photo Page 6**







**Photo Page 7**







Photo Page 8







025

**Photo Page 9**





027

026



**Photo Page 10**







031

**Photo Page 11**





033

032



034

**Photo Page 12**



036



035



037

**Photo Page 13**



039

038