UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JOHN E. MOORE, )
)
      Plaintiff, )
)
v. ) CA. 1:07-cv-0107-(RMC)
)
)
GEORGE W. BUSH, ET AL., )
)
      Defendant )
)
_____ )

*Let this be filed*
*RMColyer*
*11/21/07*

**PLAINTIFF JOHN E. MOORE " MOTION REQUEST
FOR INJUNCTIVE RELIEF"**

This request is in reference to CIVIL RULES **LCvR 65.1(c)** of the UNITED STATES

DISTRICT COURT for the DISTRICT of COLUMBIA. For reasons and explanations

presented in my forthcoming statements

**RECEIVED**

NOV **1 9** 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

CERTIFICATE OF SERVICE

I hereby certify that on this _16 th_ day of November, 2007, a copy of the foregoing Plaintiffs' Notice to the Court regarding:" PLAINTIFF MOTION REQUEST FOR INJUNCTIVE RELIEF" was delivered via first class-mail, postage prepaid to:

> MICHELLE N. JOHNSON,
> D.C. BAR # 491910
> Assistant United States Attorney
> 555 4th St., N.W. Room E4212
> Washington, D.C. 20530
> (202-514-7139)
>
> COUNSEL FOR DEFENDANTS

/s/ John E. Moore ProSe

9 Pleasant View Circle
Daytona Beach, FL.
32118-5511
(386-761-8193)

I hereby certify that on this 16th day of November, 2007, a copy of the foregoing Plaintiffs' Notice to the Court regarding:" PLAINTIFF MOTION REQUEST FOR INJUNCTIVE RELIEF" was delivered via first class mail, postage pre-paid to:

Joseph E. Hartman
D.C. Bar No. 467054
FULBRIGHT & JAWORSKI L.L.P.
801 Pennsylvania Avenue, N.W.
Washington, D.C.
20004-2623
(202-662-4643)

ATTORNEY FOR DEFENDANT
VOLUSIA COUNTY SHERIFF'S
DEPARTMENT

/s/ John E. Moore ProSe

9 Pleasant View Circle
Daytona Beach, FL.
32118-5511
(386-761-8193)