IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JOHN E. MOORE,**  Plaintiff,  v.  **GEORGE W. BUSH, ET AL.,**  Defendants. | )  )  )  )  )  )  )  )  )  )  )  )  )  ) CASE NO. 1:07-CV-00107 (RMC) |

### DEFENDANT VOLUSIA COUNTY SHERIFF DEPARTMENT'S OPPOSITION TO PLAINTIFF'S "MOTION REQUEST FOR INJUNCTIVE RELIEF"

Comes now Defendant Volusia County Sheriff Department ("VCSD") and respectfully files its Opposition to "Plaintiff John E. Moore 'Motion Request for Injunctive Relief'" ("Motion for Injunctive Relief").

In his Motion for Injunctive Relief, Plaintiff alleges that "[d]ue to the inappropriate interference by a selective few of the previously named Defendants," it is "next to impossible to prepare a proper and informative claim for relief."[1] Motion for Injunctive Relief at 2. He further alleges that the Defendants engaged in what Plaintiff terms "White Collar Hate Crime," *Id* at 7., by controlling or interfering with his internet, e-mail, telephones, HVAC system, television and digital camera, as well as damaging his automobile or other property and engaging in so-called "Brainwave Technology Torture." *Id.*

Moreover, beyond an incoherent sentence mentioning "to cease and desist from this form of harassment in the privacy of my own home and private property by the named Federal Defendants also Volusia County Sheriff's Department," *Id.* at 9, Plaintiff's Motion for Injunctive Relief fails to state what relief Plaintiff is requesting, fails even to address the four-part test to be

---

[1] Indeed, Plaintiff is correct that his claim for relief is neither proper nor informative. *See* Defendant Volusia County Sheriff Department's Motion to Dismiss (filed April 23, 2007), however, this is hardly the fault of the Defendants.

used in determining whether preliminary relief is appropriate, and finally, in what has become commonplace in this case, alleges bizarre, fantastical facts with absolutely no basis in reality.[2] The Motion is utterly without basis and should be denied. Moreover, the incoherent and bizarre content of the papers that Plaintiff repeatedly files underscores the need for this Court to dismiss this case and put an end to these frivolous filings.

DATED: Dec. 4, 2007

                                            Respectfully submitted,

                                            _____/s/ Joseph E. Hartman_____
Joseph E. Hartman
D.C. Bar No. 467054
FULBRIGHT & JAWORSKI L.L.P.
801 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2623
Telephone: (202) 662-0200
Facsimile: (202) 662-4643 \

ATTORNEYS FOR DEFENDANT
VOLUSIA COUNTY SHERIFF'S
DEPARTMENT

OF COUNSEL:
Richard N. Staten
Assistant County Attorney, Volusia County
123 West Indiana Avenue
Deland, Florida 32720
Phone: (386) 736-5950
Fax; (386) 736-5990

---

[2] In addition to the points stated herein, Defendant incorporates and adopts by reference the arguments advanced by the Government in the Federal Defendants' Opposition to Plaintiff's "Motion Request for Injunctive Relief" (filed Dec. 30, 2007).