UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JOHN E. MOORE, )
)
       Plaintiff, )
)
v. )  CA. 1:07-cv-0107-(RMC)
)
)
GEORGE W. BUSH, ET AL., )
)
       Defendant )
)
)

PLAINTIFFS' OPPOSITION To
DEFENDANS REQUEST for DISMISSAL

This request is in reference to CIVIL RULES **LCvR 65.1(c)** of the UNITED STATES

DISTRICT COURT for the DISTRICT of COLUMBIA.  For reasons and explanations

presented in my forthcoming statements

**RECEIVED**

DEC 1 7 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

I.  **Plaintiff Request for Injunctive Relief.**

First off, I question the defendants' word description mysterious and perplexing. Photo evidence and documented proof does not encompass these meanings as its descriptive use. ¶[1] Defendants note of question of direction by Plaintiff of interpreted course of direction, is due to the many interruptions as I proceed toward a completion. Which is the prime reason for this injunctive relief request.

II.  **Argument.**

In answer to what the Defendant presents as <u>legal standard</u>. (1) ¶ photo page 1 thru. photo page 13 as an example of worthy merits. (2) Plaintiffs' request for injunctive relief should be granted on its merits alone due to an injustice being committed. (3) Plaintiff only seeks the truth not harm from the Defendant parties, but an injustice was and is being committed and justice must prevail. (4) I believe the public would favor issuance of injunctive relief if and when they are made aware of the injustice being usurp on innocent victims, also if this information is disseminated to via the proper channels. ¶[2] Defendants note or comment pointing to Plaintiff response to dismissal . [docket entry 29] My response will be forthcoming. As a note of interest, Complaint was serviced
to U.S. Attorney General, fedex 5583 4226 1801 dtd February 21, 2007. (copy inclosed) Motion for appointment of Counsel was serviced to U.S. Department of Justice, April 5, 2007. (copy inclosed) Same Day Process Service.

I am not in the habit of setting a time precedence here, but April to October is seven months.

III.    **Conclusion.**

As Plaintiff I plead with this Court to grant this request motion for injunctive relief.

DATED; December 13, 2007

Respectfully submitted,

*[signature]*
John E. Moore Pro Se
9 Pleasant View Circle
Daytona Beach, Florida.
32118-5511
386-761-8193

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of December, 2007. a copy of the plaintiff opposition to Defendants request for Dismissal was delivered via first-class mail pre-paid to:

    MICHELLE N. JOHNSON, D.C. BAR #491910
    Assistant United States Attorney
    555 4th St., N.W. Room E4212
    Washington, D.C. 20530
    202-514-7139

    /s/ John E. Moore Pro Se

    *[signature]*

    9 Pleasant View Circle
    Daytona Beach, FL.
    32118-5511
    (386) 761-8193

# AFFIDAVIT OF PROCESS SERVER

## United States District Court

## District Of Columbia

**John E. Moore**

    Plaintiff

vs.

**George W. Bush, et al**

    Defendant

Attorney:

John E. Moore
9 Pleasant View Cir.
Daytona Beach, FL. 32118-5511

**Case Number:** 07-0107 (RMC)

Legal documents received by Same Day Process Service on April 04th, 2007 at 2:30 PM to be served upon **US Department of Justice at 950 Pennsylvania, Ave., NW, Washington, DC. 20530-0001**

I, Brandon A. Snesko, swear and affirm that on **April 05th, 2007 at 11:00 AM**, I did the following:

Served a **Government Agency** by delivering a conformed copy of this **Summons in a Civil Case; Complaint; Notice of Designation of Related Civil Cases Pending in This or Any Other United States Court; Motion of Appointment of Counsel**, to **Willo T. Lee** as **General Clerk 2** of the within named agency, to wit: **US Department of Justice** and informing that person of the contents of the documents.

**Description of Person Accepting Service:**
Sex: Female   Age: 45   Height: 5'4   Weight: 150   Skin Color: Black   Hair Color: Black   Glasses: Y

**Supplemental Data Appropriate to this Service:**

I declare under penalty of perjury under the laws of the that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

_____
**Brandon A. Snesko**
Process Server

**Same Day Process Service**
1322 Maryland Ave., NE
Washington, DC 20002

(202) 398-4200

Internal Job ID: 0000002577

District of Columbia : SS
Subscribed and Sworn to before me
this 10TH day of April , 2007

_____
B. Tony Snesko, Notary Public, D.C.
My commission expires December 14, 2011

Copyright © 2005-2007 Process Server Central, LLC. All rights reserved.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

John E. Moore

V.

ATTORNEY GENERAL of the UNITED STATES

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 07-0107 (RMC)

TO: *(Name and address of Defendant)*

ATTORNEY GENERAL of the UNITED STATES of AMERICA
U.S. Department of Justice
950 Pennsylvania Avenue, NW.
Washington, DC.
20535-0001

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIF
John E. Moore Pro Se
9 Pleasant View Cir.
Daytona Beach, FL.
32118-5511

an answer to the complaint which is served on you with this summons, within ___Sixty___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**NANCY M. MAYER-WHITTINGTON**

FEB 1 6 2007

CLERK                                             DATE

# FedEx Express US Airbill

FedEx Tracking Number: 8583 4226 1801
Form ID No.: 0200

## From

Date: 02-21-07
Sender's Name: John E. Moore
Phone: (386) 761-8193
Address: 9 Pleasant View Cir.
City: Daytona Beach  State: FL  ZIP: 32118-5511

## To

Recipient's Name: U.S. ATTORNEY GENERAL
Phone: ( )
Company: Department of Justice
Address: 950 Pennsylvania Avenue, NW.
City: Washington  State: DC  ZIP: 20535-0001

## 4a Express Package Service

- [ ] FedEx Priority Overnight
- [ ] FedEx Standard Overnight
- [ ] FedEx First Overnight
- [X] FedEx 2Day
- [ ] FedEx Express Saver

## 4b Express Freight Service

- [ ] FedEx 1Day Freight
- [ ] FedEx 2Day Freight
- [ ] FedEx 3Day Freight

## 5 Packaging

- [X] FedEx Envelope
- [ ] FedEx Pak
- [ ] FedEx Box
- [ ] FedEx Tube
- [ ] Other

## 6 Special Handling

- [ ] SATURDAY Delivery
- [ ] HOLD Weekday at FedEx Location
- [ ] HOLD Saturday at FedEx Location

Does this shipment contain dangerous goods?
- [X] No
- [ ] Yes (As per attached Shipper's Declaration)
- [ ] Yes (Shipper's Declaration not required)
- [ ] Dry Ice
- [ ] Cargo Aircraft Only

## 7 Payment  Bill to:

- [ ] Sender
- [ ] Recipient
- [ ] Third Party
- [X] Credit Card
- [ ] Cash/Check

Total Packages:
Total Weight:
Total Declared Value: $ .00

## 8 Residential Delivery Signature Options

- [ ] No Signature Required
- [X] Direct Signature
- [ ] Indirect Signature

520