IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN E. MOORE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 07-0107 (RMC) |
| ) | |
| v. ) | |
| ) | |
| GEORGE BUSH, ) | |
| President of the United States, et al. ) | |
| ) | |
| ) | |
| Defendants. ) | |
| ) | |

### NOTICE TO THE COURT REGARDING THE DOCKETING OF PLAINTIFF'S OPPOSITION TO DEFENDANT'S REQUEST FOR DISMISSAL

Plaintiff has filed a brief with the Court entitled "Plaintiffs' Opposition to Defendans [sic] Request for Dismissal." In this filing, however, plaintiff only addresses his request for injunctive relief and expressly notes that his response to the defendants' motion for dismissal "will be forthcoming."

Defendant brings this fact to the Court's attention because plaintiff's brief has been docketed as being an opposition to defendants' motions for dismissal when in fact it appears to be his reply brief in further support of his motion for injunctive relief, docket entry no. 30. Because plaintiff's latest filing does not address defendants' dismissal motions, the federal defendants have not filed a reply in further support of their motion for dismissal at this time.

Respectfully submitted,

  s/ Jeffrey A. Taylor
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

     s/ Rudolph Contreras
RUDOLPH CONTRERAS, D.C. BAR #  434122
Assistant United States Attorney

     s/ Michelle N. Johnson
MICHELLE N. JOHNSON, D.C. BAR # 491910
Assistant United States Attorney
United States Attorney's Office
Civil Division
555 4th Street, N.W. – Room E4212
Washington, D.C. 20530
(202) 514-7139

COUNSEL FOR THE FEDERAL DEFENDANTS

## CERTIFICATE OF SERVICE

I hereby certify that on this <u>19th</u> day of December, 2007, a copy of the foregoing Federal Defendants' Notice to the Court Regarding the Docketing of Plaintiff's Opposition to Defendant's Request for Dismissal was delivered via first-class mail, postage pre-paid to:

> John E. Moore
> 9 Pleasant View Circle
> Daytona Beach, FL 32118

>     /s/ Michelle N. Johnson
> MICHELLE N. JOHNSON, D.C. BAR # 491910
> Assistant United States Attorney
> 555 4th St., N.W.  Room E4212
> Washington, D.C. 20530
> 202-514-7139