UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RECEIVED
JAN 1 4 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

JOHN E. MOORE,          )
                        )
    Plaintiff,          )
                        )
                        )
                        )
v.                      )   CASE: NO. 1:07-CV-00107 (RMC)
                        )
                        )
                        )
GEORGE W. BUSH, ET AL., )
                        )
    Defendants,         )
                        )

### PLAINTIFF JOHN E. MOORE IN OPPOSION TO DEFENDANTS OPPOSITION TO "MOTION REQUEST FOR INJUNCTIVE RELIEF"

I.   First off, I question the defendants word descriptions such as incoherent, bizarre and fantastical, are ("VCSD") inappropriate understanding of true evidence, as presented in true Legal form.[1] Indeed, Plaintiff is correct that his claim for relief is neither proper nor informative. ¶ See Defendant Volusia County Sheriff Department's Motion to Dismiss (filed April 23, 2007). This statement is a figment of the Defendants imagination. This claim was not made by the Plaintiff. "To cease and desist from this form of harassment as brought forth in my request for Injunctive Relief is my request for relief. ¶ 9. Id 3,4.

II.   Legal Standard, as brought forward and fulfilled: (1) ¶ photo. page 1 thru. photo. page 13 as an example of worthy merits as evidence presented.

(2) Plaintiffs' request for Injunctive Relief should be granted on its merits alone due to an injustice being committed as introduced. (3) Plaintiff only seeks the truth not harm from the Defendant parties, but an injustice was and is being committed and justice must prevail. (4) I believe the public would favor issuance of Injunctive Relief if and when they are made aware of the injustice being usurp on innocent victims, also if this information is disseminated to via the proper channels.

## CONCLUSION

As Plaintiff: I plead with this Court for a dismissal of Volusia County Sheriff Department's request for dismissal of Injunctive Relief request.

[1] Plaintiff questions why no Certificate of Service was introduced as to delivery of Defendants motion request for dismissal of Injunctive Relief. Copy was obtained via. PACER Service Center.

As Plaintiff, I plead with this Court to grant this motion for Injunctive Relief.

Dated: January 11, 2008.

Respectfully submitted,

*John E. Moore*
John E. Moore Pro Se
9 Pleasant View Circle
Daytona Beach, FL
32118-5511
386-761-8193

CERTIFICATE OF SERVICE

I hereby certify that on this //*th*day of January, 2008. a copy of the foregoing Plaintiffs' notice to the Court regarding Motion to the Court of Defendants' request for dismissal of Injunctive Relief be dismissed was delivered via first class mail, postage pre-paid to:

>Joseph E. Hartman
>D.C. Bar No. 467054
>FULBRIGHT & JAWORSKI L.L.P
>801 Pennsylvania Avenue, N.W.
>Washington, D.C.
>20004-2623
>(202-662-4643)
>
>ATTORNEY FOR DEFENDANT
>VOLUSIA COUNTY SHERIFF'S
>DEPARTMENT

>/s/ JOHN E. MOORE Pro Se
>
>*[signature: John E. Moore]*
>
>9 Pleasant View Circle
>Daytona Beach Florida
>32118-5511
>386-761-8193