UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN E. MOORE, | ) |
|         Plaintiff, | ) |
| | ) Civil Action No. 07-0107 (RMC) |
| v. | ) |
| GEORGE BUSH, President of the United States, et al. | ) |
|         Defendants. | ) |

**DEFENDANTS' MOTION FOR AN ENLARGEMENT OF TIME
TO FILE THEIR REPLY IN FURTHER SUPPORT OF THEIR MOTION TO DISMISS
THE COMPLAINT**

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, defendants George Bush and Senator Bill Nelson, through counsel, respectfully move this Court for a one-week enlargement of time to file their reply in further of their motion to dismiss plaintiff's complaint. In support of this motion, defendants state the following:

1. On October 5, 2007, defendants George Bush and Senator Bill Nelson filed a motion seeking dismissal of plaintiff's complaint.

2. On January 7, 2008,[1] plaintiff filed his response in opposition to defendants' motion.

3. The undersigned counsel anticipates filing a reply brief in further support of the motion of the two federal defendants' motion for dismissal, however, due to other case commitments, she requires additional time to finalize defendants' response. Accordingly,

---

[1] The Court's docket sheet indicates that plaintiff's motion was not docketed until January 8, 2007.

defendants request that they be granted an extension of time up to and including Friday, January 25, 2008, in which to file their reply in further support of their motion to dismiss.

    4.    Pursuant to Local Civil Rule 7(m) the undersigned counsel attempted to contact the pro se plaintiff and left a voicemail message indicating the relief defendants would be seeking. Plaintiff has not responded to counsel's message as of this time and counsel is unable to represent whether plaintiff will oppose defendants' motion.

Respectfully submitted,

    s/ Jeffrey A. Taylor
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

    s/ Rudolph Contreras
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

    s/ Michelle N. Johnson
MICHELLE N. JOHNSON, D.C. BAR # 491910
Assistant United States Attorney
United States Attorney's Office
Civil Division
555 4th Street, N.W. – Room E4212
Washington, D.C. 20530
(202) 514-7139

COUNSEL FOR THE FEDERAL DEFENDANTS

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing Defendants' Motion for an Enlargement of Time to file Their Reply in Further Support of Their Motion to Dismiss was mailed by depositing a copy of it in the U.S. Mail, first class postage prepaid, addressed to:

>John E. Moore
>9 Pleasant View Circle
>Daytona Beach, FL 32118

on this 18th day of January, 2008.

/s/
MICHELLE N. JOHNSON

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JOHN E. MOORE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action No. 07-0107 (RMC) |
| v. | ) |
| | ) |
| GEORGE BUSH, | ) |
| President of the United States, et al. | ) |
| | ) |
| Defendants. | ) |

**[PROPOSED] ORDER**

This matter having come before the Court on the motion of President George W. Bush and United States Senator Bill Nelson for an extension of time in which to file their reply brief in further support of their motion to dismiss, it is hereby

**ORDERED** that the defendants' Motion to Dismiss is hereby **GRANTED**. And it is further

**ORDERED** that defendants President George W. Bush and United States Senator Bill Nelson have up to and including January 25, 2008, in which to file their reply in further support of their motion to dismiss the complaint.

**SO ORDERED** on this ____ day of _____, 2008.

_____
ROSEMARY M. COLLYER
UNITED STATES DISTRICT JUDGE