# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN E. MOORE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CA. No. 07-0107 (RMC) |
| ) | |
| GEORGE W. BUSH, et al. ) | |
| President of the United States. ) | |
| ) | |
| Defendant. ) | |

## PLAINTIFF AFFIRMS IT'S OPPOSITION AS TO THE
## TWO FEDERAL DEFENDANTS REQUEST FOR DISMISSAL

As Plaintiff in support of a dismissal of Defendants George W. Bush, President of the United States and United States Senator Bill Nelson Motion for dismissal of Plaintiffs' reply to said Motion. First I will address Defendants note of Plaintiffs' disregard for Local Civil Rule 7[1], which has a time restriction for filing a reply. It should be noted that Defendant claims receipt of complaint document doc. #20 on June 15, 2007[2], stated he will respond within 60 days. Defendants' response doc. #29 of October 5, 2007[3] equals a total of 112 days not 60 as stated by Defense. Pure disregard of time restraints.

---

[1] Defendants reply: Docket # 39. Local Civil Rule 7. ¶ 1.
[2] Defendants reply: Docket # 20. Receipt of summons CA. No. 07-0107
[3] Defendants reply: Docket # 20. Defendants anticipated reply.

**RECEIVED**

FEB 4 - 2008



NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

To continue on this subject, in reference to doc.# 20, which was admitted as having said copy of complaint. Which was signed for and accepted at U.S. Attorneys Office. 950 Pennsylvania Ave., N.W. Washington D.C. April 5, 2007. ¶ docket 20.[2] To put these claims into further prospective, My main concern here is this summons was signed for on April 5, 2007, and the Chief of the Civil Division of the United States attorney's Office for the District of Columbia claims to have received this document June 15, 2007. There is a mute space here of 75 days between service and receipt.

Reference to Fed. R. Civ. P. 4(c)(1); Fed. R. Civ. P. 4(m). in my futile attempt to recover missing delivered case documents, as listed below. ¶ 3

1. Summons to U.S. Attorneys Office. Summons served.
2. Summons to U.S. Attorney General. Fedex.
3. Investigation request Office of Inspector General, Department of Justice. Fedex.
4. Resubmittal request Office of Inspector General, Department of Justice. Fedex..

Again I reiterate, George w. Bush et al. President of the United States, he is being sued in his official capacity, only as an Officer of the United States Government.

Again I reiterate, Bill Nelson, Senator for the United States, he is being sued in his official capacity, only as an Officer of the United States Government.

<u>Pray For Relief</u>

Award such relief as the Court deem just and proper as to motions Plaintiff incorporates.

<u>CONCLUSION</u>

Plaintiff incorporates by reference each and every allegation contained in both preceding paragraphs, including original Complaint and Plaintiff opposition to the two Federal Defendants request for Dismissal Motion. Docket #36

For the reasons set forth above, The Plaintiff John E. Moore Pro Se request that the Defendants President George W. Bush and Senator Bill Nelson motion for dismissal be denied.

        Respectfully submitted,

        *John E. Moore*
        John E. Moore Pro Se
        9 Pleasant View Circle
        Daytona Beach, Florida.
        32118-5511
        (386) 761-8193

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Plaintiff Motion for request, reaffirms it's opposition as to the two Federal Defendants request for dismissal be <u>Denied.</u>

A copy of said motion was mailed by depositing in U.S. Mail, first class postage prepaid

On this _1st_ day of February, 2008.

                addressed to:

MICHELLE N. JOHNSON, D.C. BAR #491910
Assistant United States Attorney
United States Attorney's Office
Civil Division
555 4th Street, N.W. Room E4212
Washington, D.C. 20530
(202) 514-7139


        /s/ John E. Moore Pro Se

        _John E. Moore_
        9 Pleasant View Circle
        Daytona Beach, Florida
        32118-5511
        (386) 761-8193