# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JOHN E. MOORE,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | **Civil Action No. 07-107 (RMC)** |
| ) | |
| **GEORGE W. BUSH,** ) | |
| **President of the United States,** *et al.*, ) | |
| ) | |
| **Defendants.** ) | |

## ORDER

This matter comes before the Court on Defendants' Motions to Dismiss. *See* Dkt. ##5, 8, 16, & 29.   For the reasons stated in the Memorandum Opinion filed simultaneously with this Order,  it is hereby

**ORDERED** that the motions to dismiss [Dkt. ## 5, 8, 16 & 29] are **GRANTED**; and it is

**FURTHER ORDERED** that all other pending motions are **DENIED AS MOOT**; and it is

**FURTHER ORDERED** that the Clerk's Entry of Default as to Defendant Dependable Civil Process is **VACATED**; and it is

**FURTHER ORDERED** that this case is **DISMISSED WITH PREJUDICE** as to Defendants President George W. Bush, Senator Bill Nelson, VCSD, SPLC, ACLU, and Dependable Civil Process; and it is

**FURTHER ORDERED** that the Plaintiff's FOIA claims will remain pending against the NSA and USDOJ.

**SO ORDERED.**

_____/s/_____
ROSEMARY M. COLLYER
DATE: February 26, 2008          United States District Judge