IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**RECEIVED**

MAR 4 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

JOHN E. MOORE, )
 )
      Plaintiff, )
 )
v. ) CA. No. 07-0107 (RMC)
 )
GEORGE W. BUSH, et al )
 )
      Defendant, )
_____ )

**PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO STRIKE**
and
**MOTION FOR LEAVE TO FILE SURREPLY**

1. Defendants mislead the Court and misapply the law in order to support their Motion.

2. This Court has authority to grant either party leave to file any pleading.

Respectfully submitted,

_____
John E. Moore Pro Se
9 Pleasant View Circle.
Daytona Beach, Florida
32118-5511
386-761-8193

## CERTIFICAT OF SERVICE

I hereby certify that on this 29th day of February 2008, I have placed a true and exact copy of the following:

**PLAINTIFFS' OPPOSITION TO DEFENDANTS, MOTION TO STRIKE**
and
**MOTION FOR LEAVE TO FILE SURREPLY**

in the U. S. Mail, first class postage, prepaid, addressed to:

MICHELLE N. JOHNSON, BAR # 491910
Assistant United States Attorney
United States Attorney's Office
Civil Division
555 4th Street, N.W. Room E4212
Washington, D.C. 20530
(202) 514-7139

/s/ John E. Moore Pro Se

_John E. Moore_
9 Pleasant View Circle
Daytona Beach, Florida.
32118-5511
(386) 761-8193

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JOHN E. MOORE,           )
                         )
         Plaintiff,      )
                         )
v.                       )    CA. No. 07-0107 (RMC)
                         )
GEORGE W. BUSH, et al    )
                         )
         Defendant,      )
                         )
_____)

### PLAINTIFFS OPPOSITION TO DEFENDANTS REQUEST TO STRIKE CENSURE OF DEFENDANTS ADVERSE JUDGEMENT FOR ADDITIONAL TIME AND TO DEFENDANTS SURREPLY

Plaintiff reiterates its response to Defendants President George W. Bush and Senator Bill Nelsons unsubstantiated claims which I hope will bring these matters, "question of service" and "request for additional time" to a conclusion.

I. First off, Defendant showed complete disregard for Local Rules of Civil Procedure 7(m) in their presentation of this request. I am also interested in time stamp recorded at United States District Court, Clerks Office. As I look at this Motion presented by defendants, It represents a complete disregard of ethical presentation and professional following of Civil Procedure. ("Df.s Mot.") in this motion, Defendant indicates she describes her "attempt" which denotes endeavor: to make an earnest, serious, intense effort. That does not quite fit the description of the Defendants example of her effort, also Pl's Mot. ¶ 1.

"no problem with [the] request for additional time" Until I became aware of [the] way of Defendants poor choice as her approach to the request for time. I believe that what I have given is a fair and proper explanation of this poor attempt at Local Civil Rule 7(m).

## II. Plaintiffs' Motion to strike Defendants Surreply to Plaintiff Motion for Dismissal.

As to Defendants opposition to Plaintiffs failing to file the proper surreply, file date Motion of February 4, 2008. Plaintiff is guilty of Rule 61 of Federal Rules of Civil Procedure and pray that this Court will allow this error to pass. I am addressing the U.S. Attorneys Office, (Doc. 36-2, Page 5 of 8) which is located at 950 Pennsylvania Avenue, N.W. Washington, D.C. 20530-0001. On April 4, 2007, four sets of documents were served at the afore mentioned address. (a) one each, **summons** doc. 6. served April 4, 2007. (b) one each, **complaint**. Nineteen pages. (c) Two each, notice of designated cases. (d) Motion of appointment of **counsel.** Signed for by a Willo T. Lee, general clerk 2. On February 21, 2007. Fedex # 8583 4226 1801, doc. 24, page 10 of 33, address to United States Attorney General. Also summons to United States Attorney General, doc. 24, Page 7 of 33. Def. Mot. 3 ref. [docket entry no.6]. Again I will reiterate what the Defendant States, is that docket 6 page 5 of 6 shows process server document. (U.S. Attorneys Office) and address. Also Defendants were provided all listed documents that are shown on doc. 24, page 1 of 33. It also indicates document 2 of 33 was Fedex to Defendants on June 25, 2007. Delivery which shows U.S. Attorneys Office had complete set of documents delivered not once but twice. First by Same Day Process Server on April 5, 2007, which is shown as doc. 6, also by Fedex Id. 8605 8788 8091, which is shown as doc. 24 page 6 of 33

I believe that Federal Rules of Civil Procedure 4(i)(1) (A) and (B) were more than satisfied. I will reintroduce Pl's Mot. Doc. 41 ¶2. 1thru.4. (Missing U.S. Attorneys' documents)

### III.     CONCLUSION

Plaintiff submits, due to the frivolous and non-factual claims as to Federal Rules of Civil Procedure 4(i)(1) (A) (B).brought on by the Defendants, I reiterate my claims brought forth first in doc. 42. Defendants Motion to strike Plaintiff surreply, and also doc. 40 for request for censure of Defendants for improper use of Local Civil Rule 7(m). also improper use of the following of Rules of Civil Procedure, notably 4 (i)(1), as presented in Motion.

### RELIEF

For those reasons set forth above, I must request this Motion for censure by this Court pertaining to both Defendants complete disregard of Local Civil Rule 7(m) as presented, and Federal Rules of Civil Procedure 4(i)(1) (A) (B), both which were completely disrespected by the U. S. Attorneys Office and the United States Department of Justice. As a request for relief, and for any other relief just, due and owing in the premises.

Respectfully submitted,

John E. Moore Pro se
9 Pleasant View Circle
Daytona Beach, Florida.
32118-5511
(386) 761-8193

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 29th day of February, 2008, a copy of the foregoing Plaintiffs' " Opposition to Defendants request to strike censure of Defendants adverse Judgment for additional time and Defendants surreply" was delivered via first class-mail, postage pre-paid to:

> MICHELLE N. JOHNSON,
> D.C. BAR# 491910
> Assistant United States Attorney
> 555 4th St., N.W. Room E4212
> Washington, D.C. 20530
> 202-514-7139

/s/ John E. Moore Pro se

9 Pleasant View Circle
Daytona Beach, Florida.
32118-5511
386-761-8193