IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN E. MOORE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CA. NO. 07-0107 (RMC) |
| ) | |
| GEORGE W. BUSH, et al ) | |
| ) | |
| Defendant, ) | |
| ) | |
| _____ ) | |

## NOTICE OF MOTION

To: Michelle N Johnson
Assistant United States Attorney
United States Attorney's Office
Civil Division
555 4th Street, N.W. Room E4212
Washington, D.C. 20530
(202) 514-7139

**PLAINTIFFS' MOTION FOR LEAVE TO SUBMIT SURREPLY**
and
**MEMORANDUM OF LAW IN SUPPORT**
with
**FILING FOR PURPOSE OF MOTION LCvR 5.2 (b)**

Copies of which are served upon you.

Respectfully submitted,

/s/ John E. Moore Pro se

_John E. Moore_
9 Pleasant View Circle
Daytona Beach, Florida
32118-5511
(386) 761-8193

**RECEIVED**

MAR 7 – 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of March 2008, I have place a true and exact copy of the following:

**PLAINTIFFS' MOTION FOR LEAVE TO SUBMIT SURREPLY**
and
**MEMORANDUM OF LAW IN SUPPORT**
with
**FILING FOR PURPOSE OF MOTION LCvR 5.2 (b)**

in the U. S. Mail, first class postage, prepaid, addressed to:

MICHELLE N. JOHNSON, BAR # 491910
Assistant United States Attorney
United States Attorney's Office
Civil Division
555 4th Street, N.W. Room E4212
Washington, D.C. 20530
(202) 514-7139

/s/ John E. Moore Pro se

*John E. Moore*
9 Pleasant View Circle
Daytona Beach, Florida.
32118-5511
(386) 761-8193

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN E. MOORE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CA. No. 07-0107 (RMC) |
| ) | |
| GEORGE W. BUSH, et al ) | |
| ) | |
| Defendant, ) | |
| ) | |
| _____ ) | |

### PLAINTIFFS FILING OF DISCOVERY OF MATERIAL NOT PREVIOUSLY ENTERED WITH REQUEST FOR EVIDENTURY HEARING

Plaintiff will introduce evidence which has not been entered on the record.[1]

This Motion is being submitted to this Court to present both visual and physical proof of a electronic micro chip embedded by I presume injection. ¶ Doc. 36-2 pg. 00078. The location of this micro chip is in the temporal bone area of my skull. ¶ Brainwave Technology Independent Report, pg. 2a. Note: this location shown in diagram is the approximate location of chip in my temporal area. With the controversy that this topic has created and to quote some of the descriptive words such as attenuated and unsubstantial as to be absolutely devoid of merit are ludicrous to describe this claim.

I am requesting from this Court, if this Motion is granted, a time and date that is convenient to this Court, which the Plaintiff and the Defendants' could appear before the Honorable Judge Rosemary M Collyer (RMC).

---

[1] Filing of discovery materials with motions and at trial. **LCvR 5.2(b)**

**RECEIVED**

MAR 7 - 2008

3

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Any motion concerning discovery matters shall be accompanied by a copy of, or shall set forth verbatim, the relevant portion of any filed discovery materials to which the motion is addressed. Discovery materials may be used and filed as exhibits or evidence in support of any motion or at trial or evidentiary hearing in accordance with the Federal Rules of Evidence.

The area being discussed will be clean and viewable. I will also provide both cat scan 0673986 and mri 574910 negatives which will prove to be digitally enhanced, as presented in complaint ¶ BWT pg 38.

## **CONCLUSION**

This Motion concerning evidence in support of Plaintiff claim of BWT implant, in accordance with Federal Rules of Evidence and Local Civil Rules. Plaintiff stipulates that no expenditure will be provide by United States District Court for the District of Columbia in providing the relief provided of this motion.

Respectfully submitted,

*John E. Moore*
John E. Moore Pro se
9 Pleasant View Circle
Daytona Beach, Florida.
32118-5511
(386) 761-8193

# CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of March 2008, I have placed a true and exact copy of the following:

**PLAINTIFFS FILING OF DISCOVERY OF
MATERIAL NOT PREVIOUSLY ENTERED
WITH REQUEST FOR EVIDENTURY HEARING**

In the U.S. Mail, first class postage, prepaid, addressed to:

MICHELLE N. JOHNSON, BAR # 491910
Assistant United States Attorney
United States Attorney's Office
Civil Division
555 4th Street, N.W. Room E4212
Washington, D.C. 20530
(202) 514-7139

/s/ John E. Moore Pro se

_John E. Moore_
9 Pleasant View Circle
Daytona Beach, Florida.
32118-5511
(386) 761-8193