IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JOHN E. MOORE, )
)
      Plaintiff, )
)
v. ) CA. No. 07-0107 (RMC)
)
GEORGE W. BUSH, et al )
)
      Defendant, )
)
_____ )

*Let this be filed.*
*Rosemary M Collyer*
*5/27/08*

## PLAINTIFF MOTION FILING OF DISCOVERY
## NOT PREVIOUSLY ENTERED LCvR 52(b)

    I would like to present some important facts pertaining to this Federal Bureau of Investigation (FBI) case. ID B.S. 62-0. Boston, Mass.

### BACKGROUND

    **I.**    Falls Church Virginia is the geographical location where the National Security Agency (NSA/CSS) crypto training was administered at the time of my involvement. The term off campus was the term used in reference to Fort George E. Meade, MD. Central location of N.S.A. Some types of shipboard equipment which I was familiar with were KW-37 rcvr.data, KG-14 xmt.data and KY-8 voice scrambler. My specific responsibilities or title were I/O (input/output) crypto technician. To be more explicit, it was my responsibility to provide the proper inputs to the units and the outputs to their proper destination for completion of these classified circuits.

    **II.**    In reference to F.B.I. complaint form case ID B.S. 62-0-24554. There are very distinct and important evidentiary words "blackened out," or completely deleted from our

**RECEIVED**

MAY 2 1 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

conversation. (a) first and last name of this ex Volusia County Deputy Sheriff, part of collectively, the "The Government Defendants." ¶ Dkt. #45. (b) he attended NSA/CSS off campus training. (c) he was part of a "nazi hate group." I informed this F.B.I. agent, also that I would present him a minimum of a half a dozen victim/witness names. Through all of this presentation to this agent, his only response, "I am sorry I cannot help." Again I submit, the "Government Defendants." ¶ Dkt. #45.

## ARGUMENT

I believe comp. ¶ Id.44 is one in the same person as ¶ II. Bckgrnd. Money talks. What relief was this? What I classified as a felon seeking and for what reason or crime was I the perpetrator of, what I see is a setup of my personal life. In August of 1996, he was on medical leave from Volusia County Sheriff Department and word was out in the neighborhood that this person was leaving for Falls Church Virginia. Fear was my only reaction, as I assumed what the possibilities could be, as I being familiar with the location name. I recalled that he saluted me as a nazi while being a neighbor of this person, most of the neighbors were uncomfortable in his presence. A short time after his return, I use the term "plugged in." [now it can be accomplished via physical or electronic means] ¶ Id. B.W.T. For the first two years, this B.W.T. consisted of tone type frequencies. I cannot make judgment on brain control at that time frame.

## CONCLUSION

Enclosed as part of motion evidence are copies of F.B.I. Complaint/Query form pg. 5, which is my claim of being harassed by this N.S.A. agent. The next line states that I am paranoid, pg. 6, is synopsis form, pg. 7,8 are copies of appeal no. 03-0136, request no. 968538. pg. 9 explanation of exemptions, ref. 5 U.S.C. § 552a (j)(2) no statement is presented to appease the plaintiff charges,

ref. U.S.C. § 552 (b)(7)(c) with my personnel privacy not only compromised, but unwarranted invasion of. pg.10, F.B.I. Investigative Programs Civil Rights, of special interest written on this document "Hate Crimes" and "Hate Crime Cases," I believe this document should be deleted from the investigative program. I see this as an effrontery to the Civil Liberties of Americans such as myself, an innocent victim, pg.11, F.B.I. uses Holocaust to teach new agents. I do not believe this unnamed Boston Special Agent of the F.B.I. had observed this document written by, then Director of the F.B.I. Louis J. Freeh, which is my reason for including with this document.

## RELIEF

I am seeking judicial review in accordance with 5 U.S.C. § 552 (a) (4) (B)[1] and 5 U.S.C. § 552 (a) (4) (F)[2]

---

[1] On complaint, the district court of the United States in the district in which the complainant resides, or has his principal place of business, or in which the agency records are situated, or in the District of Columbia, has jurisdiction to enjoin the agency from withholding agency records and to order the production of any agency records improperly withheld from the complainant. In such a case the court shall determine the de novo, and may examine the contents of such agency records in camera to determine whether such records or any part thereof shall be withheld under any of the exemptions set forth in subsection (b) of this section, and the burden is on the agency to sustain its action. In addition to any other matters which a court accords substantial weight to an affidavit of an agency concerning the agency's determination as to technical feasibility under paragraph (2)(C) and subsection (b) and reproducibility under paragraph (3)(B)

[2] Whenever the court orders the production of any agency records improperly withheld from the complainant and assesses against the United States reasonable attorney fees and other litigation costs, and the court additionally issues a written finding that the circumstances surrounding the withholding raise questions whether agency personnel acted arbitrarily or capriciously with respect to the withholding, the Special Counsel, shall promptly initiate a proceeding to determine whether disciplinary action is warranted against the officer or employee who was primarily responsible for the withholding. The Special Counsel, after investigation and consideration of the evidence submitted, shall submit his findings and recommendations to the administrative authority of the agency concerned and shall send copies of the findings and recommendations to the officer or employee or his representative. The administrative authority shall take the corrective action that the Special Counsel recommends.

I believe both afore mentioned agents, both F.B.I. and N.S.A. agents should be investigated for their complacency in this cover up. Plaintiff will be filing a motion seeking summary judgment as to the remaining defendants, National Security Agency and U.S. Department of Justice.

                                             Respectfully submitted,

                                             */s/ John E. Moore*
                                             John E. Moore Pro se
                                             9 Pleasant View Circle
                                             Daytona Beach, Florida.
                                             32118-5511
                                             (386) 761-8193



# FEDERAL BUREAU OF INVESTIGATION
## COMPLAINT/QUERY FORM

(Please fill out completely)

Date: 10-3-00

Time: 10:40 AM

NAME: John E Moore
ADDRESS: 126 SAND PEBBLE CIR
CITY/STATE: PORT ORANGE FL
ZIP CODE: 32119    TELEPHONE: (   )
DATE OF BIRTH: 9-15-35
SOCIAL SECURITY NUMBER: 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

DESCRIPTION OF COMPLAINT/QUERY: I was set-up by law eforcement officer (retired) I have been harrased for 4 years. I cannot get any legal help from local, county, or state. I have evidence

b7C ███████████████████████████ lives in
    ███████████ is harassing Mr. Moore. Moore
seems to be paranoid, his visit was to let
the FBI know he is being watched in FLA.

copy it
complaint for

6

5

# FEDERAL BUREAU OF INVESTIGATION

Precedence: ROUTINE

To: BOSTON

Attn: C-7 SUPERVISOR
C-7 ROTOR

From: BOSTON
COMPLAINT ROOM, SA/IA ▮▮▮▮

Contact: ▮▮▮▮ EXT. ▮

Approved By: BURKETT JAMES D

Drafted By: ▮▮▮▮ :mkm

Case ID #: BS 62-0

Title: John E. Moore
136 Sand Pebble Circle
Port Orange, FLA

Date: rec'd @ 8/10/00

b7C

Synopsis: Transmittal for personal visitor to the Complaint Room.

Details: Attached to this communication is Reception Room form indicating captioned individual was a walk-in complainant to the Boston Division Complaint Room. Please serialize into 62-0 for future retrieval.

♦♦

5

BS 62-0-24554

U.S. Department of Justice

Office of Information and Privacy

Telephone: (202) 514-3642     Washington, D.C. 20530

Mr. John E. Moore
9 Pleasant View Circle
Daytona Beach, FL  32118-5511

Re: Appeal No. 03-0136
    Request No. 968538
    RLH:ADW:BVE

Dear Mr. Moore:

You appealed from the action of the Boston Field Office of the Federal Bureau of Investigation on your request for access to records concerning you.

After carefully considering your appeal, I have decided to affirm the FBI's action on your request. Please be advised that the Boston Field Office located only two pages of records responsive to your request from one main file entitled Administrative Inquiry.

These records are exempt from the access provision of the Privacy Act of 1974 pursuant to 5 U.S.C. § 552a(j)(2). See 28 C.F.R. § 16.96 (2002). Because these records are not available to you under the Privacy Act, your request has been reviewed under the Freedom of Information Act in order to afford you the greatest possible access to the records you requested.

The FBI properly withheld from the pages released to you certain information that is protected from disclosure under the FOIA pursuant to 5 U.S.C. § 552(b)(7)(C). This provision concerns records or information compiled for law enforcement purposes, the release of which could reasonably be expected to constitute an unwarranted invasion of the personal privacy of third parties. In this instance, the FBI withheld the name of the FBI special agent who met with you at the Boston Field Office and the name of a third party not of investigative interest to the FBI. I have determined that this information is not appropriate for discretionary release.

Further, I am returning the three folders of information you included with your letter to this Office dated November 4, 2002. For your information, the function of the Office of Information and Privacy is limited to the adjudication of appeals from the denials of access to information pursuant to the FOIA and Privacy Act by components of the Department of Justice. The information contained in the folders is unnecessary for the adjudication of your FOIA.

-2-

If you are dissatisfied with my action on your appeal, you may seek judicial review in accordance with 5 U.S.C. § 552(a)(4)(B).

Sincerely,

Richard L. Huff
Co-Director

UPCA-16a (Rev. 12-3-96)

# EXPLANATION OF EXEMPTIONS

## SUBSECTIONS OF TITLE 5, UNITED STATES CODE, SECTION 552

(b) (1)   (A) specifically authorized under criteria established by an Executive order to be kept secret in the interest of national defense or foreign policy and (B) are in fact properly classified pursuant to such Executive order;

(b) (2)   related solely to the internal personnel rules and practices of an agency;

(b) (3)   specifically exempted from disclosure by statute (other than section 552b of this title), provided that such statute (A) requires that the matters be withheld from the public in such a manner as to leave no discretion on the issue, or (B) establishes particular criteria for withholding or refers to particular types of matters to be withheld;

(b) (4)   trade secrets and commercial or financial information obtained from a person and privileged or confidential;

(b) (5)   inter-agency or intra-agency memorandums or letters which would not be available by law to a party other than an agency in litigation with the agency;

(b) (6)   personnel and medical files and similar files the disclosure of which would constitute a clearly unwarranted invasion of personal privacy;

(b) (7)   records or information compiled for law enforcement purposes, but only to the extent that the production of such law enforcement records or information (A) could reasonably be expected to interfere with enforcement proceedings, (B) would deprive a person of a right to a fair trial or an impartial adjudication, (C) could reasonably be expected to constitute an unwarranted invasion of personal privacy, (D) could reasonably be expected to disclose the identity of a confidential source, including a State, local, or foreign agency or authority or any private institution which furnished information on a confidential basis, and, in the case of record or information compiled by a criminal law enforcement authority in the course of a criminal investigation, or by an agency conducting a lawful national security intelligence investigation, information furnished by a confidential source, (E) would disclose techniques and procedures for law enforcement investigations or prosecutions, or would disclose guidelines for law enforcement investigations or prosecutions if such disclosure could reasonably be expected to risk circumvention of the law, or (F) could reasonably be expected to endanger the life or physical safety of any individual;

(b) (8)   contained in or related to examination, operating, or condition reports prepared by, on behalf of, or for the use of an agency responsible for the regulation or supervision of financial institutions; or

(b) (9)   geological and geophysical information and data, including maps, concerning wells.

## SUBSECTIONS OF TITLE 5, UNITED STATES CODE, SECTION 552a

(d) (5)   information compiled in reasonable anticipation of a civil action proceeding;

(j) (2)   material reporting investigative efforts pertaining to the enforcement of criminal law including efforts to prevent, control, or reduce crime or apprehend criminals;

(k) (1)   information which is currently and properly classified pursuant to an Executive order in the interest of the national defense or foreign policy, for example, information involving intelligence sources or methods;

(k) (2)   investigatory material compiled for law enforcement purposes, other than criminal, which did not result in loss of a right, benefit or privilege under Federal programs, or which would identify a source who furnished information pursuant to a promise that his/her identity would be held in confidence;

(k) (3)   material maintained in connection with providing protective services to the President of the United States or any other individual pursuant to the authority of Title 18, United States Code, Section 3056;

(k) (4)   required by statute to be maintained and used solely as statistical records;

(k) (5)   investigatory material compiled solely for the purpose of determining suitability, eligibility, or qualifications for Federal civilian employment or for access to classified information, the disclosure of which would reveal the identity of the person who furnished information pursuant to a promise that his/her identity would be held in confidence;

(k) (6)   testing or examination material used to determine individual qualifications for appointment or promotion in Federal Government service the release of which would compromise the testing or examination process;

(k) (7)   material used to determine potential for promotion in the armed services, the disclosure of which would reveal the identity of the person who furnished the material pursuant to a promise that his/her identity would be held in confidence.

FBI/DOJ



SEARCH

**Contact Us**
- Your Local FBI Office
- Overseas Offices
- Submit a Crime Tip
- File an Internet Crime Complaint
- More Contacts

**Learn About Us**
- Facts & Figures
- What We Investigate
- Intelligence
- Information Technology
- Fingerprints, Forensics & FBI Training
- Reports & Publications
- History
- More About Us

**Be Crime Smart**
- Wanted by the FBI
- E-Scams & Warnings
- More Protections

**Use Our Resources**
- For the News Media
- For Law Enforcement
- For Communities
- For Researchers

# Investigative Programs
# Civil Rights

The Federal Bureau of Investigation (FBI) is the primary federal agency responsible for investigating all allegations regarding violations of applicable federal civil rights laws. These laws are designed to protect the civil rights of all citizens and persons within United States territory. The mission of the FBI's Civil Rights Program is to enforce federal civil rights statutes and to ensure that the protected civil rights of all inhabitants are not abridged.

The FBI's Civil Rights Program consists of the following sub-programs:

- *Hate Crimes*
- *Color of Law/Police Misconduct*
- *Involuntary Servitude/Slavery (ISS)*
- *Freedom of Access to Clinic Entrances (FACE)*

The four sub-programs are administered by the Civil Rights Unit at FBI Headquarters. In addition to providing oversight to field investigations related to Color of Law/Police Misconduct and Hate Crime, the Civil Rights Unit also provides training to FBI New Agents, FBI field agents, National Academy attendees and other state/local police officers from around the country.

The FBI, pursuant to guidelines established in cooperation with the Department of Justice's (DOJ's) Civil Rights Division, requires each field office to initiate a civil rights investigation whenever information is received from any source not known to be unreliable. Though most complaints are received from the victim, witness or a third party related to the victim, a significant number of cases are initiated based on media reports, complaints from community interest groups, referrals from DOJ or the local United States Attorney's Office, and Congressional inquiries.

The FBI has the mission to investigate allegations of civil rights violations pursuant to federal statutes. Final prosecutive authority rests with DOJ's Civil Rights Division.

- Civil Rights Home Page
- Hate Crime
- Hate Crime Cases
- Color of Law
- Freedom of Access to Clinic Entrances
- Involuntary Servitude/Slavery
- Federal Civil Rights Statutes
- News and Issues

7-1-00 THE NEWS-JOURNAL 6A

# FBI uses Holocaust to teach new agents

**By MICHAEL J. SNIFFEN**
Of The Associated Press

WASHINGTON — The FBI has begun teaching its new agents how a failure by police to protect citizen rights helped produce the Holocaust in which 6 million Jews, as well as other minorities and political dissidents were murdered by the Nazis.

The training segment for agents-to-be at the FBI Academy began last month and was announced Friday by FBI Director Louis J. Freeh; Sara J. Bloomfield, director of the U.S. Holocaust Memorial Museum and Abraham H. Foxman, national director of the Anti-Defamation League.

"We do this early on in their training ... to remind them of the horror and evil which can result from not just a government, but particularly law enforcement, abandoning its mission to protect people and becoming the engine of oppression," Freeh said.

The trainees are given a guided tour of the Holocaust Museum here and instruction about Adolf Hitler's use of the police in Germany in the 1930s and 1940s to round up Jews, political opponents and other targeted groups.

There is a classroom discussion and then trainees must write an essay on the question: "Of what relevance is this history to you as a human being and a law enforcement official?"

After the first session, a student wrote, "It has taught me that making sure our Constitution is strictly followed should be a number one priority throughout my career."

The topic of police complicity in the Holocaust has been a concern of Freeh's for some time. In 1994, over objections from the State Department and the U.S. ambassador to Poland, Freeh visited the Nazi death camp at Auschwitz during a European trip and gave a speech at Jagellonian University in nearby Krakow, Poland, on the police role in Hitler's oppression.

Foxman applauded the FBI's commitment to "law enforcement's critical role as defenders of the Constitution and guardians of individual rights" and said the training "has tremendous potential to impact the next generation of law enforcement leadership."

11

CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of May, 2008, I have placed a true and exact copy of the following:

PLAINTIFFS FILING OF DISCOVERY OF
MATERIAL NOT PREVIOUSLY ENTERED

Delivery serviced by Fedex, addressed to:

**MICHELLE N. JOHNSON, BAR # 491910**
Assistant United States Attorney
United States Attorney's Office
Civil Division
555 4th Street, N.W. Room E4212
Washington, D.C. 20530
(202) 514-7139

/s/ John E. Moore Pro se

9 Pleasant View Circle
Daytona Beach, Florida.
32118-5511
(386) 761-8193

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JOHN E. MOORE,                    )
                                  )
            Plaintiff,            )
                                  )
v.                                )   CA. No 07-0107 (RMC)
                                  )
GEORGE W. BUSH, et al             )
                                  )
            Defendant             )
                                  )
_____)

## NOTICE OF MOTION

To: **MICHELLE N. JOHNSON**
    Assistant United States Attorney
    United States Attorney's Office
    Civil Division
    555 4th Street, N.W. Room E4212
    Washington, D.C. 20530
    (202) 514-7139

**PLAINTIFFS' MOTION FOR LEAVE TO SUBMIT SURREPLY
and
MEMORANDUM OF LAW IN SUPPORT
with
FILING FOR PURPOSE OF MOTION LCvR 5.2(b)**

Copies of which are served upon you.

Respectfully submitted,

/s/ John E. Moore Pro se

*John E Moore*
9 Pleasant View Circle
Daytona Beach, Florida
32118-5511
(386) 761-8193

CERTIFICATE OF SERVICE

I hereby certify that on this19th day of May 2008, I have placed a true and exact copy of the following:

**PLAINTIFFS' MOTION FOR LEAVE TO SUBMIT SURREPLY
and
MEMORANDUM OF LAW IN SUPPORT
with
FILING FOR PURPOSE OF MOTION LCvR 5.2(b)**

Delivery serviced by Fedex, addressed to:

**MICHELLE N. JOHNSON, BAR # 491910**
Assistant United States Attorney
United States Attorney's Office
Civil Division
555 4th Street, N.W. Room E4212
Washington, D.C. 20530
(202) 514-7139

/s/ John E. Moore Pro se

9 Pleasant View Circle
Daytona Beach, Florida.
32118-551
(386) 761-8193