IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN E. MOORE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 07-0107 (RMC) |
| ) | |
| GEORGE W. BUSH ) | |
| President of the United States, et al. ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

### PLAINTIFF AFFIRMS ITS OPPOSITION AS TO THE FEDERAL DEFENDANTS MOTION IN OPPOSITION NOT PREVIOUSLY ENTERED LCvR5.2(b)

As Plaintiff in support of Dismissal to Defendants motion as to LCvR 5.2(b) dismissal. United States National Security Agency ("NSA") and United States Department of Justice, ("DOJ") (collectively referred to herein as "the federal Defendants").

Plaintiffs' response to Defendants claim of Motion fails to set cognizable form of relief is clearly stated, Pl.s Mot. at 3[1] U.S.C. § 552(a)(4)(B) also Pl.s Mot. At 3[2] U.S.C. § 552(a)(4)(F).

As to Defendants motion for summary judgment Doc. 51 at 2.[2] A response as to Defendants motion for summery judgment, Pl.s Mot.at 4, statement as to Plaintiffs' intention, will be filing a motion seeking summary judgment as to the remaining Defendants. (NSA), (DOJ) (collectively referred to as "the federal defendants"), inclusive of Federal Bureau of Investigation (FBI). I am currently in the process of preparing Plaintiffs' response to Defendants motion for summary judgment LCvR 7(h). The Plaintiffs' Pl.'s Mot. at 4

RECEIVED
JUN 1 7 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

cannot be construed as an opposition to Defendant motion for summary judgment.

          Respectfully submitted,

          *John E Moore*
          John E Moore Pro se
          9 Pleasant View Circle
          Daytona Beach, Florida.
          32118-5511
          (386) 761-8193

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of June 2008. I have placed a true and exact copy of the following:

**PLAINTIFF AFFIRMS ITS OPPOSITION AS TO THE FEDERAL DEFENDANTS MOTION IN OPPOSITION NOT PREVIOUSLY ENTERED LCvR 5.2(b)**

Delivery serviced by first class mail, postage pre-paid to:

**MICHELLE N. JOHNSON, BAR # 491910**
Assistant United States Attorney
United States Attorney
Civil Division
555 4th Street, N.W. Room E4212
Washington, D.C. 20530
(202) 514-7139

/s/ John E. Moore

9 Pleasant View Circle
Daytona Beach, Florida
32118-5511
(386) 7618193